**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Connect A Care Network                     CHAPTER 7
dba Connect A Care

               Debtor(s)                      BKY. NO. 23-13550 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of HOF I Grantor Trust 5 and index same on the master mailing list.

                                  Respectfully submitted,

                                  /s/ **Mark A. Cronin**
                                  Mark Cronin
                                  30 Nov 2023, 09:21:55, EST

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322