# Bennie R. Hearst Pettway

1542 Haines Street, Philadelphia, Pennsylvania [19126-2717]

Honorable Judge Ashley Chan
United States Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, Pennsylvania 19107-4233



Chapter 7 Bankruptcy: Case #2313550

    Attached are completed forms, to the best of my ability, commensurate to my initial chapter 7 bankruptcy petition. Additionally, I am in need of an extension for the following reasons:

    **1)** there is pertinent information missing that was supposed to be sent to me with transcripts that was requested per my Appeal to the Pennsylvania Superior Court, Case #2532 EDA 2023 Trial Court 230402868, as I am Appellate and it has been purposely delayed by over thirty (30), days by the illustriously efficient management, including officers and employees whom are members of the lower courts; and all information from these transcripts has to be added to my bankruptcy case; and

    **2)** I have not completed the process due to the first reason which has delayed the completion process.

    I would greatly appreciate this action of assistance on your part on this very important matter. Thank you very much in advance. Please forward all correspondence to:

Bennie R. Hearst Pettway
1542 Haines Street
Philadelphia Pennsylvania [19126-2717]

Respectfully,

Bennie Pettway

By: *Bennie R Hearst Pettway*

*Please Extend until 12/20/2023*

# CHAPTER 7 BANKRUPTCY - MATRIX

I certify that this is a list of Creditors and a previous list was filed with the Clerk on 22 November 2023 and was never docketed.

Jeff Tennyson, President & CEO
Lima One Capital LLC
502 W. 7th Street, Suite 100
Erie, Pennsylvania 16502-1333


Jeff Tennyson, President & CEO
Lima One Capital LLC
201 McBee Avenue, Suite 300
Greenville, South Carolina 29601-2884


Fein, Such, Kahn & Shepard, P.C.
7660 Imperial Way, Suite 121
Allentown, Pennsylvania 18195-1022


Vincent DiMaiolo, Jr., Esq., PA Sup Ct ID No. 59461
7660 Imperial Way, Suite 121
Allentown, Pennsylvania 18195-1022


HOF I REO 5 Inc
251 Little Falls Drive
Wilmington Delaware 19808-1674


HOF I REO 5 Inc
201 McBee Avenue, Suite 300
Greenville, South Carolina 29601-2884


Date:  4 December 2023

I am _Bennie R Hearst Pettway-Founder CEO_
Bennie R. Hearst Pettway, Founder, CEO
Connect A Care Network LLC

# NOTICE
## CHANGE OF ADDRESS

OLD ADDRESS:   Bennie R. Hearst Pettway
12 Pleasant Valley Road
Ephrata, Pennsylvania [17522-9457]

**NEW ADDRESS:**   Bennie R. Hearst Pettway
1542 Haines Street
Philadelphia, Pennsylvania [19126-2717]

# NOTICE

## CHANGE OF ADDRESS

OLD ADDRESS:    Bennie R. Hearst Pettway
                12 Pleasant Valley Road
                Ephrata, Pennsylvania [17522-9457]

**NEW ADDRESS:**    Bennie R. Hearst Pettway
                1542 Haines Street
                Philadelphia, Pennsylvania [19126-2717]

# NOTICE

## CHANGE OF ADDRESS

OLD ADDRESS:   Bennie R. Hearst Pettway
140 Schoolview Lane
Oxford, Pennsylvania [19363-2001]

**NEW ADDRESS:**   Bennie R. Hearst Pettway
1542 Haines Street
Philadelphia, Pennsylvania [19126-2717]

Official Form 411A (12/18)

# United States Bankruptcy Court

_EASTERN_ District Of _PENNSYLVANIA_

In re _Connect A Care Network LLC_
Debtor

Case No. _23-13550-amc_

Chapter _7_

## GENERAL POWER OF ATTORNEY

To _Noble Chief, Tiger D Raven-Melchiz EL_ of * _1542 Haines Street, 19126_ , and
_____ of * _____ .

