AMENDED

FILED
DEC - 4 2023
TIMOTHY McCORMACK CLERK
BY _____ DEP. CLERK

L.B.F. 2016-4

STATEMENT OF PRO SE DEBTOR

Debtor's Name **Connect A Care Network**    Case No. **23-13550**

Address **1542 Haines St**    Chapter of Case **7**

Telephone Number (home) **484-734-5887**    Date Case Filed **11 22 2023**

Telephone Number (work) **None**

1. List the name, address, and telephone number of any person or business assisting you in filing or preparing papers for this case:

    _____

    _____

    _____

2. State how you were referred to the person or business named above or the source of advertisement you responded to.

    _____

3. a. Total fee charged by person or business named above $ **0**

    b. Amount of fee paid as of the date you filed bankruptcy $ **0**

    c. Did the preparer tell you the amount of court costs that must be paid to file your case?
    YES    (NO)    (circle one)

4. Were various chapters or types of bankruptcy explained to you?
    (YES)    NO    (circle one)

    Other Comments _____

5. Did the preparer explain to you that you have the right to claim certain property as exempt?
    (YES)    NO    (circle one)

6. Did the preparer give you a copy of the papers he prepared for you?

                (YES)    NO    (circle one)

Date: 12/4/2023        By: *Bennie R Pettway Hearst*