*Form OL243* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No.    23-13550 AMC |
| CONNECT A CARE NETWORK | ) | |
| | ) | Chapter: 7 |
| | ) | |
| Debtor(s). | ) | |

## ORDER

**AND NOW**, upon consideration of the Debtor(s)' Motion for Extension of Time to File the required documents, it is hereby

**ORDERED** that the motion is **GRANTED** and the debtor(s) may file their documents on or before JANUARY 3, 2024 .

_____
ASHELY M. CHAN
Judge, United States Bankruptcy Court