**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
|     CONNECT A CARE NETWORK, | : | |
|         Debtor | : | Bky. No. 23-13550 AMC |

# O R D E R

**AND NOW,** it is hereby **ORDERED** that a hearing is scheduled on **January 3, 2024 at 12:30 p.m., in Bankruptcy Courtroom No. 4, U.S. Courthouse, 900 Market Street, Philadelphia, PA** to determine whether the Debtor has obtained counsel. If counsel has not entered his or her appearance, this case will be **DISMISSED**.

The dial-in number for anyone wishing to participate by phone is:

1-877-873-8017; access code: 3026781.

Date: December 15, 2023

_____
**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**