23-13550
Connect A. Care Network

FILED
DEC 18 2023
TIMOTHY McGRATH
DEP. CLERK

# PENNSYLVANIA DURABLE POWER OF ATTORNEY
## THE POWERS YOU GRANT BELOW ARE EFFECTIVE
## EVEN IF YOU BECOME DISABLED OR INCOMPETENT

## NOTICE

THE PURPOSE OF THIS POWER OF ATTORNEY IS TO GIVE THE PERSON YOU DESIGNATE (YOUR "AGENT") BROAD POWERS TO HANDLE YOUR PROPERTY, WHICH MAY INCLUDE POWERS TO SELL, OR OTHERWISE DISPOSE OF ANY REAL OR PERSONAL PROPERTY WITHOUT ADVANCE NOTICE TO YOU OR APPROVAL BY YOU.

THIS POWER OF ATTORNEY DOES NOT IMPOSE A DUTY ON YOUR AGENT TO EXERCISE GRANTED POWERS, BUT WHEN POWERS ARE EXERCISED, YOUR AGENT MUST USE DUE CARE TO ACT FOR YOUR BENEFIT AND IN ACCORDANCE WITH THIS POWER OF ATTORNEY.

YOUR AGENT MAY EXERCISE THE POWERS GIVEN HERE THROUGHOUT YOUR LIFETIME, EVEN AFTER YOU BECOME INCAPACITATED, UNLESS YOU EXPRESSLY LIMIT THE DURATION OF THESE POWERS OR YOU REVOKE THESE POWERS OR A COURT ACTING ON YOUR BEHALF TERMINATES YOUR AGENTS' AUTHORITY.

YOUR AGENT MUST ACT IN ACCORDANCE WITH YOUR REASONABLE EXPECTATIONS TO THE EXTENT ACTUALLY KNOWN BY YOUR AGENT AND, OTHERWISE, IN YOUR BEST INTEREST, ACT IN GOOD FAITH AND ACT ONLY WITHIN THE SCOPE OF AUTHORITY GRANTED BY YOU IN THE POWER OF AUTHORITY.

THE LAW PERMITS YOU, IF YOU CHOOSE, TO GRANT BROAD AUTHORITY TO AN AGENT UNDER POWER OF ATTORNEY, INCLUDING THE ABILITY TO GIVE AWAY ALL OF YOUR PROPERTY WHILE YOU ARE ALIVE OR TO SUBSTANTIALLY CHANGE HOW YOUR PROPERTY IS DISTRIBUTED AT YOUR DEATH.

YOUR AGENT MUST KEEP YOUR FUNDS SEPARATE FROM YOUR AGENT'S FUNDS; A COURT CAN TAKE AWAY THE POWERS OF YOUR AGENT IF IT FINDS YOUR AGENT IS NOT ACTING PROPERLY.

BEFORE SIGNING THIS DOCUMENT, YOU SHOULD SEEK THE ADVICE OF AN ATTORNEY AT LAW TO MAKE SURE YOU UNDERSTAND IT.

THE POWERS AND DUTIES OF AN AGENT UNDER A POWER OF ATTORNEY ARE EXPLAINED MORE FULLY IN 20 PA.C.S. CH. 56.

IF THERE IS ANYTHING ABOUT THIS FORM THAT YOU DO NOT UNDERSTAND, YOU SHOULD ASK A LAWYER OF YOUR OWN CHOOSING TO EXPLAIN IT TO YOU.

I HAVE READ OR HAD EXPLAINED TO ME THIS NOTICE AND I UNDERSTAND ITS CONTENTS.

DATE: October 6 2023

*Bennie Rhee Hearst Pettway*
GRANTOR / PRINCIPAL

Bennie Rhee Hearst Pettway
PRINT NAME OF GRANTOR / PRINCIPAL

# DURABLE POWER OF ATTORNEY

I, Bennie Rhee Hearst Pettway, c/o 12 Pleasant Valley Road, Ephrata, Pennsylvania [17522-9457] Grantor / Principal, domiciled at Mu Amexem, Al Moroc Northwest with a mailing location c/o 140 Schoolview Lane, Oxford, Pennsylvania [19363-2001], do hereby authorize and appoint Noble Chief, Tiger D Raven-Melchiz El, c/o 1542 Haines Street, Philadelphia, Pennsylvania [19126-2717] as my Agent, Private Attorney-in-Fact and Authorized Representative; and to set up and operate in my behalf, Non-Domestic without the United States, also to hold her harmless from all liabilities during the term of this appointment. Taking 'exclusive' charge of, manage, and conduct all my business, and legal affairs, including all my public and private affairs; and the affairs of any judicial proceedings, and especially in my name and place, without limitation, on the powers necessary to carry out this exclusive purpose of Private Attorney-in-Fact and as additionally authorized:

A) To authorize my Attorney-in-Fact to hire trusted party(s) to keep watch on any property that I am an owner and also am Power-of attorney listed thereon, during, course of any of my Judicial Proceedings and / or Non-Judicial Proceedings, includes any Uniform Commercial Code Financing Statements and any Amended filings; Affidavits, Letters, Notices, et cetera and other standard business policy protocol implementations, including any current bankruptcy proceedings, such as chapter 7, full liquidation or chapters 11 or 13; including appeals to be made, and during, the course of any other development(s), thereto;

