# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

BENNIE R. HEARST PETTWAY                    :        NOVEMBER   TERM, 2023
d/b/a                                       :
CONNECT A CARE NETWORK LLC                  :
d/b/a                                       :
CONNECT A CARE NETWORK                      :        23-13550-amc
                                            :
                    Debtor                  :
                                            :        OBJECTION
        . . . . . . . . . . .               :

## OBJECTION

## TO OPINION 96-105 ORDER

## PER DECEMBER 13, 2023, TELECONFERENCE MEETING

1. I, Bennie R. Hearst Pettway, a true and de jure party of interest, operating under constitutional form of government and treaty, doing business as Connect A Care Network LLC, as I have full interest, title and ownership (hereinafter, "My Company"), attest to the following statement to the best of my ability. This is a sure-fire abuse of authority that has never been provided. I do not represent the corporation. I hold all beneficial interests in the corporation, but I am the owner and currently hold all title and interest in 1542 Haines Street and not the Connect A Care Network LLC. Connect A Care Network LLC is not the injured party. I am the injured party. I am not the Judgment Debtor; I am the Creditor. The forced fraudulent conveyance by Lima One Capital LLC to Connect A Care Network LLC and then fraudulently conveyed to HOF I REO 5 INC and its designated heirs, successors, and assigns have been accepted and supported by the trial court and the Philadelphia Sheriff's Office supporting and participating

the ongoing crime of Mortgage Fraud and Illegal Fraudulent Conveyance performed on 26 April 2019 without my knowledge and without my permission (see Fraudulent Conveyance - Deed Fraud Report).

2. My company, Connect A Care Network LLC is doing business supported by private party activity is doing business as a Silver Bond (private credit (see Article I section 10, American Constitution)). The Silver Bond is acting in a Supersedeas capacity and will settle all costs and expenses, including the return of the $31,000 (Thirty-one Thousand and no cents, dollars) US that I received when the Fix n Flip loan was started. The balance was never released to me from escrow. I, therefore, do not owe it. I am a victim of Predatory Lending and Mortgage Fraud. (see **Exhibit A,** attached Prohibition Against Predatory Lending Practices made a part of this Objection document)

3. The Fix n Flip loan was not given out to My Company. It was a construction loan given to me for property renovations on (1542 Haines Street fka 1540 Haines Street, Philadelphia, Pennsylvania 19126-2717). I had invested financial resources, out of pocket, into this property and then decided to take out a construction loan to renovate my private property to completion.

4. Lima One Capital LLC, the Fix n Flip lender, now that I know is truly a Predatory Lender, stole my property by forcefully conveying it from my personal possession into My Company so that a fraudulent mortgage claim could be made. I never authorized them to act on behalf of me or My Company. I never authorized a transfer of title, interest or ownership from me to Connect A Care Network LLC. The borrowed financial resources went into my name for me and me only, these resources were deposited into my personal bank accounts, and never to My Company bank accounts.

5.  It appears that they have power of attorney over me and my estate, which is false. This was never a mortgage and furthermore, the Fix n Flip loan term was only for two (2), years. The property was fraudulently conveyed into my company's name which is Connect A Care Network LLC on which I do business as; to make it appear like the actual loan was a mortgage so that the property could be foreclosed on for free and to go and collect insurance money from the corporate government. There was never a mortgage, and I am not representing My Company / corporation. In other words, I am not proceeding on behalf of a corporation. Additionally, what legislation, unconstitutional official act, states that a corporation must be represented by counsel? Where in the Constitution for the united states of America and where in the Constitution for the Commonwealth of Pennsylvania does it state that I must be represented by an attorney or that my intellectual property must be represented by an attorney or that my Limited Liability Company must be represented by an attorney?

6.  The Creditor is transacting criminal operations protocols that, as this bankruptcy case proceeds, they will have to seek assistance of counsel, I, on the other hand, am not seeking assistance of counsel and see no need as I am the victim of Predatory Lending and Mortgage Fraud, which is a criminal offense. A corporation, after 1868, is a person and therefore can seek assistance of counsel. But a corporation is not required by Constitutional Law to have representation as Opinion 96-105 insists with its hard intention against those flesh, blood and bone indigents exemplifying a multitude of incompetencies are by not being a member of the BAR.

7.  Any Pennsylvania Bar Association Opinion is not legislative policy to follow. Additionally, what is being followed is the fact of Fraud in the Court as a legitimate Cause for Action that leads to Opinion 96-105. Opinion 96-105 (see

**Exhibit B,** attached Opinion 96-105 made a part of this Objection document), is not legislative policy and not law. The Law of the land is Constitution, not statutes, codes, rules, regulations, and ordinances. Opinion 96-105, since it appears that the Court of Common Pleas is following it as a statute of some sort when it is only an opinion, is an Unconstitutional Official Act - 16 American Jurisprudence 2d, Section 177 late 2d, Section 256 (for more details, see **Exhibit C,** attached, and made a part of this Objection document).

8. The Opinion further represents in, similarity, that I, Bennie R. Hearst Pettway "May" be a corporation and that I may appear to be represented. The word **"May"** is an expression of possibility, a permissive choice to act or not, and ordinarily implies some degree of discretion. This contrasts with the word "shall," which is generally used to indicate a mandatory provision. Neither of these words are law. The Law is Constitution, not colorable codes, colorable statutes, colorable rules, colorable regulations, or colorable ordinances. The Constitution always trumps these colorable codes, statutes, rules, regulations, and ordinances.

