Fill in this information to identify your case:

Debtor 1 __Bennie R. Hearst Pettway__
       First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  __23-13550-amc__
(If known)

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ☒ creditors have claims secured by your property, or
- ☒ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information.
Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: __Lima One Capital LLC__<br>Description of property securing debt: __1542 Haines Street Philadelphia Pennsylvania [19126-2717]__ | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☒ Retain the property and [explain]: __Fraudulent Conveyance__ | ☐ No<br>☒ Yes |
| Creditor's name: __HOF I REO 5 Inc - Delaware Corporation__<br>Description of property securing debt: __1542 Haines Street Philadelphia Pennsylvania [19126-2717]__ | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☒ Retain the property and [explain]: __Fraudulent Conveyance__ | ☐ No<br>☒ Yes |
| Creditor's name: __Bennie R Hearst Pettway - N. Am. Free__<br>Description of property securing debt: __Supersedeas Silver Bond #RE199992219US__ | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☒ Retain the property and [explain]: _____ | ☒ No<br>☐ Yes |
| Creditor's name: __Bennie R Hearst Pettway - N. Am. Free__<br>Description of property securing debt: __All assets held by Postal SSN Acct #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__ | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☒ Retain the property and [explain]: _____ | ☒ No<br>☐ Yes |

[FILED JAN -2 2024 TIMOTHY McGRATH, CLERK BY ___ DEP. CLERK]

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 1

Debtor 1  Connect A Care Network LLC
         First Name    Middle Name    Last Name

Case number (if known) 23-13550-amc

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases

| | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: BENNIE RHEE HEARST | | ☑ No  ☐ Yes |
| Description of leased property: Voter Card - Pennsylvania | | |
| Lessor's name: BENNIE RHEE HEARST | | ☑ No  ☐ Yes |
| Description of leased property: Drivers License - Pennsylvania | | |
| Lessor's name: BENNIE RHEE HEARST | | ☑ No  ☐ Yes |
| Description of leased property: Certificate of Live Birth - South Carolina | | |
| Lessor's name: | | ☐ No  ☐ Yes |
| Description of leased property: | | |
| Lessor's name: | | ☐ No  ☐ Yes |
| Description of leased property: | | |
| Lessor's name: | | ☐ No  ☐ Yes |
| Description of leased property: | | |
| Lessor's name: | | ☐ No  ☐ Yes |
| Description of leased property: | | |

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____    X _____
Signature of Debtor 1                Signature of Debtor 2

Date ____/____/_____              Date ____/____/_____
     MM / DD / YYYY                       MM / DD / YYYY

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 2

PRAECIPE

**TO THE JUDGE OF THE BANKRUPTCY COURT
FOR THE PENNSYLVANIA BANKRUPTCY COURT**

Case No. 23-13550-amc

Date of this Praecipe 01/02/2024

You will release the Clerk of the Bankruptcy to comply with any Praecipes issued by the Judgment Debtor and the Judgment Creditor in the Private Bankruptcy Action, as the Court is Banned from any further interference in the case pursuant to Public Law 95-598, November 6, 1978, 92 Statutes at Large 2622, United States Code Title 11, Chapter 9, Subchapter I section 904 (limitation on jurisdiction and powers of court), because the Judgment Debtor Does Not Give Consent to the Court.

(List Plaintiff's Names Below:)                              (List Defendant's Names Below:)

Judgement Creditor _____     vs.   Judgment Debtor _____

Hearst Pettway, Bennie R - SS Creditor / Owner        BENNIE RHEE HEARST - Social Security

_____        Corporation

_____        #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; an Independent Treasury -SS

_____        Portal Account as a Public "Trust Fund" and

_____        A Private Banking "Special Funds" Account

Bennie Hearst Pettway
Signature of Judgment Debtor
1/2/2024
Date

Any Court Case: $ to be drawn from the Judgment Debtor's account

PRAECIPE

**TO THE JUDGE OF THE BANKRUPTCY COURT
FOR THE PENNSYLVANIA BANKRUPTCY COURT**

You will issue a WRIT OF EXECUTION in the case of:

