Fill in this information to identify your case:

Debtor 1  __Connect A Care Network LLC__
First Name    Middle Name    Last Name

Debtor 2  __Bennie__  __R.__  __Hearst Pettway__
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  __23-13550-amc__
(if known)

☐ Check if this is an amended filing

## Official Form 122A–1
## Chapter 7 Statement of Your Current Monthly Income    12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.
   ☑ Not married. Fill out Column A, lines 2-11.
   ☐ Married and your spouse is filing with you. Fill out both Columns A and B, lines 2-11.
   ☐ Married and your spouse is NOT filing with you. You and your spouse are:
      ☐ Living in the same household and are not legally separated. Fill out both Columns A and B, lines 2-11.
      ☐ Living separately or are legally separated. Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). | $ _____ | $ __0.00__ |
| 3. Alimony and maintenance payments. Do not include payments from a spouse if Column B is filled in. | $ _____ | $ __0.00__ |
| 4. All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support. Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ __0.00__ |
| 5. Net income from operating a business, profession, or farm | Debtor 1 | Debtor 2 |
| Gross receipts (before all deductions) | $ _____ | $ __0.00__ |
| Ordinary and necessary operating expenses | – $ _____ | – $ __0.00__ |
| Net monthly income from a business, profession, or farm | $ __0.00__  Copy here→ | $ __0.00__ |
| 6. Net income from rental and other real property | Debtor 1 | Debtor 2 |
| Gross receipts (before all deductions) | $ _____ | $ __0.00__ |
| Ordinary and necessary operating expenses | – $ _____ | – $ __0.00__ |
| Net monthly income from rental or other real property | $ __0.00__  Copy here→ | $ __0.00__ |
| 7. Interest, dividends, and royalties | $ _____ | $ __0.00__ |

Check one box only as directed in this form and in Form 122A-1Supp:

☑ 1. There is no presumption of abuse.
☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).
☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

[FILED stamp: JAN - 2 2024, TIMOTHY McGRATH, CLERK BY ___ DEP. CLERK]

Debtor 1  __Connect A Care Network LLC__
         First Name    Middle Name    Last Name

Case number (if known) __23-13550-amc__

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 8. | **Unemployment compensation.** Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .................................... | $ _____ | $ _____ |
| | For you ......................................... $ _____ | | |
| | For your spouse ........................... $ _____ | | |
| 9. | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $ _____ | $ _____ |
| 10. | **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below. | | |
| | | $ _____ | $ _____ |
| | | +$ _____ | +$ _____ |
| | Total amounts from separate pages, if any. | $ _____ | $ _____ |
| 11. | **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $ 0.00 | +$ 0.00 = $ 0.00 Total current monthly income |

## Part 2:  Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a. Copy your total current monthly income from line 11 ............................................. Copy line 11 here➡   $ 0.00

    Multiply by 12 (the number of months in a year).                                                  x 12

    12b. The result is your annual income for this part of the form.                        12b.   $ 0.00

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.                                                    _____

    Fill in the number of people in your household.                                         _____

    Fill in the median family income for your state and size of household. ........................ 13.   $ 0.00

    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
             Go to Part 3. Do NOT fill out or file Official Form 122A-2

    14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
             Go to Part 3 and fill out Form 122A-2.

Debtor 1  Connect A Care Network LLC   Case number (if known) 23-13550-amc
         First Name   Middle Name   Last Name

## Part 3: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _Bonnie A Hearst Pettway_  X _Bunnie Chri Hearst Pettway_
Signature of Debtor 1                    Signature of Debtor 2
Member

Date 1/2/2024                            Date 12/31/2023
    MM / DD / YYYY                           MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

Official Form 122A-1    Chapter 7 Statement of Your Current Monthly Income    page 3



Mortgage Proof of Claim Attachment with handwritten overlay: "There never was a mortgage!!! this is Mortgage FRAUD!!!"

there Never WAS A
Mortgage!!
this is:
Mortgage FRAUD!!!

# Mortgage Proof of Claim Attachment: Additional Page

(12/23)

Case number:

Debtor 1:

## Part 5 : Loan Payment History from First Date of Default

| Account Activity | | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
| | | | | | | | | | | | | | | | | |

# FORM OF INDIVIDUAL ACKNOWLEDGMENT

Commonwealth of Pennsylvania

County of <u>Philadelphia</u>

On this, the <u>28th</u> day of <u>December</u>, 20<u>23</u>, before me <u>Salim Amir Ali</u>, the undersigned officer, personally appeared <u>Bennie R. Hearst Pettway c/o Tiger D Raven-Melchiz El, PoA</u>, known to me (or satisfactorily proven) to be the person <u>  </u> whose name <u>is</u> subscribed to the within instrument, and acknowledged that <u>he</u> executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_Salim Amir Ali_
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Salim Amir Ali, Notary Public
Philadelphia County
My commission expires March 24, 2025
Commission number 1248553
Member, Pennsylvania Association of Notaries

PAN 1 9-10

# AFFIDAVIT
## IN SUPPORT OF STATUE OF FRAUDS

Commonwealth of Pennsylvania  )
) Scilicet:
County of Philadelphia  )

Before me, the undersigned notary public, personally appeared Benny R Hearst Pettway known to me or proven, who being duly affirmed according to law, doth Depose and say:

Case# 230402868, Control #23097024 Court type: Rent, Lease and Ejectment; Case Type: Ejectment, is false information on a False Claim from the Fraudulent Conveyance,

I am the owner of the property located at 1540 FKA 1542 Haines Street, Philadelphia, Pennsylvania 19126-2717. I don't have to pay rent to HOF I REO 5 INC because I am the true owner. I never signed any mortgage contract with LIMA ONE CAPITAL LLC or a lease agreement with them or with HOF I REO 5 INC to rent or lease my own property from them. See Formal Requirements; Statue of Frauds (13 Pennsylvania Consolidated Statutes §2201) attached as additional evidence to this Affidavit as if included in its entirety.

