*CASE# 23-13550-amc*

# CHAPTER 7 BANKRUPTCY - MATRIX-amended

I certify that this is a list of Creditors and a previous list was filed with the Clerk on 22 November 2023 and was never docketed. Additionally, this list is an update and supercedes the previous list that was just docketed.

FILED
JAN – 2 2024
TIMOTHY McGRATH, CLERK
BY_____ DEP. CLERK

Bennie R. Hearst Pettway
1542 Haines Street
Philadelphia, Pennsylvania 19126-2717

Pierre Eric Simonvil, PA Sup Ct ID No. 323490
Uptown Philly Lawyer Ltd
2929 Arch Street, Suite 1700
Philadelphia, Pennsylvania 19104-2857

Sean Sebastian Litz, PA Sup Ct ID No. 204229
Royer, Cooper, Cohen, Braunfeld, LLC
Two Logan Square, 100 N. 18th Street, Suite 710
Philadelphia, Pennsylvania 19103-2707

Chevowne Dozier
413 Quailwood Drive
Athens, Georgia 30606-1443

Doreena Lynn Sloan, PA Sup Ct ID No. 44880
P.O. Box 3401
Harrisburg, Pennsylvania 17105-3401

Sidewalk University Network Media Inc
c/o Debbie Littles
1542 Haines Street
Philadelphia, Pennsylvania 19126-2717

Salim Amir Ali, Notary Public
P.O. Box 24822
Philadelphia, Pennsylvania 19130-0822

Roshani S. Pettway
12 Pleasant Valley Road
Ephrata, Pennsylvania 17522-9457

Jesse Willard Woods III
1542 Haines Street
Philadelphia, Pennsylvania 19126-2717

Jeff Tennyson, President & CEO
Lima One Capital LLC
502 W. 7th Street, Suite 100
Erie, Pennsylvania 16502-1333

Jeff Tennyson, President & CEO
Lima One Capital LLC - NMLS ID: 1324403
201 McBee Avenue, Suite 300
Greenville, South Carolina 29601-2884
Branches: AZ, CA, GA, ID, IL, NV, WA

Eric Feder, Prothonotary
Philadelphia Court of Common Pleas
1400 John F Kennedy Blvd, City Hall, Room 284
Philadelphia, Pennsylvania 19107-3243

Craig L. Knutson, CEO

MFA Financial Inc

One Vanderbilt Avenue, 48th Floor

New York, New York 10017-3807


Scott A. Massey

Chester County, Pennsylvania

Magisterial District Court 15-3-05

305 South Third Street

Oxford, Pennsylvania 19363


Mark Adam Levenberg, PA Sup Ct ID No. 78181

Pennsylvania Office of the Attorney General

1000 Madison Avenue, Suite 310

Norristown Pennsylvania 19403


Jason Sperazza, Trooper

Pennsylvania State Police

2 Moxley Rd, Avondale, PA 19311-9511


Fein, Such, Kahn & Shepard, P.C.

7660 Imperial Way, Suite 121

Allentown, Pennsylvania 18195-1022


Vincent DiMaiolo, Jr., Esq., PA Sup Ct ID No. 59461

7660 Imperial Way, Suite 121

Allentown, Pennsylvania 18195-1022

Robert Edward Smithson, Jr., PA Sup Ct ID No. 329691

7660 Imperial Way, Suite 121

Allentown, Pennsylvania 18195-1022


Mehmet Basoglu, PA Sup Ct ID No. 329635

7660 Imperial Way, Suite 121

Allentown, Pennsylvania 18195-1022


HOF I REO 5 Inc

251 Little Falls Drive

Wilmington Delaware 19808-1674


HOF I REO 5 Inc

201 McBee Avenue, Suite 300

Greenville, South Carolina 29601-2884


Sidewalk University Network Media c/o Debbie Littles

c/o 1542 Haines Street

Philadelphia, Pennsylvania 19126-2717


Joshua H. Roberts, PA Sup Ct ID No. 88595

1400 JFK Blvd., City Hall Room 538

Philadelphia, PA 19107-3200


Carmella Jacquinto, PA Sup Ct ID No. 88595

Philadelphia Court of Common Pleas

1301 Filbert Street, Room 1205

Philadelphia, Pennsylvania 19107-2602

Daniel J. Anders, PA Sup Ct ID No. 82413
Philadelphia Court of Common Pleas
1400 John F. Kennedy Boulevard, City Hall Room 290
Philadelphia, Pennsylvania 19107-3246

