UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| Connect a Care Network, LLC, | : | |
|     Debtor | : | BANKR. NO.  23-13550 (AMC) |

## ORDER DISMISSING CASE

AND NOW, this  3rd   day of  January,  2024, upon the failure of Debtor to obtain legal counsel, and the response of the Debtor, if any, it is now, therefore,

ORDERED, that this case is hereby DISMISSED.

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge