United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13550-amc |
| Connect A Care Network | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 03, 2024 | Form ID: pdf900 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Connect A Care Network, 140 Schoolview Lane, Oxford, PA 19363-2001 |
| 14836123 | | Bennie R. Hearst Pettway, 1542 Haines Street, Philadelphia, PA 19126-2717 |
| 14843487 | + | Captain Sean Thorton, Philadelphia Sheriff's Office, 100 S. Broad Street, 5th Floor, Philadelphia, PA 19110-1023 |
| 14843470 | + | Carmella Jacquinto, Philadelphia Court of Common Pleas, 1301 Filbert Street, Room 1205, Philadelphia, Pa 19107-2606 |
| 14843430 | | Chevowne Dozier, 413 Quailwood Drive, Athens, Georgia 30606-1443 |
| 14843442 | | Craig L. Knitson, CEO, MFA Financial Inc, One Vanderbilt Avenue, 48th Floor, New York, New York 10017-3807 |
| 14843473 | + | Daniel J. Anders, Philadelphia Court of Common Pleas, 1400 John F. Kennedy Boulevard, City Hal, Philadelphia, Pa 19107-3200 |
| 14843478 | | Danielle O'Connor, Philadelphia County of Court of Commo, Land Title Building, 100 S. Broad Street, Philadelphia, Pennsylvania 19110-1013 |
| 14843431 | | Doreena Lynn Sloan, PA, PO Box 3401, Harrisburg, PA 17105-3401 |
| 14843440 | + | Eric Feder, Prothonotary, Philadelphia Court of Common Pleas, 1400 John F Kennedy Blvd, City Hall, Roo, Philadelphia, Pa 19107-3200 |
| 14836126 | | Fein, Such, Kahn & Shepard, P.C., 7660 Imperial Way, Suite 121, Allentown, Pennsylvania 18195-1022 |
| 14843496 | | Frederick J. Gentile, Office of Chief Counsel - L&I, 801 Market Street, Suite 6121, Philadelphia, Pennsylvania 19107-3158 |
| 14835226 | + | HOF I Grantor Trust 5, C/O Mark A. Cronin, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14843461 | | HOF I REO 5 Inc, 251 Little Falls Drive, Wilmington Delaware 19808-1674 |
| 14843464 | | HOF I REO 5 Inc, 201 McBee Avenue, Suite 300, Greenville, South Carolina 29601-2884 |
| 14836127 | | HOFI REO 5 Inc, 251 Little Falls Drive, Wilmington, Delaware 19808-1674 |
| 14836128 | + | HOFI REO 5 Inc, 201 McBee Avenue, Suite 300, Greenville, South Caroling 29601-2884 |
| 14843479 | + | Idee C. Fox President Judge, 1400 John F Kennedy Blvd, City Hall Room, Philadelphia, Pennsylvania 19107-3200 |
| 14843447 | | Jason Sperazza Trooper, Pennsylvania State Police, 2 Moxley Rd, Avondale, PA 19311-9511 |
| 14836125 | | Jeff Tennyson, President & CEO, Lima One Capital LLC, 201 McBee Avenue, Suite 300, Greenville, South Carolina 29601-2884 |
| 14836124 | | Jeff Tennyson, President & CEO, Lima One Capital LLC, 502 W.7th Street, Suite 100, Erie, Pennsylvania 16502-1333 |
| 14843439 | | Jesse Willard Woods III, 1542 Haines Street, Philadelphia, Pa 19126 |
| 14843468 | + | Joshua H. Roberts, 1400 JFK Blvd City Hall Room 538, Philadelphia, Pa 19107-3217 |
| 14843516 | | Katherine E. LaDow, Esquire, 24 East Market Street, P.O. Box 565, West Chester, Pennsylvania 19381-0565 |
| 14843499 | | Lamb McErlane PC, 24 East Market Street, P.O. Box 565, West Chester, Pennsylvania 19381-0565 |
| 14843486 | + | Lieutenant Calvin Headen, Internal Affairs Unit, Philadelphia Sheriff's Office, 100 S. Broad Street, 5th Floor, Philadelphia, PA 19110-1023 |
| 14843446 | + | Mark Adam Levenberg, PA, Pennsylvnia Office of the Attorney Gener, 1000 Madison Avenue, Suite 310, Norritown, Pennsylvania 19403-2426 |
| 14843459 | | Mehmet Basoglu, PA, 7660 Imperial Way, Suite 121, Allentown, Pennsylvania 18195-1022 |
| 14843489 | + | Melissa Simpson, Philadelphia Sheriff's Office, 100 S. Broad Street, 5th Floor, Philadelphia, PA 19110-1023 |
| 14843490 | | Michael Pellegrino, Esq, Pellegrino Law PLLC, 1617 John F. Kennedy Blvd., Suite 1888, Philadelphia, Pennsylvania 19103-1817 |
| 14843497 | + | Paula Antoinette Patrick, Philadelphia Court of Common Pleas, 1400 John F. Kennedy Boulevard, City Hal, Philadelphia, Pennsylvania 19107-3200 |
| 14843428 | + | Pierre Eric Simonvil PA Sup CT, Uptown Philly Lawyer Ltd, 2929 Arch Street, Suite 1700, Philadelphia, PA 19104-7327 |
| 14843458 | | Robert Edward Smithson, Jr, 7660 Imperial Way, Suite 121, Allentown, Pennsylvania 18195-1022 |
| 14843482 | + | Robin Robinson, Detective, Civil Enforcement, Philadelphia Sheriff's Office, 100 S. Broad Street, 5th Floor, Philadelphia, PA 19110-1023 |
| 14843480 | + | Rochelle Bilal, Sheriff, Philadelphia Sheriff's Office, 100 S. Broad Street, 5th Floor, Philadelphia, PA 19110-1023 |
| 14843438 | + | Roshani S. Pettway, 12 Plesant Valley Road, Ephrata, Pennsylvania 17522- 17522-9457 |
| 14843437 | | Salim Amir Ali, Notary Public, P.O. Box 24822, Philadelphia, PA 191300822 |
| 14843443 | + | Scott A. Massey, Chester County, Pennsylvania, Magisterial District Court 15-3-05, 305 South Third Street, Oxford, Pennsylvania 19363-1729 |
| 14843429 | | Sean Sebastian Litz, PA, Royer, Cooper, Cohen, Braunfeld, LLC, Two Logan Square, 100 N. 18th Street, Su, Philadelphia, PA 19103-2707 |
| 14843466 | | Sidewalk University Network Media, c/o Debbie Littles, 1542 Haines Street, Philadelphia, Pennsylvania 19126-2717 |
| 14843434 | | Sidewalk University Network Media Inc, c/o Debbie Littles, 1542 Haines Street, Philadelphia, Pa 19126-2717 |