The undersigned claimant hereby authorizes you, or any one of you, as attorney in fact for the undersigned and with full power of substitution, to vote on any question that may be lawfully submitted to creditors of the debtor in the above-entitled case; [if appropriate] to vote for a trustee of the estate of the debtor and for a committee of creditors; to receive dividends; and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in this case.

Dated: _12-1-2023_

Signed: _Connect A Care Network LLC_
By: _Dennie R Pettway Heart_
as _Founder-CEO_
Address: _1542 Haines St_
_Philadelphia PA 19126_

[If executed by an individual] Acknowledged before me on _____ .

[If executed on behalf of a partnership] Acknowledged before me on _____ ,
by _____ who says that he [or she] is a member of the partnership named above and is authorized to execute this power of attorney in its behalf.

[If executed on behalf of a corporation] Acknowledged before me on _____ ,
by _____ who says that he [or she] is _____
of the corporation named above and is authorized to execute this power of attorney in its behalf.

_____
_____

[Official character.]

* State mailing address.

## PENNSYLVANIA DURABLE POWER OF ATTORNEY
## THE POWERS YOU GRANT BELOW ARE EFFECTIVE
## EVEN IF YOU BECOME DISABLED OR INCOMPETENT

## NOTICE

THE PURPOSE OF THIS POWER OF ATTORNEY IS TO GIVE THE PERSON YOU DESIGNATE (YOUR "AGENT") BROAD POWERS TO HANDLE YOUR PROPERTY, WHICH MAY INCLUDE POWERS TO SELL OR OTHERWISE DISPOSE OF ANY REAL OR PERSONAL PROPERTY WITHOUT ADVANCE NOTICE TO YOU OR APPROVAL BY YOU.

THIS POWER OF ATTORNEY DOES NOT IMPOSE A DUTY ON YOUR AGENT TO EXERCISE GRANTED POWERS, BUT WHEN POWERS ARE EXERCISED, YOUR AGENT MUST USE DUE CARE TO ACT FOR YOUR BENEFIT AND IN ACCORDANCE WITH THIS POWER OF ATTORNEY.

YOUR AGENT MAY EXERCISE THE POWERS GIVEN HERE THROUGHOUT YOUR LIFETIME, EVEN AFTER YOU BECOME INCAPACITATED, UNLESS YOU EXPRESSLY LIMIT THE DURATION OF THESE POWERS OR YOU REVOKE THESE POWERS OR A COURT ACTING ON YOUR BEHALF TERMINATES YOUR AGENTS' AUTHORITY.

YOUR AGENT MUST ACT IN ACCORDANCE WITH YOUR REASONABLE EXPECTATIONS TO THE EXTENT ACTUALLY KNOWN BY YOUR AGENT AND, OTHERWISE, IN YOUR BEST INTEREST, ACT IN GOOD FAITH AND ACT ONLY WITHIN THE SCOPE OF AUTHORITY GRANTED BY YOU IN THE POWER OF AUTHORITY.

THE LAW PERMITS YOU, IF YOU CHOOSE, TO GRANT BROAD AUTHORITY TO AN AGENT UNDER POWER OF ATTORNEY, INCLUDING THE ABILITY TO GIVE AWAY ALL OF YOUR PROPERTY WHILE YOU ARE ALIVE OR TO SUBSTANTIALLY CHANGE HOW YOUR PROPERTY IS DISTRIBUTED AT YOUR DEATH.

YOUR AGENT MUST KEEP YOUR FUNDS SEPARATE FROM YOUR AGENT'S FUNDS; A COURT CAN TAKE AWAY THE POWERS OF YOUR AGENT IF IT FINDS YOUR AGENT IS NOT ACTING PROPERLY.

BEFORE SIGNING THIS DOCUMENT, YOU SHOULD SEEK THE ADVICE OF AN ATTORNEY AT LAW TO MAKE SURE YOU UNDERSTAND IT.

THE POWERS AND DUTIES OF AN AGENT UNDER A POWER OF ATTORNEY ARE EXPLAINED MORE FULLY IN 20 PA.C.S. CH. 56.

IF THERE IS ANYTHING ABOUT THIS FORM THAT YOU DO NOT UNDERSTAND, YOU SHOULD ASK A LAWYER OF YOUR OWN CHOOSING TO EXPLAIN IT TO YOU.

I HAVE READ OR HAD EXPLAINED TO ME THIS NOTICE AND I UNDERSTAND ITS CONTENTS.

DATE: October 6 2023

*Bennie Rhee Hearst Pettway* (signature)
GRANTOR / PRINCIPAL

<u>Bennie Rhee Hearst Pettway</u>
PRINT NAME OF GRANTOR / PRINCIPAL

# DURABLE POWER OF ATTORNEY

I, <u>Bennie Rhee Hearst Pettway,</u> c/o 12 Pleasant Valley Road, Ephrata, Pennsylvania [17522-9457] Grantor / Principal, domiciled at Mu Amexem, Al Moroc Northwest with a mailing location c/o <u>140 Schoolview Lane, Oxford, Pennsylvania [19363-2001]</u>, do hereby authorize and appoint <u>Noble Chief, Tiger D Raven-Melchiz El</u>, c/o 1542 Haines Street, Philadelphia, Pennsylvania [19126-2717] as my Agent, Private Attorney-in-Fact and Authorized Representative; and to set up and operate in my behalf, Non-Domestic without the United States, also to hold her harmless from all liabilities during the term of this appointment. Taking 'exclusive' charge of, manage, and conduct all my business, and legal affairs, including all my public and private affairs; and the affairs of any judicial proceedings, and especially in my name and place, without limitation, on the powers necessary to carry out this exclusive purpose of Private Attorney-in-Fact and as additionally authorized:

A) To authorize my Attorney-in-Fact to hire trusted party(s) to keep watch on any property that I am an owner and also am Power-of attorney listed thereon, during, course of any of my Judicial Proceedings and / or Non-Judicial Proceedings, includes any Uniform Commercial Code Financing Statements and any Amended filings; Affidavits, Letters, Notices, et cetera and other standard business policy protocol implementations, including any current bankruptcy proceedings, such as chapter 7, full liquidation or chapters 11 or 13; including appeals to be made, and during, the course of any other development(s), thereto;

B) To authorize my Attorney-in-Fact to keep watch on any property that I am listed as an owner, during course of any of its Judicial Proceedings and / or Non-Judicial Proceedings, includes establishing Notary Presentment and Default Notice claims against fraudulent quit claims property transfers by unauthorized third parties, and Uniform Commercial Code Financing Statements and Amended filings; Affidavits, Letters, Notices, et cetera and other standard business policy protocol implementations, including any current or future quiet title proceedings and during the course of any other development(s), thereto;

C) To make this private Power of Attorney-in-Fact authority known to all fictional entities such as Chester County Court of Common Pleas, United States Post Office – Zip Code Branch 19126-2717; and 19363-2001, Chester County District Attorney, OSCA Water & Sewage and other utilities, for which I or anyone I have power-of-attorney for may have affiliations with, as part of my business affairs, various other fictional entities such as, all agencies and government departments et cetera; and

D) To communicate with and demand that the fictional bankruptcy policy operations release through its pseudo courts operations, any government agency or department or business and from its affiliated detainment facilities it calls collateral; and instead, utilize any other process or procedure to settle all disputes which shall incorporate an attached Supersedeas Silver Bonded amount through establishing a UCC Contract Trust.

The term 'exclusive' shall be construed to mean this Durable Power of Attorney is in force and only my appointed Private Attorney-in-Fact may obligate me in all business and legal matters. I forfeit the capacity to obligate myself with regards to it. This grant of exclusive power is irrevocable until revoked in writing by me, <u>Bennie Rhee Hearst Pettway, Executrix, Grantor and Principle</u>. Executed and sealed by act of my hand. This ___6___ day of <u>October</u> 2023.

I, <u>Bennie Rhee Hearst Pettway</u>, the Principle, state my name on this ___6___ day of <u>October</u> 20<u>23</u> for this Durable Power of Attorney to be established with attending witnesses, being first, duly affirmed, and do declare through my appointee that I authorize and execute this instrument as my Durable Power of Attorney. Furthermore, I authorize it willingly; and that I, in the presence of witnesses, authorize this Durable Power of Attorney and that to the best of my knowledge, truth, and completion, am at least eighteen years of age or older, of sound mind and under no constraint, duress, coercion or other influence(s), undue and/or otherwise.

*[Signature]*
Bennie Rhee Hearst Pettway,
Grantor / Principal


### Acknowledgment and Acceptance:
### Executed by Agent and as Private Attorney-in-Fact.

I, <u>Noble Chief, Tiger D Raven-Melchiz El</u>, have read the appointment with attending witnesses, this Durable Power of Attorney, and am the man, authorized representative, natural human sentient being, Moorish American National identified as the Agent and Authorized Representative for the principal. I, hereby acknowledge that I accept my appointment with attending witnesses, as Private Attorney-in-Fact. When I act as such, I shall exercise the powers for the benefit of the principal; and act within the principal's reasonable expectations to the extent known by me and, otherwise, in the principal's best interest, act in good faith and act only within the scope of authority granted to me by the principal in this Durable Power of Attorney. I shall keep the assets of the principal separate from my assets. I shall exercise reasonable caution and prudence. I accept appointment as Agent under this Durable Power of Attorney. Additionally, I declare that this power of attorney is true, correct, complete and not misleading.

October  6   , 2023           *[Signature]*
**Date**                        Name: Noble Chief, Tiger D Raven-Melchiz El,
                                Title: Agent, Private Attorney-in-Fact,
                                       Authorized Representative

**Witness Attestations:**

I, __Cheroume Pettway__, the **First Witness**, autograph my name to the foregoing verbal appointment for durable power of attorney being first, duly affirmed, and do declare to the undersigned authority that the principal has expressed, authorized and executed this instrument as his Durable Power of Attorney and that he verbally authorized it willingly. Additionally, I, in the presence and hearing of the principal, through these authorized and accepted communications, autograph this Durable Power of Attorney as witness to the principal's written authorization and that to the best of my knowledge the principal is at least eighteen years of age or older, of sound mind and under no constraint, duress, coercion or other undue influence(s).

_____
Signature of **First Witness**

I, __Roshani S Pettway__, the **Second Witness**, autograph my name to the foregoing verbal appointment for durable power of attorney being first, duly affirmed, and do declare to the undersigned authority that the principal has expressed, authorized and executed this instrument as his Durable Power of Attorney and that he verbally authorized it willingly. Additionally, I, in the presence and hearing of the principal, through these authorized and accepted communications, autograph this Durable Power of Attorney as witness to the principal's written authorization and that to the best of my knowledge the principal is at least eighteen years of age or older, of sound mind and under no constraint, duress, coercion or other undue influence(s).

_____
Signature of **Second Witness**

# ACKNOWLEDGEMENT

Commonwealth of Pennsylvania )
) Scilicet:
County of __PHILADELPHIA__ )

On this __6__ day of October, 2023 before me, personally appeared __Bennie Rhee Hearst Pettway__ ; and acknowledged the execution of this Durable Power of Attorney for the purposes set forth therein. Based on satisfactory evidence, to be the appointed Private Attorney-in Fact as described in his listed authorized capacity (ies); that by Bennie Rhee Hearst Pettway autograph on the instrument authorized, the person, or the entity upon behalf of which he, appointed his Private Attorney-in Fact acted, executed the foregoing instrument in behalf of the principle, Bennie Rhee Hearst Pettway; and who duly acknowledged to me that he executed the same for the purposes therein contained.

Sworn to and Subscribed before this __16__ day of __Oct.__, 20__23__.

Witness my hand and official seal.

_____Salim Amir Ali_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Salim Amir Ali, Notary Public
Philadelphia County
My commission expires March 24, 2025
Commission number 1248553
Member, Pennsylvania Association of Notaries

Seal

My Commission Expires: __3/24/2025__

**Fill in this information to identify your case:**

Debtor 1: Bennie R Hemstreehway

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of PA

Case number (If known): 23-13550-amc

## Official Form 101A
## Initial Statement About an Eviction Judgment Against You           12/15

File this form with the court and serve a copy on your landlord when you first file bankruptcy only if:

- you rent your residence; and
- your ~~landlord~~ has obtained a judgment for possession in an eviction, unlawful detainer action, or similar proceeding (called *eviction judgment*) against you to possess your residence.

~~Landlord's~~ name: See Attached - Statute of frauds
~~Landlord's~~ address: Title 13 PA Code § 2201

If you want to stay in your rented residence after you file your case for bankruptcy, also complete the certification below.

**Certification About Applicable Law and Deposit of Rent**

I certify under penalty of perjury that:

☐ Under the state or other nonbankruptcy law that applies to the judgment for possession (*eviction judgment*), I have the right to stay in my residence by paying my landlord the entire delinquent amount.

☐ I have given the bankruptcy court clerk a deposit for the rent that would be due during the 30 days after I file the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

X _____   X _____
Signature of Debtor 1        Signature of Debtor 2

Date ___/___/_____           Date ___/___/_____
MM / DD / YYYY               MM / DD / YYYY

**Stay of Eviction:** (a) **First 30 days after bankruptcy.** If you checked both boxes above, signed the form to certify that both apply, and served your landlord with a copy of this statement, the automatic stay under 11 U.S.C. § 362(a)(3) will apply to the continuation of the eviction against you for 30 days after you file your *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

(b) **Stay after the initial 30 days.** If you wish ~~to stay~~ in your residence after that 30-day period and continue to receive the protection of the automatic stay under 11 U.S.C. § 362(a)(3), you must pay the entire delinquent amount to your landlord as stated in the eviction judgment before the 30-day period ends. You must also fill out *Statement About Payment of an Eviction Judgment Against You* (Official Form ~~101B~~), file it with the bankruptcy court, and serve your landlord a copy of it before the 30-day period ends.

*OWN*

Check the Bankruptcy Rules ( http://www.uscourts.gov/rules-policies/current-rules-practice-procedure) and the local court's website (to find your court's website, go to http://www.uscourts.gov/court-locator) for any specific requirements that you might have to meet to serve this statement. 11 U.S.C. §§ 362(b)(22) and 362(l).

*My Property with full Ownership*

Official Form 101A        Initial Statement About an Eviction Judgment Against You

# AFFIDAVIT

## IN SUPPORT OF STATUE OF FRAUDS

Commonwealth of Pennsylvania    )
                                ) Scilicet:
County of Philadelphia          )

Before me, the undersigned notary public, personally appeared Benny R Hearst Pettway known to me or proven, who being duly affirmed according to law, doth Depose and say:

Case# 230402868, Control #23097024 Court type: Rent, Lease and Ejectment; Case Type: Ejectment, is false information on a False Claim from the Fraudulent Conveyance, I am the owner of the property located at 1540 FKA 1542 Haines Street, Philadelphia, Pennsylvania 19126-2717. I don't have to pay rent to HOF I REO 5 INC because I am the true owner. I never signed any mortgage contract with LIMA ONE CAPITAL LLC or a lease agreement with them or with HOF I REO 5 INC to rent or lease my own property from them. See Formal Requirements; Statue of Frauds (13 Pennsylvania Consolidated Statutes §2201) attached as additional evidence to this Affidavit as if included in its entirety.

And further deponent sayeth not.

*[signature: Bennie Hearst Pettway]*

Sworn to and Subscribed before me this

_16_ day of __oct.__ 20_23_

*[signature: Salim Amir Ali]*

Notary Public

Commonwealth of Pennsylvania - Notary Seal
Salim Amir Ali, Notary Public
Philadelphia County
My commission expires March 24, 2025
Commission number 1248553
Member, Pennsylvania Association of Notaries

# CHAPTER 22
## FORM, FORMATION AND READJUSTMENT OF CONTRACT

Sec.
2201. Formal requirements; statute of frauds.
2202. Final written expression: parol or extrinsic evidence.
2203. Seals inoperative.
2204. Formation in general.
2205. Firm offers.
2206. Offer and acceptance in formation of contract.
2207. Additional terms in acceptance or confirmation.
2208. Course of performance or practical construction (Deleted by amendment).
2209. Modification, rescission and waiver.
2210. Delegation of performance; assignment of rights.

**Enactment.** Chapter 22 was added November 1, 1979, P.L.255, No.86, effective January 1, 1980.

**§ 2201. Formal requirements; statute of frauds.**

(a) **General rule.**--Except as otherwise provided in this section a contract for the sale of goods for the price of $500 or more is not enforceable by way of action or defense unless there is some writing sufficient to indicate that a contract for sale has been made between the parties and signed by the party against whom enforcement is sought or by his authorized agent or broker. A writing is not insufficient because it omits or incorrectly states a term agreed upon but the contract is not enforceable under this subsection beyond the quantity of goods shown in such writing.

(b) **Writing confirming contract between merchants.**--Between merchants if within a reasonable time a writing in confirmation of the contract and sufficient against the sender is received and the party receiving it has reason to know its contents, it satisfies the requirements of subsection (a) against such party unless written notice of objection to its contents is given within ten days after it is received.

(c) **Enforceability of contracts not satisfying general requirements.**--A contract which does not satisfy the requirements of subsection (a) but which is valid in other respects is enforceable:

   (1) if the goods are to be specially manufactured for the buyer and are not suitable for sale to others in the ordinary course of the business of the seller and the seller, before notice of repudiation is received and under circumstances which reasonably indicate that the goods are for the buyer, has made either a substantial beginning of their manufacture or commitments for their procurement;

   (2) if the party against whom enforcement is sought admits in his pleading, testimony or otherwise in court that a contract for sale was made, but the contract is not enforceable under this provision beyond the quantity of goods admitted; or

   (3) with respect to goods for which payment has been made and accepted or which have been received and accepted (section 2606).

(d) **Qualified financial contracts.**--Subsection (a) does not apply to a qualified financial contract, as defined in section 1206(c)(1) (relating to statute of frauds for kinds of personal property not otherwise covered), if either:

```
        (1)  there is, as provided in section 1206(c)(3),
   sufficient evidence to indicate that a contract has been made;
   or
        (2)  the parties, by means of a prior or subsequent written
   contract, have agreed to be bound by the terms of the qualified
   financial contract from the time they reach agreement (by
   telephone, by exchange of electronic messages or otherwise) on
   those terms.
(May 22, 1996, P.L.248, No.44, eff. imd.)
```

   **1996 Amendment.**  Act 44 added subsec. (d). See section 14(c) of Act 44 in the appendix to this title for special provisions relating to applicability to qualified financial contracts.
   **References in Text.**  Section 1206, referred to in this section, was repealed and added by the act of April 16, 2008 (P.L.57, No.13). Present section 1206 relates to presumptions.
   **Cross References.**  Section 2201 is referred to in sections 2209, 2326 of this title.
**§ 2202.  Final written expression: parol or extrinsic evidence.**
   Terms with respect to which the confirmatory memoranda of the parties agree or which are otherwise set forth in a writing intended by the parties as a final expression of their agreement with respect to such terms as are included therein may not be contradicted by evidence of any prior agreement or of a contemporaneous oral agreement but may be explained or supplemented:

```
        (1)  by course of performance, course of dealing or usage
   of trade (section 1303); and
        (2)  by evidence of consistent additional terms unless the
   court finds the writing to have been intended also as a
   complete and exclusive statement of the terms of the agreement.
(Apr. 16, 2008, P.L.57, No.13, eff. 60 days)
```

   **Cross References.**  Section 2202 is referred to in sections 2316, 2326 of this title.
**§ 2203.  Seals inoperative.**
   The affixing of a seal to a writing evidencing a contract for sale or an offer to buy or sell goods does not constitute the writing a sealed instrument and the law with respect to sealed instruments does not apply to such a contract or offer.
**§ 2204.  Formation in general.**
   **(a)  General rule.**--A contract for sale of goods may be made in any manner sufficient to show agreement, including conduct by both parties which recognizes the existence of such a contract.
   **(b)  Effect of undetermined time of making agreement.**--An agreement sufficient to constitute a contract for sale may be found even though the moment of its making is undetermined.
   **(c)  Effect of open terms.**--Even though one or more terms are left open a contract for sale does not fail for indefiniteness if the parties have intended to make a contract and there is a reasonably certain basis for giving an appropriate remedy.

   **Cross References.**  Section 2204 is referred to in section 2311 of this title.
**§ 2205.  Firm offers.**
   An offer by a merchant to buy or sell goods in a signed writing which by its terms gives assurance that it will be held open is not revocable, for lack of consideration, during the time stated or if no time is stated for a reasonable time, but in no event may such period of irrevocability exceed three months; but any such term of assurance on a form supplied by the offeree must be

# NOTICE

## Acceptance of Oath of Office and Foreign National Status

The Corporate employees (elected officers; appointed officers and some lower level employees), of the UNITED STATES SERVICE CORPORATION/UNITED STATES DEMOCRACY and its HEIRS, SUCCESSORS AND ASSIGNS, all FEDERAL CORPORATE STATES including the FEDERAL CORPORATE STATE OF PENNSYLVANIA and HEIRS, SUCCESSORS AND ASSIGNS, and all operating CORPORATE COUNTIES therein, including MUNICIPALITIES, TOWNSHIPS, BOROUGHS and HEIRS, SUCCESSORS AND ASSIGNS, including, INSTRUMENTALITIES, AUTHORITIES, BUREAUS, COMMISSIONS, BOARDS, AGENCIES, and DEPARTMENTS to also include, CORPORATE CHESTER COUNTY OF THE FEDERAL CORPORATE STATE OF PENNSYLVANIA CORPORATION and all HEIRS, SUCCESSORS AND ASSIGNS, (includes all BOROUGHS, TOWNSHIPS and MUNICIPALITIES – HEIRS, SUCCESSORS AND ASSIGNS, with officers and certain employees and police & fire officers and sheriffs and certain employees), are required to take the Oath of Office. *(united States of America Republic Constitution, Article VI; united states of America Republic Constitution, Article II Section I (Oath of Office of the President); Statutes At Large, March 4, 1789, Oath for United States Federal and State Officers (public servants); Public Law 89-554; 80 Statutes at Large 424, House Resolution 10104, United States Republic Code, Title 5 Section 3331, Oath of Office (public servants); Public Law 101-650; 104 Statutes at Large 5124, House Resolution 5316; United States Republic Code, Title 28, Part I, Chapter 21 Section 453, Oath of Justices and Judges (public servants); Public Law 87-751; 76 Statutes at Large 748, House Resolution 218, United States Republic Code, Title 10, Subtitle A, Part II, Chapter 31 Section 502, Oath of Armed Forces Personnel (public servants); Commonwealth of Pennsylvania Consolidated Statutes - 2014 Pennsylvania Consolidated Statutes, Title 42 Judiciary and Judicial Procedure, Chapter 3 General Structure and Powers, Section 327 Oaths and Acknowledgments; and Commonwealth of Pennsylvania Republic Constitution, Article VI Public Officers, Section 3 Oath of Office (May 17, 1966, 1965 Public Law 1928 Joint Resolution 10 Public Law 89-554, September 6 1966; 80 Statutes at Large 424, Subchapter II- Oath of Office, United States Code Title 5 Government and Organization and Employees, Part III Employees, Subpart B Employment and Retention; Chapter 33 Examination, Selection and Placement §3331 - Oath of Office). They are Foreign Entities (United States Code Title 8 Aliens and Nationality, Chapter 12 Immigration and Nationality Subchapter III Nationality and Naturalization, Part III Loss of Nationality Section §1481(a)(2) and (a)(4)(A)- Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumptions).*

By: *[signature]*