B) To authorize my Attorney-in-Fact to keep watch on any property that I am listed as an owner, during course of any of its Judicial Proceedings and / or Non-Judicial Proceedings, includes establishing Notary Presentment and Default Notice claims against fraudulent quit claims property transfers by unauthorized third parties, and Uniform Commercial Code Financing Statements and Amended filings; Affidavits, Letters, Notices, et cetera and other standard business policy protocol implementations, including any current or future quiet title proceedings and during the course of any other development(s), thereto;

C) To make this private Power of Attorney authority known to all fictional entities such as Chester County Court of Common Pleas, United States Post Office – Zip Code Branch 19126-2717; and 19363-2001, Chester County District Attorney, OSCA Water & Sewage and other utilities, for which I or anyone I have power-of-attorney for may have affiliations with, as part of my business affairs, various other fictional entities such as, all agencies and government departments et cetera; and

D) To communicate with and demand that the fictional bankruptcy policy operations release through its pseudo courts operations, any government agency or department or business and from its affiliated detainment facilities it calls collateral; and instead, utilize any other process or procedure to settle all disputes which shall incorporate an attached Supersedeas Silver Bonded amount through establishing a UCC Contract Trust.

The term 'exclusive' shall be construed to mean this Durable Power of Attorney is in force and only my appointed Private Attorney-in-Fact may obligate me in all business and legal matters. I forfeit the capacity to obligate myself with regards to it. This grant of exclusive power is irrevocable until revoked in writing by me, Bennie Rhee Hearst Pettway, Executrix, Grantor and Principle. Executed and sealed by act of my hand. This ___6___ day of October 2023.

I, Bennie Rhee Hearst Pettway, the Principle, state my name on this ___6___ day of October 2023 for this Durable Power of Attorney to be established with attending witnesses, being first, duly affirmed, and do declare through my appointee that I authorize and execute this instrument as my Durable Power of Attorney. Furthermore, I authorize it willingly; and that I, in the presence of witnesses, authorize this Durable Power of Attorney and that to the best of my knowledge, truth, and completion, am at least eighteen years of age or older, of sound mind and under no constraint, duress, coercion or other influence(s), undue and/or otherwise.

_____
Bennie Rhee Hearst Pettway,
Grantor / Principal

**Acknowledgment and Acceptance:**
**Executed by Agent and as Private Attorney-In-Fact.**

I, Noble Chief, Tiger D Raven-Melchiz El, have read the appointment with attending witnesses, this Durable Power of Attorney, and am the man, authorized representative, natural human sentient being, Moorish American National identified as the Agent and Authorized Representative for the principal. I, hereby acknowledge that I accept my appointment with attending witnesses, as Private Attorney-in-Fact. When I act as such, I shall exercise the powers for the benefit of the principal; and act within the principal's reasonable expectations to the extent known by me and, otherwise, in the principal's best interest, act in good faith and act only within the scope of authority granted to me by the principal in this Durable Power of Attorney. I shall keep the assets of the principal separate from my assets. I shall exercise reasonable caution and prudence. I accept appointment as Agent under this Durable Power of Attorney. Additionally, I declare that this power of attorney is true, correct, complete and not misleading.

October _6_ 2023
Date

_____
Name: Noble Chief, Tiger D Raven-Melchiz El,
Title: Agent, Private Attorney-in-Fact,
Authorized Representative

**Witness Attestations:**

I, _Chevoune Pettus-al_, the **First Witness**, autograph my name to the foregoing verbal appointment for durable power of attorney being first, duly affirmed, and do declare to the undersigned authority that the principal has expressed, authorized and executed this instrument as his Durable Power of Attorney and that he verbally authorized it willingly. Additionally, I, in the presence and hearing of the principal, through these authorized and accepted communications, autograph this Durable Power of Attorney as witness to the principal's written authorization and that to the best of my knowledge the principal is at least eighteen years of age or older, of sound mind and under no constraint, duress, coercion or other undue influence(s).

_____
Signature of **First Witness**

I, _Roshani S Pettway_, the **Second Witness**, autograph my name to the foregoing verbal appointment for durable power of attorney being first, duly affirmed, and do declare to the undersigned authority that the principal has expressed, authorized and executed this instrument as his Durable Power of Attorney and that he verbally authorized it willingly. Additionally, I, in the presence and hearing of the principal, through these authorized and accepted communications, autograph this Durable Power of Attorney as witness to the principal's written authorization and that to the best of my knowledge the principal is at least eighteen years of age or older, of sound mind and under no constraint, duress, coercion or other undue influence(s).

_____
Signature of **Second Witness**

# ACKNOWLEDGEMENT

Commonwealth of Pennsylvania )
) Scilicet:
County of __PHILADELPHIA__ )

On this __6__ day of October, 2023 before me, personally appeared __Bennie Rhee Hearst Pettway__ and acknowledged the execution of this Durable Power of Attorney for the purposes set forth therein. Based on satisfactory evidence, to be the appointed Private Attorney-in Fact as described in his listed authorized capacity (ies); that by Bennie Rhee Hearst Pettway autograph on the instrument authorized, the person, or the entity upon behalf of which he, appointed his Private Attorney-in Fact acted, executed the foregoing instrument in behalf of the principle, Bennie Rhee Hearst Pettway; and who duly acknowledged to me that he executed the same for the purposes therein contained.

Sworn to and Subscribed before this __16__ day of __Oct.__ 20__23__.

Witness my hand and official seal.

_Salim Amir Ali_
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Salim Amir Ali, Notary Public
Philadelphia County
My commission expires March 24, 2025
Commission number 1248563
Member, Pennsylvania Association of Notaries

My Commission Expires: __3/24/2025__