9. I, Bennie Rhee Hearst Pettway, am representing the original deed that clearly shows that the house was in my name at the day of purchase and remained in my name until I was defrauded into taking that Predatory loan from Lima One Capital LLC and even afterwards, they left the original deed alone until they started this fraudulent conveyance into My Company name. This is the only way that they can steal it because they are not required to have a commercial license to perform a commercial mortgage in the State of Pennsylvania.

10.    So, for them, I guess it would make great sense to forcefully convey 1542 Haines Street into My Company then make a fraudulent mortgage complaint so that they can successfully bring Fraud on the Courts and have assistance by the court with the theft. The Court of Common Pleas, First Judicial District of Pennsylvania, Civil Trial Division, has been successfully assisting Lima One Capital LLC and its whole subsidiary or assignee, HOF I REO 5 Inc out of Delaware (who has absolutely no permission to transact business in Pennsylvania) with its complaint in mortgage foreclosure when, in fact, there never was a mortgage.

11.    Daniel J. Anders is in error producing the order dated November 6, 2023. Daniel J. Anders has no jurisdiction and should not be participating in this case of fraud and treason. Additionally, HOF I REO 5 INC has no permission to transact business in Pennsylvania therefore your court has no jurisdiction. Your jurisdiction has been challenged. I, Bennie R. Hearst Pettway, with great assurance, am not proceeding on behalf of my corporation. I am the petitioner who placed the motion to proceed In Forma Pauperis; not Connect A Care Network LLC (see **Exhibit D**, attached Affidavit of Subsistence, made a part of this Objection document).

Date 12/28/2023

Bennie R. Hearst Pettway
**Bankruptcy Petitioner**

# EXHIBIT A

OBJECTION TO OPINION 96-105 ORDER – 121323 TELECONFERENCE MEETING

EXHIBIT B

OBJECTION TO OPINION 96-105 ORDER – 121323 TELECONFERENCE MEETING

**EXHIBIT C**

EXHIBIT D

OBJECTION TO OPINION 96-105 ORDER – 121323 TELECONFERENCE MEETING

# CERTIFICATE OF SERVICE

I certify that a copy of the above AFFIDAVIT OF OBJECTION TO ORDER RECEIVED ON NOVEMBER 8, 2023, ON APPEAL OF: BENNIE R. HEARST PETTWAY c/o TIGER D RAVEN-MELCHIZ EL, PoA, has been furnished by way of walk-in, facsimile, or certified mail, first class, priority or expressed post to:

Eric Feder, Prothonotary
Philadelphia County Office of the Prothonotary
1400 John F Kennedy Blvd, City Hall, Room 284
Philadelphia, Pennsylvania 19107-3243

Vincent DiMaiolo, Jr., Esq., PA Sup Ct ID No. 59461
Fein, Such, Kahn & Shepard, P.C.
7660 Imperial Way, Suite 121
Allentown, Pennsylvania 18195-1022

Michael Pellegrino, Esq., PA Sup Ct ID No. 322412
Pellegrino Law PLLC
1617 John F. Kennedy Blvd., Suite 1888
Philadelphia, Pennsylvania 19103 -1817

Jeff Tennyson, President & CEO
Lima One Capital LLC
502 W. 7th Street, Suite 100
Erie, Pennsylvania 16502-1333.

Kevin Holliday, Director of Operations

HOF I REO 5 INC

251 Little Falls Drive

Wilmington, Delaware 19808-1674

Joshua H. Roberts

roberts.virtualcourtroom@courts.phila.gov

1400 John F. Kennedy Boulevard, 538 City Hall

Philadelphia, PA 19107-3200

Carmella Jacquinto

Criminal Justice Center, Room 1205

1301 Filbert Street

Philadelphia, Pennsylvania 19107-2602

Daniel J. Anders

Court of Common Pleas of Philadelphia County

1400 John F. Kennedy Boulevard, City Hall Room 290

Philadelphia, Pennsylvania 19107-3246

Deputy Sheriff William Bengochea

c/o Sheriff Rochelle Bilal

100 South Broad Street, 5th Floor

Philadelphia, Pennsylvania 19110-1022

OBJECTION TO OPINION 96-105 ORDER – 121323 TELECONFERENCE MEETING

I am

Bennie R. Hearst Pettway, Appellant

Date:    28 December 2023

# FORM OF INDIVIDUAL ACKNOWLEDGMENT

Commonwealth of Pennsylvania

County of __Philadelphia__

On this, the ___28th___ day of __December__ _____, 20__23__, before me

___Salim Amir Ali_____, the undersigned officer, personally

appeared __Bennie R. Hearst Pettway c/o Tiger D Raven-Melchiz El, PoA__,

known to me (or satisfactorily proven) to be the person___ whose name___

___ is subscribed to the within instrument, and acknowledged that

___he ___ executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Salim Amir Ali, Notary Public
Philadelphia County
My commission expires March 24, 2025
Commission number 1248563
Member, Pennsylvania Association of Notaries



Pennsylvania Association of Notaries