(List Plaintiff's Names Below:)                    (List Defendant's Names Below:)

Judgement Creditor _____ vs. Judgment Debtor _____

Hearst Pettway, Bennie R - SS Creditor / Owner        BENNIE RHEE HEARST- Social Security

_____                                          Corporation

_____                                          #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; an Independent Treasury -SS

_____                                          Portal Account as a Public "Trust Fund" and

_____                                          A Private Banking "Special Funds" Account

_____                                          c/o Secretary of the Treasury

Case No. 23-13550-amc                                  Judgment for All assets held in SS Account

_____                                          #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

Date of Judgment: 01/02/2024                           Judgment Amount: $ FULL Amount after

_____                                          Settlement

Interest Rate: N/A %

Date Interest Effective From: _____ N/A _____

Attorney Fees: _____ N/A _____

Any Court Case: $ to be drawn from the Judgment Debtor's account

PRAECIPE

**TO THE JUDGE OF THE BANKRUPTCY COURT
FOR THE PENNSYLVANIA BANKRUPTCY COURT**

Payment Information: Hearst Pettway, Bennie R
(Name of Person to Receive Payment)

c/o 1542 Haines Street
(Address)

Philadelphia, Pennsylvania 19126-2717
(City, State and Zip Code)

Bennie R. Hearst
Signature of Judgment Debtor

1/2/2024
Date

Official Forms
*for Private Bankruptcy transactions*

Case No.: 23-13550-amc

**DECLARATION Under PENALTY of PERJURY on BEHALF of a CORPORATION:**
BENNIE RHEE HEARST - SS "Postal-Independent Treasury" Public Trust & Private Banking Indentured Corporation #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

**We, BENNIE RHEE HEARST,** are the **Judgment Debtor** as the following Artificial Persons; the Indenture Trustee and the sole official Corporate United States employee of the above named corporation known as the **SS - Indentured Account** and that this statement is in support of the Bankruptcy rules being deemed filed under a "Private Bankruptcy Miscellaneous Filing" for the Involuntary Liquidation of this SS Indentured Account in the private between the Judgment Debtor and the Judgment Creditor. As the Judgment Debtor, **WE DO NOT** give or consent to the Court pursuant to *(Public Law 95-598, November 6, 1978, 92 Statutes at Large 2622, United States Code Title 11, Chapter 9, Subchapter I section 904 (limitation on jurisdiction and powers of court))* any jurisdiction or power to interfere with this private transaction. This is a private matter being performed to initiate the **ACT OF CESSION OF GOODS** to transfer all assets held by the **Debtor** over to the Alive Creditor never rebutted per the Law.

**We declare** under penalty of perjury that **We** have read the filed **PROOF OF CLAIM**, the **INVOLUNTARY PETITION** and **We** have therefore filed a **Chapter 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION** to help complete the process. **I have** also reviewed all the other documents filed to support this Liquidation and Termination of the **BENNIE RHEE HEARST - Social Security "Postal-Independent Treasury - Public Trust & Private Banking Indentured Corporation" #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**; they found to be true, in compliance with the Bankruptcy Laws of this country and the contract Laws of Seven. They have also been found to be correct to the best of my foundational information reviewed and my beliefs. Therefore, it has been determined that these documents are the correct ones to be used to terminate this contracted corporation and from this corporation's standpoint, it is fully acceptable to perform this ordered Liquidation and Termination.

Date: 1/2/2024

Signature: *Bennie Rhee Hearst*
**BENNIE RHEE HEARST** - SS Indenture Corporation - Indenture Trustee
(Print Name and Title)

Signature: *Bennie Rhee Hearst*
Hearst Pettway, Bennie R - SS Indenture Corporation US employee
(Print Name and Title)

---

11 USC 904. Limitation on jurisdiction and powers of court
Notwithstanding any power of the court, unless the debtor consents or the plan so provides, the court may not by any stay, order, or decree, in the case or otherwise, INTERFERE with -
(1) any of the political or government powers of the debtor;
(2) any of the property or revenues of the debtor; or
(3) the debtor's use or enjoyment of any income-producing property.

**Definitions and Key code of jurisdiction:**
**INDEPENDENCE..** The state or condition of being free from dependence, subjection or control. Political independence is the attribute of a nation or state which is entirely autonomous, and not subject to the government, control, or dictation, of any exterior power;

**ARTIFICIAL PERSONS..** Persons created and devised by human laws for the purposes of society and government, as distinguished from natural persons. Corporations are examples of artificial persons. 1 Bl Comm 123.

**UNITED STATES BANKRUPTCY COURT
FOR THE PENNSYLVANIA BANKRUPTCY COURT**

In the Matter of:

**BENNIE RHEE HEARST** - SS Corporation #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
Debtor

Case No. 23-13550-amc

Hearst Pettway, Bennie R   - SS Creditor/Owner
                             Plaintiff

Adversary No. _____

vs

**BENNIE RHEE HEARST** - SS Corporation #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
Defendant

**WRIT OF EXECUTION**

Name and Address of Judgment Creditor
Hearst Pettway, Bennie R
c/o 1542 Haines Street
Philadelphia, Pennsylvania 19126-2717

Amount of Judgment:
$**Full Amount after settlement per attachment**
Clerk's Fee:
**to be paid by the Judgment Debtor**

Other Costs:
**to be paid by the Judgment Debtor**
Interest from: $ _____
                N/A
Costs of this writ: $ _____
$ **to be paid by the Judgment Debtor**

vs

Name and Address of Judgment Debtor
**BENNIE RHEE HEARST** - Social Security
Corporation #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; an Independent Treasury-
SS Postal Account
c/o Secretary of the Treasury
The Enterprise Financial Management System

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF PENNSYLVANIA**

You are directed to levy upon the property of the above named Judgment Debtor to satisfy a money judgment in accordance with the attached instructions.

**TO THE JUDGMENT DEBTOR:**
You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified from the levy.

Date: _____

_____
Clerk of the United States Bankruptcy Court

**United States Marshal's Return**

I received this writ on _____, and executed the same on _____

_____
United States Marshal

_____
Deputy Marshal

# UNITED STATES BANKRUPTCY COURT
# FOR THE DELAWARE BANKRUPTCY COURT

ATTACHED INSTRUCTIONS
(to be attached to and made a part of the writ of execution)

**Time and Place Where Judgment Rendered**
The Judgment for this Private Bankruptcy Miscellaneous Filing action was held on: 01/02/2024
At the following location: c/o 1542 Haines Street, Philadelphia, Pennsylvania 19126-2717

Meeting was held between the Judgment Debtors and the Judgment Creditors to complete the Liquidation of the Social Security Corporation.

**Names of Parties to the Action**
Bennie - as Alive Master - a North American - Creditor
Hearst Pettway, Bennie R - as the Creditor/Owner for the Master "f - name" - North American Creditor

Hearst Pettway, Bennie R as the Private Wombman of Commerce "Non-Commercial" as a North American Creditor

Hearst Pettway, Bennie R - as the BENNIE RHEE HEARST - SS public corporate and commercial employee - a US commercial citizen

- *DEBTOR*
BENNIE RHEE HEARST - as the BENNIE RHEE HEARST - SS Trust Indentured Trustee - DEBTOR

**Names of the Parties to the Judgment**
Bennie - as Alive Master - a North American - Creditor
Hearst Pettway, Bennie R - as the Creditor/Owner for the Master "f - name" - North American Creditor

Hearst Pettway, Bennie R as the Private Wombman of Commerce "Non-Commercial" as a North American Creditor

Hearst Pettway, Bennie R - as the BENNIE RHEE HEARST - SS public corporate and commercial employee - a US commercial citizen

- *DEBTOR*
BENNIE RHEE HEARST - as the BENNIE RHEE HEARST - SS Trust Indentured Trustee - DEBTOR

**Amount of Judgment**
The Amount of this Judgment is for the assets that are being held by the BENNIE RHEE HEARST Independent Treasury Social Security "Postal" Corporate Account #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 as addressed in the attached form.

**Amount of Remaining Uncollected on Judgment**
If there is to be any items that can not be settled then they are to be turned over to the next available settlement date.

You are hereby ordered to Levy (seize) the following Account and Assets from:
BENNIE RHEE HEARST - Independent Treasury - Social Security "Postal" Corporate Account #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 and to pick up all public "bankruptcy" lease documents; e.g., licenses, titles, registrations, and other instruments to remove and settle all the public deceptive and false liens. Per Corporate approval on Official Bankruptcy Forms.

**The Asset Delivery is to be directed to: Bennie R Hearst Pettway "the wombman" at: c/o 1542 Haines Street, Philadelphia, Pennsylvania 19126-2717.**

UNITED STATES BANKRUPTCY COURT
FOR THE PENNSYLVANIA BANKRUPTCY COURT

*

All costs are to be paid by the Judgment Debtor, therefore the US Marshal will add those fees to the amount to be collected. Items covered are all acourt and writ collection fees, per the court fee schedule and the US Marshal's fees pursuant to: Public Law 101-647, title XII §1212, November 29, 1990, 104 Statutes at Large 4833, United States Code Title 28, Part IV Chapter 123 section 1921

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

**Fill in this information to identify the case:**

Debtor 1: Connect A Care Network LLC

Debtor 2: Bennie R Hearst Pettway
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 23-13550-amc

## Part 1: Identify the Claim

**1. Who is the current creditor?**
BENNIE RHEE HEARST Social Security Trust - Corporation "Postal"
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor  BENNIE RHEE HEARST TRUST

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name: Bennie R Hearst Pettway
Number Street: 1542 Haines Street
City: Philadelphia    State: PA    ZIP Code: 19126

Contact phone: 4848431786
Contact email: benniepettway@yahoo.com

Where should payments to the creditor be sent? (if different)

Name: _____
Number Street: _____
City: _____    State: _____    ZIP Code: _____

Contact phone: _____
Contact email: _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/_____ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

6. Do you have any number you use to identify the debtor?

   ☒ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __8__ __2__ __9__ __8__

7. How much is the claim?    $ __25,000,000.00__. Does this amount include interest or other charges?

   ☒ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   __Professional Public Services; War Crimes against the Creditor__

9. Is all or part of the claim secured?

   ☐ No
   ☒ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☒ Other. Describe: __Bennie Rhee Hearst Independent Treas-SS Postal Pub Tr__

   **Basis for perfection:** __Uniform Commercial Code 3, 1099__
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property:    $ __5,000,000.00__
   Amount of the claim that is secured:    $ __25,000,000.00__
   Amount of the claim that is unsecured:    $ __25,000,000.00__ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition:    $ __0.00__

   Annual Interest Rate (when case was filed) __0.00__ %
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?

    ☒ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition.    $ _____

11. Is this claim subject to a right of setoff?

    ☒ No
    ☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No

☐ Yes. *Check one:*                                       **Amount entitled to priority**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).      $_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).      $_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).      $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).      $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).      $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.      $_____

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   **01/02/2024**
                MM / DD / YYYY

Signature: **Bennie R Hearst Pettway**

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | **Bennie** | **R Hearst** | **Pettway** |
| | First name | Middle name | Last name |
| Title | **Creditor / Owner for the Master "f - name" - North American Creditor** | | |
| Company | | | |
| | *Identify the corporate servicer as the company if the authorized agent is a servicer.* | | |
| Address | **1542 Haines Street** | | |
| | Number    Street | | |
| | **Philadelphia**           **PA**         **19126** | | |
| | City        State        ZIP Code | | |
| Contact phone | **(484) 843-1786**        Email **benniepettway@yahoo.com** | | |

PRAECIPE

# "Proof of Claim form" - Supportive Written Claim Statement:

Case Number: 23-13550-amc

I am, the OWNER/CREDITOR/MASTER over my United States **Independent Treasury - Social Security** Postal Public Trust & Private Banking Corporation **Account**; known as the **BENNIE RHEE HEARST - Independent Treasury Social Security** "Postal Public Trust & Private Banking Corporation" **Account** operating under **#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**. All initial birthing inheritance property held in my private Post Office Depository and All accrual property and assets held in the United States **Independent Treasury - Social Security** Postal account #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 "Trust Funds and Special Funds" after the involuntary Liquidation are to be released to me for my direct accessing.

The "**BENNIE RHEE HEARST - Independent Treasury Social Security** Postal Public Trust & Private Banking **Corporation**" has been operating as an Artificial Created Corporation as the Debtor to me; the Alive Individual "OWNER/CREDITOR". This liquidating action is in full compliance with the law, as **I am the Creditor and Owner of this SS Account and I am over the age of eighteen (18), years** of which was to be the termination time of this seven year governmental Social Security Contract. This contracted account has been utilized by the Corporately-styled Governments to fund their State of Bankruptcy due to the fact that that they can own nothing and have to zero-out their books every year. The corporately-styled governments have been utilizing my corporation's assets by way of Secret Liens derived from the corporate employee registration to vote, thereby, backing the bills and other Lien and Bonding instruments that they utilize (Titles, Deeds, Driver License and other licenses, such as: Professional Licenses).

All public trust corporately-styled governmental and monetary documents in the form of: Trade Acceptances, Secret Liens, and Secret Bonds under their three (3), year Federal Reserve Board (FRB), wagering contracts are ordered to be brought into settlement and closed out. This also includes any and all deceptive Taxing Liens that have been issued.

The Wombman of Commerce "**Hearst Pettway, Bennie R**" has quit (resigned from) her job as a **BENNIE RHEE HEARST - Independent Treasury - Social Security** "Postal Public Trust & Private Banking corporate employee" based on the fact that that this **Independent Treasury - Social Security** "Postal Public Trust & Private Banking Corporation" is being ordered to be **INVOLUNTARILY Liquidated** by the Sole Creditor/Owner but she will be available to support the clean-up process but under the status of a non-commercial employee. She will; now only be operating in private commerce, after this liquidation using real assets as the "Just 'Medium for Exchange'".

This Liquidation of the **BENNIE RHEE HEARST - Independent Treasury - Social Security** "Postal Public Trust & Private Banking Corporation" **Account #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**" has been ordered by the **Will of the Alive Owner/Creditor/Master** of this **SS** "Postal Corporation" **Account** per the approved Official Bankruptcy Forms for mandatory utilization issued through the Judicial Conference of the United States and are hereby attested to by the autographs of two (2), of the alive functionaries of wombman of god.

This is the **Alive Owner's Prayer Order** to the world of the Dead (Artificial Creations).

Date: 1/2/2024

Autographs by: _Hearst Pettway Bennie R_
Hearst Pettway, Bennie R "Wombman of God"
"Wombman of Commerce"
Creditor/Post-Wombman

_Mark_
A Free Native American
Master of my Life Post

Seal n Agreement of Two (2):

PRAECIPE

11 USC 904. Limitation on jurisdiction and powers of court

Notwithstanding any power of the court, unless the debtor consents or the plan so provides, the court may not by any stay, order, or decree, in the case or otherwise, INTERFERE with -

(1) any of the political or government powers of the debtor;
(2) any of the property or revenues of the debtor; or
(3) the debtor's use or enjoyment of any income-producing property.

EXHIBIT "A"

PRAECIPE

PRAECIPE

TO THE PROTHONOTARY:

_____ Please mark the above referenced case Discontinued and Ended without prejudice

Date: _____                    By: _____

**PRAECIPE**

TO THE PROTHONOTARY:

\_\_\_\_\_ Please withdraw the complaint

\_\_\_\_\_ Please mark the above referenced case settled

\_\_\_\_\_ Please vacate the judgment entered

\_\_\_\_\_ Please mark the *in rem* judgment satisfied

Date: _____    By: _____