And further deponent sayeth not.

_Benny Hearst Pettway_

16 day of OCT. 20 23

Sworn to and Subscribed before me this

_Salim Am Ali_
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Salim Amir Ali, Notary Public
Philadelphia County
My commission expires March 24, 2025
Commission number 1248553
Member, Pennsylvania Association of Notaries

## CHAPTER 22
### FORM, FORMATION AND READJUSTMENT OF CONTRACT

Sec.
2201. Formal requirements; statute of frauds.
2202. Final written expression: parol or extrinsic evidence.
2203. Seals inoperative.
2204. Formation in general.
2205. Firm offers.
2206. Offer and acceptance in formation of contract.
2207. Additional terms in acceptance or confirmation.
2208. Course of performance or practical construction (Deleted by amendment).
2209. Modification, rescission and waiver.
2210. Delegation of performance; assignment of rights.

**Enactment.** Chapter 22 was added November 1, 1979, P.L.255, No.86, effective January 1, 1980.

**§ 2201. Formal requirements; statute of frauds.**

(a) **General rule.**--Except as otherwise provided in this section a contract for the sale of goods for the price of $500 or more is not enforceable by way of action or defense unless there is some writing sufficient to indicate that a contract for sale has been made between the parties and signed by the party against whom enforcement is sought or by his authorized agent or broker. A writing is not insufficient because it omits or incorrectly states a term agreed upon but the contract is not enforceable under this subsection beyond the quantity of goods shown in such writing.

(b) **Writing confirming contract between merchants.**--Between merchants if within a reasonable time a writing in confirmation of the contract and sufficient against the sender is received and the party receiving it has reason to know its contents, it satisfies the requirements of subsection (a) against such party unless written notice of objection to its contents is given within ten days after it is received.

(c) **Enforceability of contracts not satisfying general requirements.**--A contract which does not satisfy the requirements of subsection (a) but which is valid in other respects is enforceable:

  (1) if the goods are to be specially manufactured for the buyer and are not suitable for sale to others in the ordinary course of the business of the seller and the seller, before notice of repudiation is received and under circumstances which reasonably indicate that the goods are for the buyer, has made either a substantial beginning of their manufacture or commitments for their procurement;

  (2) if the party against whom enforcement is sought admits in his pleading, testimony or otherwise in court that a contract for sale was made, but the contract is not enforceable under this provision beyond the quantity of goods admitted; or

  (3) with respect to goods for which payment has been made and accepted or which have been received and accepted (section 2606).

(d) **Qualified financial contracts.**--Subsection (a) does not apply to a qualified financial contract, as defined in section 1206(c)(1) (relating to statute of frauds for kinds of personal property not otherwise covered), if either:

(1) there is, as provided in section 1206(c)(3), sufficient evidence to indicate that a contract has been made; or

(2) the parties, by means of a prior or subsequent written contract, have agreed to be bound by the terms of the qualified financial contract from the time they reach agreement (by telephone, by exchange of electronic messages or otherwise) on those terms.

(May 22, 1996, P.L.248, No.44, eff. imd.)

**1996 Amendment.** Act 44 added subsec. (d). See section 14(c) of Act 44 in the appendix to this title for special provisions relating to applicability to qualified financial contracts.

**References in Text.** Section 1206, referred to in this section, was repealed and added by the act of April 16, 2008 (P.L.57, No.13). Present section 1206 relates to presumptions.

**Cross References.** Section 2201 is referred to in sections 2209, 2326 of this title.

**§ 2202. Final written expression: parol or extrinsic evidence.**

Terms with respect to which the confirmatory memoranda of the parties agree or which are otherwise set forth in a writing intended by the parties as a final expression of their agreement with respect to such terms as are included therein may not be contradicted by evidence of any prior agreement or of a contemporaneous oral agreement but may be explained or supplemented:

(1) by course of performance, course of dealing or usage of trade (section 1303); and

(2) by evidence of consistent additional terms unless the court finds the writing to have been intended also as a complete and exclusive statement of the terms of the agreement.

(Apr. 16, 2008, P.L.57, No.13, eff. 60 days)

**Cross References.** Section 2202 is referred to in sections 2316, 2326 of this title.

**§ 2203. Seals inoperative.**

The affixing of a seal to a writing evidencing a contract for sale or an offer to buy or sell goods does not constitute the writing a sealed instrument and the law with respect to sealed instruments does not apply to such a contract or offer.

**§ 2204. Formation in general.**

(a) **General rule.**--A contract for sale of goods may be made in any manner sufficient to show agreement, including conduct by both parties which recognizes the existence of such a contract.

(b) **Effect of undetermined time of making agreement.**--An agreement sufficient to constitute a contract for sale may be found even though the moment of its making is undetermined.

(c) **Effect of open terms.**--Even though one or more terms are left open a contract for sale does not fail for indefiniteness if the parties have intended to make a contract and there is a reasonably certain basis for giving an appropriate remedy.

**Cross References.** Section 2204 is referred to in section 2311 of this title.

**§ 2205. Firm offers.**

An offer by a merchant to buy or sell goods in a signed writing which by its terms gives assurance that it will be held open is not revocable, for lack of consideration, during the time stated or if no time is stated for a reasonable time, but in no event may such period of irrevocability exceed three months; but any such term of assurance on a form supplied by the offeree must be