Tina Masi, Office Court Reporter
Court of Common Pleas of Philadelphia County
Land Title Building, 100 S. Broad Street, 2nd Floor
Philadelphia, Pennsylvania 19110-1013

Danielle O'Connor, Deputy Court Reporter
Philadelphia Court of Common Pleas
Land Title Building, 100 S. Broad Street, 2nd Floor
Philadelphia, Pennsylvania 19110-1013

Idee C. Fox President Judge, PA Sup Ct ID No. 26086
1400 John F. Kennedy Blvd, City Hall Room 386
Philadelphia, Pennsylvania 19107-3260

Rochelle Bilal, Sheriff
Philadelphia Sheriff's Office
100 S. Broad Street, 5th Floor
Philadelphia, Pennsylvania 19110-1024

Robin Robinson, Detective, Civil Enforcement
Philadelphia Sheriff's Office
100 S. Broad Street, 5th Floor
Philadelphia, Pennsylvania 19110-1024

William Bengochea, Deputy Sheriff
Civil Enforcement, Philadelphia Sheriff's Office
100 S. Broad Street, 5th Floor
Philadelphia, Pennsylvania 19110-1024

Lieutenant Calvin Headen, Internal Affairs Unit
Philadelphia Sheriff's Office
100 S. Broad Street, 5th Floor
Philadelphia, Pennsylvania 19110-1024

Captain Sean Thornton
Philadelphia Sheriff's Office
100 S. Broad Street, 5th Floor
Philadelphia, Pennsylvania 19110-1024

William Moore
Philadelphia Sheriff's Office
100 S. Broad Street, 5th Floor
Philadelphia, Pennsylvania 19110-1024

Melissa Simpson
Philadelphia Sheriff's Office
100 S. Broad Street, 5th Floor
Philadelphia, Pennsylvania 19110-1024

Michael Pellegrino, Esq., PA Sup Ct ID No. 322412
Pellegrino Law PLLC
1617 John F. Kennedy Blvd., Suite 1888
Philadelphia, Pennsylvania 19103 -1817

Loan Care LLC - NMLS ID: 2916
3637 Sentara Way
Attn: Legal/Licensing
Virginia Beach, Virginia 23452-4262

Uninsured Employers Guaranty Fund
1171 South Cameron street, 3rd Floor
Harrisburg, Pennsylvania 17104-2542

Frederick J. Gentile, PA Sup Ct ID No. 51683
Office of Chief Counsel - L&I
801 Market Street, Suite 6121
Philadelphia, Pennsylvania 19107-3158

Paula Antoinette Patrick, PA Sup Ct ID No. 72305
Philadelphia Court of Common Pleas
1400 John F. Kennedy Boulevard, City Hall Room 481
Philadelphia, Pennsylvania 19107-3281

Oxford Area Sewer Authority
14 S 3rd Street
Oxford, PA 19363-1601

Lamb McErlane PC
24 East Market Street
P.O. Box 565
West Chester, Pennsylvania 19381-0565

Katherine E. LaDow, Esq., PA Sup Ct ID No. 321590

24 East Market Street

P.O. Box 565

West Chester, Pennsylvania 19381-0565


City of Philadelphia, Department of Revenue

1400 John F. Kennedy Boulevard, Lower Concourse

P.O. Box 8409

Philadelphia, Pennsylvania 19102-1608


Date:    8 December 2023

I am _Bennie R. Hearst Pettway_

Bennie R. Hearst Pettway, Founder, CEO

Connect A Care Network LLC