Case 23-13550-amc    Doc 43    Filed 01/05/24    Entered 01/06/24 00:34:36    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 03, 2024 | Form ID: pdf900 | Total Noticed: 51 |

| | | |
|---|---|---|
| 14843476 | | Tina Masi, Office Court Reporter, Court of Common Pleas of Philadelphia C, Land Title Building, 100 S. Broad Street, Philadelphia, Pennsylvania 19110-1013 |
| 14843493 | | Uninsured Employers Guaranty Fund, 1171 South Cameron Street, 3rd Floor, Harrisburg, Pennsylvania 17104-2542 |
| 14843453 | | Vincent DiMaiolo, Jr., Esq, 7660 Imperial Way, Suite 121, Allentown, Pennsylvania 18195-1022 |
| 14836130 | | Vincent DiMaiolo, Jr., Esq. PA Sup Ct ID No. 59461, 7660 Imperial Way, Suite 121, Allentown, Pennsylvania 18195-1022 |
| 14843484 | + | William Bengochea, Deputy Sheriff, Civil Enforcement Philadelphia Sheriff's, 100 S. Broad Street, 5th Floor, Philadelphia, PA 19110-1023 |
| 14843488 | + | William Moore, Philadelphia Sheriff's Office, 100 S. Broad Street, 5th Floor, Philadelphia, PA 19110-1023 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jan 04 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 04 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14843517 | Email/Text: megan.harper@phila.gov | Jan 04 2024 00:17:00 | City of Philadelphia, Department of Revenue, 1400 John Kennedy Boulevard, Lower Conco, P.O. Box 8409, Philadelphia, Pennsylvania 19102-1608 |
| 14843492 | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 04 2024 00:17:00 | Loan Care LLC, 3637 Sentara Way, Attn: Legal/Licensing, Virginia Beach, Virginia 23452-4262 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Bennie Rhee Hearst Pettway |
| 14843451 | * | Fein, Such, Kahn & Shepard, P.C., 7660 Imperial Way, Suite 121, Allentown, Pennsylvania 18195-1022 |
| 14843498 | ## | Oxford Area Sewer Authority, 14 S 3rd Street, Oxford, PA 19363-1601 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0313-2 　　　　　　　　　　　　　User: admin 　　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Jan 03, 2024 　　　　　　　　　　　Form ID: pdf900 　　　　　　　　　　　Total Noticed: 51

CHRISTINE C. SHUBERT
　　　　　　　　　　christine.shubert@comcast.net  J100@ecfcbis.com

GEORGE M. CONWAY
　　　　　　　　　　on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov

MARK A. CRONIN
　　　　　　　　　　on behalf of Creditor HOF I Grantor Trust 5 bkgroup@kmllawgroup.com

United States Trustee
　　　　　　　　　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| Connect a Care Network, LLC, | : | |
|     Debtor | : | BANKR. NO. 23-13550 (AMC) |

ORDER DISMISSING CASE

AND NOW, this  3rd  day of January, 2024, upon the failure of Debtor to obtain legal counsel, and the response of the Debtor, if any, it is now, therefore,

ORDERED, that this case is hereby DISMISSED.

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge