2024 JAN 18 PM 7:25
USBC-EDPA REC'D CLERK

# UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania

| | |
|---|---|
| InRe Bennie R. Hearst Pettway d/b/a Connect A Care Network LLC, Debtor | |
| Address 1542 Haines Street, Phila, Pennsylvania [19126-2717] | Case No. 23-13550-amc |
| HOF I REO 5 INC, Plaintiff | |
| Bennie R. Hearst Pettway, Defendant | |
| | Chapter 7 |
| Last four of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): xxx-xx-8298 | |
| Employer's Tax Identification No(s). (if any): 42-3266639 | |

FILED
JAN 18 2024
TIMOTHY McGRATH, CLERK
BY DEP. CLERK

## NOTICE OF APPEAL

## OBJECTION TO OPINION 96-105 ORDER PER DECEMBER 13, 2023 TELECONFERENCE MEETING

**TENDERED:**
**1) LETTER OF CREDIT**
**2) SUPERSEDEAS SILVER BOND - CREDIT INSTRUMENT**

Official Form 417A (12/23)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Dennie R. Hearst Pettway
2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
- ☐ Plaintiff
- ☒ Defendant
- ☐ Other (describe) ____________

For appeals in a bankruptcy case and not in an adversary proceeding.
- ☐ Debtor
- ☐ Creditor
- ☐ Trustee
- ☐ Other (describe) ____________

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken: NO Attorney for LLC; Attorney not required be requirement is unconstitutional. $15M Credit Instrument was filed to settle every thing.
2. State the date on which the judgment—or the appealable order or decree—was entered: 03 January 24

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: NONE Attorney: ____________
2. Party: NONE Attorney: ____________

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

Bennie Rhee Pettaway

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 1-15-2024

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

1542 Haines St
Philadelphia PA 19126

Cell 484-734-5887

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]



Pay to: United States Bankruptcy Court, Eastern District of Pennsylvania

41-21829B2

# A Private American Bank/Court - Voucher/Warrant

15 January 2024

*Private American's Claim*

VOUCHEE(S) are Agents of the United States Treasury and Central Bank

Name of Vouchee(s)

## Janet Louise Yellen, Secretary of the Treasury

| VOUCHEE'S Federal ID# | *Per the Articles of Confederation.* | | Fair Market Credit/Value of Property |
|---|---|---|---|
| 52-0907065 | The Right of an Private American Banker to Claim Assets due per HRJ-192; a Bill of Exchange and a Voucher/Warrant. | *Value of Credit Owed and Debt Set-OFF* | $300.00 |

*Additional Private American Banker"s Voucher Collection and/or Document Details:*

For: Notice of Appeal Filing Fee: Collateral for Notes; Form & Tenor; Redemption - Bond #RE199992205US.

DELIVER Currency Assets to American VOUCHER: Private American Banker

Authorized Assignee for Circulation to Recipient.

Federal Postal Depository # and Address (number, street, and room or suite no.)

c/o 19107 - 900 Market Street, #400

City, State, Country and Federal Postal Depository ZIP code:

Philadelphia, Pennsylvania, united states of America 19107

phone#

(215) 408-2800

## SPECIAL INSTRUCTIONS:

Pursuant to: International Law; Treaties; Constitution and the Uniform Commercial Code as amended, and current Information Return reporting protocols, this Bank / Court Voucher Set-off for the identified Obligation owed from the Public Corporate Usury held in the United States Treasury per the Money Banking System is pursuant to: borrowed gold and the National Emergency Banking Act, March 9, 1933, 48 Statutes at Large 1, Public Law 89-719; declared by President Roosevelt, being bankrupt and insolvent, House Joint Resolution 192, 73rd Congress in session June 5, 1933; Proclamations - #2038; #2039; and #2040. You are to convert All Commercial Public Debt-Obligations, while transacting all business within UNITED STATES Commercial Markets, belonging to the UNITED STATES, as the UNITED STATES is the True Obligor in each and every United States Commercial-Transaction.Therefore, the above private American banker is to receive lawful currency - as per the Money Law of 1792, to be deposited in a deposit account of choice for private use. The United States Treasury is hereby ordered to meet all obligations and to comply with this Order and itemize the above-listed collection details (notice of appeal filing fee: collateral for notes; form and tenor; redemption) in which US Bankruptcy Court, Eastern District of Pennsylvania wishes to acquire, adjust the bottom line total cost amount to zero ($0.00), and Release the Lien. Provide a receipt to: US Bankruptcy Court, Eastern District of Pennsylvania by way of its Duly Authorized Representative ("US Bankruptcy Court, Eastern District of Pennsylvania") and retain the record of the transaction to settle with your Federal Tax Obligation(s) with Internal Revenue Service as the entire overall transaction is only a Commercial Accounting Matter of what the Bankrupt United States owes its True Creditors, which is the Americans US Bankruptcy Court, Eastern District of Pennsylvania

Bennie Pettway has a Pre-Paid Non-Obligatory Commercial Debt Obligation Arrangement with the UNITED STATES in relation to Title 12 United States Code 95a - Regulation of Transactions in Foreign Exchange of: gold and silver; property transfers; vested interests, enforcements and penalties (Part 2) and other Public Policy on United States Debt.

## PRIVATE AMERICAN'S BANKER and COURT ORDER:
## Counter-Signed for Bank and Court Authenticity and Settlement: 3 days per the Law.

Posted, Signed, Sealed and Dated on: 15 January 2024

By the Free Will of: Bennie R. Hearst Pettway

Authorized Private American's Banker/Court - Cashier/Clerk

EIN# 046548298



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
|---|---|---|
| | : | |
| Connect a Care Network, LLC, | : | |
| Debtor | : | BANKR. NO. 23-13550 (AMC) |

## ORDER DISMISSING CASE

AND NOW, this 3rd day of January, 2024, upon the failure of Debtor to obtain legal counsel, and the response of the Debtor, if any, it is now, therefore,

ORDERED, that this case is hereby DISMISSED.

HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge



BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

028190 501 1 SP 0.630 19126 7 8 10049-1-28433

Bennie R. Hearst Pettway
1542 Haines Street
Philadelphia, PA 19126-2717

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

OFFICIAL BUSINESS
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

FIRST-CLASS MAIL

1912582717 C011

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENNIE R. HEARST PETTWAY<br>d/b/a<br>CONNECT A CARE NETWORK LLC<br>d/b/a<br>CONNECT A CARE NETWORK<br><br>Debtor | : | NOVEMBER TERM, 2023<br><br>23-13550-amc<br><br><br><br>OBJECTION |

# OBJECTION

## TO OPINION 96-105 ORDER

## PER DECEMBER 13, 2023, TELECONFERENCE MEETING

1. I, Bennie R. Hearst Pettway, a true and de jure party of interest, operating under constitutional form of government and treaty, doing business as Connect A Care Network LLC, as I have full interest, title and ownership (hereinafter, "My Company"), attest to the following statement to the best of my ability. This is a sure-fire abuse of authority that has never been provided. I do not represent the corporation. I hold all beneficial interests in the corporation, but I am the owner and currently hold all title and interest in 1542 Haines Street and not the Connect A Care Network LLC. Connect A Care Network LLC is not the injured party. I am the injured party. I am not the Judgment Debtor; I am the Creditor. The forced fraudulent conveyance by Lima One Capital LLC to Connect A Care Network LLC and then fraudulently conveyed to HOF I REO 5 INC and its designated heirs, successors, and assigns have been accepted and supported by the trial court and the Philadelphia Sheriff's Office supporting and participating

the ongoing crime of Mortgage Fraud and Illegal Fraudulent Conveyance performed on 26 April 2019 without my knowledge and without my permission (see Fraudulent Conveyance - Deed Fraud Report).

2. My company, Connect A Care Network LLC is doing business supported by private party activity is doing business as a Silver Bond (private credit (see Article I section 10, American Constitution)). The Silver Bond is acting in a Supersedeas capacity and will settle all costs and expenses, including the return of the $31,000 (Thirty-one Thousand and no cents, dollars) US that I received when the Fix n Flip loan was started. The balance was never released to me from escrow. I, therefore, do not owe it. I am a victim of Predatory Lending and Mortgage Fraud. (see **Exhibit A**, attached Prohibition Against Predatory Lending Practices made a part of this Objection document)

3. The Fix n Flip loan was not given out to My Company. It was a construction loan given to me for property renovations on (1542 Haines Street fka 1540 Haines Street, Philadelphia, Pennsylvania 19126-2717). I had invested financial resources, out of pocket, into this property and then decided to take out a construction loan to renovate my private property to completion.

4. Lima One Capital LLC, the Fix n Flip lender, now that I know is truly a Predatory Lender, stole my property by forcefully conveying it from my personal possession into My Company so that a fraudulent mortgage claim could be made. I never authorized them to act on behalf of me or My Company. I never authorized a transfer of title, interest or ownership from me to Connect A Care Network LLC. The borrowed financial resources went into my name for me and me only, these resources were deposited into my personal bank accounts, and never to My Company bank accounts.

5. It appears that they have power of attorney over me and my estate, which is false. This was never a mortgage and furthermore, the Fix n Flip loan term was only for two (2), years. The property was fraudulently conveyed into my company's name which is Connect A Care Network LLC on which I do business as; to make it appear like the actual loan was a mortgage so that the property could be foreclosed on for free and to go and collect insurance money from the corporate government. There was never a mortgage, and I am not representing My Company / corporation. In other words, I am not proceeding on behalf of a corporation. Additionally, what legislation, unconstitutional official act, states that a corporation must be represented by counsel? Where in the Constitution for the united states of America and where in the Constitution for the Commonwealth of Pennsylvania does it state that I must be represented by an attorney or that my intellectual property must be represented by an attorney or that my Limited Liability Company must be represented by an attorney?

6. The Creditor is transacting criminal operations protocols that, as this bankruptcy case proceeds, they will have to seek assistance of counsel. I, on the other hand, am not seeking assistance of counsel and see no need as I am the victim of Predatory Lending and Mortgage Fraud, which is a criminal offense. A corporation, after 1868, is a person and therefore can seek assistance of counsel. But a corporation is not required by Constitutional Law to have representation as Opinion 96-105 insists with its hard intention against those flesh, blood and bone indigents exemplifying a multitude of incompetencies are by not being a member of the BAR.

7. Any Pennsylvania Bar Association Opinion is not legislative policy to follow. Additionally, what is being followed is the fact of Fraud in the Court as a legitimate Cause for Action that leads to Opinion 96-105. Opinion 96-105 (see

**Exhibit B**, attached Opinion 96-105 made a part of this Objection document), is not legislative policy and not law. The Law of the land is Constitution, not statutes, codes, rules, regulations, and ordinances. Opinion 96-105, since it appears that the Court of Common Pleas is following it as a statute of some sort when it is only an opinion, is an Unconstitutional Official Act - 16 American Jurisprudence 2d, Section 177 late 2d, Section 256 (for more details, see **Exhibit C**, attached, and made a part of this Objection document).

8. The Opinion further represents in, similarity, that I, Bennie R. Hearst Pettway "May" be a corporation and that I may appear to be represented. The word **"May"** is an expression of possibility, a permissive choice to act or not, and ordinarily implies some degree of discretion. This contrasts with the word "shall," which is generally used to indicate a mandatory provision. Neither of these words are law. The Law is Constitution, not colorable codes, colorable statutes, colorable rules, colorable regulations, or colorable ordinances. The Constitution always trumps these colorable codes, statutes, rules, regulations, and ordinances.

9. I, Bennie Rhee Hearst Pettway, am representing the original deed that clearly shows that the house was in my name at the day of purchase and remained in my name until I was defrauded into taking that Predatory loan from Lima One Capital LLC and even afterwards, they left the original deed alone until they started this fraudulent conveyance into My Company name. This is the only way that they can steal it because they are not required to have a commercial license to perform a commercial mortgage in the State of Pennsylvania.

10. So, for them, I guess it would make great sense to forcefully convey 1542 Haines Street into My Company then make a fraudulent mortgage complaint so that they can successfully bring Fraud on the Courts and have assistance by the court with the theft. The Court of Common Pleas, First Judicial District of Pennsylvania, Civil Trial Division, has been successfully assisting Lima One Capital LLC and its whole subsidiary or assignee, HOF I REO 5 Inc out of Delaware (who has absolutely no permission to transact business in Pennsylvania) with its complaint in mortgage foreclosure when, in fact, there never was a mortgage.

11. Daniel J. Anders is in error producing the order dated November 6, 2023. Daniel J. Anders has no jurisdiction and should not be participating in this case of fraud and treason. Additionally, HOF I REO 5 INC has no permission to transact business in Pennsylvania therefore your court has no jurisdiction. Your jurisdiction has been challenged. I, Bennie R. Hearst Pettway, with great assurance, am not proceeding on behalf of my corporation. I am the petitioner who placed the motion to proceed In Forma Pauperis; not Connect A Care Network LLC (see **Exhibit D**, attached Affidavit of Subsistence, made a part of this Objection document).

**Date** 1/15/2024

**Bennie R. Hearst Pettway**
**Bankruptcy Petitioner**

# EXHIBIT A

## CHAPTER 9-2400. PROHIBITION AGAINST PREDATORY LENDING PRACTICES
## § 9-2403. Predatory Lending Practices Prohibited.

(1) Prohibited Conduct. Subject 1136 to the limitations of subsection (f):

(a) Issuing Predatory Loans. No person shall make, issue, or arrange a predatory loan, or assist others in doing so. A person who, when acting in good faith, fails to comply with this subsection will not be deemed to have violated this subsection if the person establishes that either:

(.1) Within 30 days of the loan closing and prior to the institution of any action under this Chapter, the borrower is notified of the compliance failure, appropriate restitution is made, and whatever adjustments are necessary are made to the loan to either, at the choice of the borrower, (i) make the predatory loan satisfy the requirements of this Chapter or (ii) change the terms of the loan in a manner beneficial to the borrower so that the loan will no longer be considered a predatory loan subject to the provisions of this Chapter; or

(.2) The compliance failure was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid such errors, and within 60 days after the discovery of the compliance failure and prior to the institution of any action under this Chapter or the receipt of written notice of compliance failure, the borrower is notified of the compliance failure, appropriate restitution is made, and whatever adjustments are necessary are made to the loan to either, at the choice of the borrower, (i) make the predatory loan satisfy the requirements of this Chapter, or (ii) change the terms of the loan in a manner beneficial to the borrower so that the loan will no longer be considered a predatory loan subject to the provisions of this Chapter. Examples of a bona fide error include clerical, calculation, computer malfunction and programming, and printing errors. An error of legal judgment with respect to a person's obligations under this Chapter is not a bona fide error.

(b) Lending Without Home Loan Counseling. No person shall make, issue or arrange any threshold or high cost loan, or assist others in doing so, without first receiving notice from a counselor employed by a housing counseling agency approved by the Office of Housing and Community Development that the borrower has received counseling on the advisability of the loan transaction and the appropriateness of the loan for the borrower based upon the information provided by borrower and lender to the counselor at the time counseling is provided to the borrower.

( c ) Lending Without Due Regard to Repayment. No lender shall make, issue or originate any threshold or high cost loan if the lender does not reasonably believe at the time the loan is consummated that the borrower or borrowers (when considered collectively in the case of multiple borrowers) will be able to make the scheduled payments to repay the obligation based upon a consideration of their current and expected income, current obligations, employment status, and other financial resources (other than the borrower's equity in the dwelling which secures repayment of the loan). A borrower shall be presumed to be able to make the scheduled payments to repay the obligation if, at the time the loan is consummated, or at the time of the first rate adjustment in the case of a lower introductory interest rate (i) the borrower's scheduled monthly payments on the loan (including principal, interest, taxes, insurance and assessments), combined with the scheduled payments for all other debt, do not exceed fifty percent (50%) of the borrower's documented and verified monthly gross income,

median family income shall be derived from the most recent estimates made available by the U.S. Department of Housing and Urban Development, at the time the application is received. For purposes of determining median income, only the income of the borrower or borrowers shall be considered.

(d) Payments to Home Improvement Contractors. A lender shall not pay proceeds of a threshold or high cost loan to any "home improvement contractor", as that term is defined in the Home Improvement Finance Act, 73 P.S. § 500-102(9), and a home improvement contractor may not receive the proceeds of a threshold or high cost loan, other than (i) by an instrument payable solely to the borrower or borrowers, or (ii) at the election of the borrower, through a third-party escrow agent in accordance with terms established in a written agreement signed by the borrower and the home improvement contractor prior to the disbursement; provided however that in no instance shall more than twenty-five percent (25%) of the total proceeds of the threshold or high cost loan be disbursed at the time of closing.

(e) Incorporating Governmental Financial Assistance Funds. All persons shall be barred from promoting, utilizing, packaging, or in any other way incorporating funds from any of the programs administered by the City or a City Agency which are subject to regulation under Chapter 21-1100 of The Philadelphia Code in combination with any high cost or predatory loan. Any contract, lease, grant condition or other agreement entered into by the City with any City-related Agency shall contain a provision requiring that the City-related Agency, in the administration of governmental housing assistance funds abide by the provisions of this subsection as though its administration of such funds was directly subject to the provisions of this subsection.

(f) Provisions Not Applicable to Activities of Certain Financial Institutions.

(.1) Subsection (a) is not applicable in the following circumstances:

(.a) With respect to a licensed duly lender as may be required under State law, solely because of the presence of a loan provision described in subsection 9-2402(11)(c), (d) or (j), provided that such provision(s) are made in conformity with the requirements of federal law pursuant to the Alternative Mortgage Transaction Parity Act, 12 U.S.C. § 3803 and provided that any such loan is not otherwise predatory as defined in subsection 9-2402(11); or

(.b) In the case of a loan made pursuant to the Pennsylvania Consumer Discount Act, 7 P.S. §§ 6201 et seq., solely because the loan contains any provision authorized by such act, provided that any such loan is not otherwise predatory as defined in subsection 9-2402(11);

(.c) In the case of a loan made pursuant to the Pennsylvania Secondary Mortgage Loan Act, 7 P.S. §§ 6601 et seq., solely because the loan contains any provision authorized by such act, provided that any such loan is not otherwise predatory as defined in subsection 9-2402(11).

(.2) Subsections (a), (b), ( c ), and (d) are not applicable with respect to a State-chartered bank, bank and trust company, savings bank, private bank or national bank, a State or federally chartered savings and loan association, a federally chartered savings bank or a State or federally chartered credit union. However, the provisions of subsections (a), (b), ( c ) and (d) shall apply to affiliates of such entities, except insofar as such affiliates are themselves one of the financial institutions enumerated above.

(2) Notice to Customers of Home Improvement Contractors. Each home improvement contractor must furnish the following notice, as published from time to time by the Office of Housing and Community Development along with each home improvement contract or bid for home improvement contract for any work to be performed on a residence located within the City of Philadelphia

# What is Predatory Lending?

Predatory lending practices, broadly defined, are the fraudulent, deceptive, and unfair tactics some people use to dupe us into mortgage loans that we can't afford. Burdened with high mortgage debts, the victims of predatory lending can't spare the money to keep their houses in good repair. They strain just to keep up their mortgage payments. Often, the strain is too much. They succumb to foreclosure. Their houses have been taken   stolen   from them.

Run down and vacant houses   the inevitable result of predatory lending   wreak havoc on neighborhoods. Property values fall. People move away. Once sturdy neighborhoods start to crack, then crumble. Something that has been so important for so many people lays in ruins. Everyone who lived in a neighborhood destroyed by predatory lending becomes a victim.

The United States Attorney's Office has made combating predatory lending a priority. The Office is taking a comprehensive approach to addressing the problem of predatory lending through education, prosecution, and remediation.

**EDUCATION.** An educated consumer is the predatory lending syndicate's worst customer. Educated consumers know what loans are right for them and where to find them. The United States Attorney's Office has prepared a brochure with some helpful information about preventing mortgage fraud.  You can print it out, double-sided, and fold it in thirds to hand it out.  Click here for the brochure.  Click here for the brochure in Spanish. Share it with friends, neighbors, and anyone you think would benefit from the information.

**PROSECUTION.** The Office has prosecuted and will continue to prosecute the worst predatory lenders. The Office can use your help. Pay attention to what is going on in your community. If something looks suspicious, check it out. Report it.

# EXHIBIT B

OPINION 96-105

SUBJECT: Representation of corporations by non-attorney corporate officers in the courts of the Commonwealth of Pennsylvania.

It is the OPINION of the Pennsylvania Bar Association Unauthorized Practice of Law Committee that an officer or share holder of a corporation who is not an attorney admitted to practice in the Commonwealth of Pennsylvania cannot represent that corporation in the courts of the Commonwealth of Pennsylvania.

The opinion of Judge Beck of the Pennsylvania Superior Court in the case of Walacavage v. Excell 2000, Inc., filed July 27, 1984, to No. 480 A. 2d 281 etc., very clearly held that it is the law of the Commonwealth of Pennsylvania that a corporation may appear and be represented in the courts of the Commonwealth of Pennsylvania only by an attorney duly admitted to practice except in those few areas excepted by statute or rule.

Judge Beck, in quoting several federal cases, stated that the reasoning behind the rule is that a corporation can do no act except through its agents and that such agents representing the corporation in Court must be attorneys at law who had been admitted to practice, are officers of the Court and subject to its control. The purpose of the law, she continued, in citing Shamey v. Hickey, 43 A. 2d 1111 (D.C. A. 2p. 1981) "was not the protection of stockholders, but the protection of the courts and the administration of justice" and a person who accepts the advantages of incorporation for his or her business must also bear the burdens, including the need to hire counsel to sue or defend in court. The policy underlying the rule was summarized in Simbraw, Inc. v. United States, 367 F. 2d 373 (3rd Cir. 1966) as the need to eliminate confusion results from pleadings awkwardly drafted and motions inarticulately presented.

OBJECTION TO OPINION 96-105 ORDER – 121323 TELECONFERENCE MEETING Page | 8

# EXHIBIT C

# Unconstitutional Official Acts

**16 American Jurisprudence 2d, Section 177 late 2d, Section 256:**

The general misconception is that any statute passed by legislators bearing the appearance of law constitutes the law of the land. The U.S. Constitution is the supreme law of the land, and any statute, to be valid, must be In agreement. It is impossible for both the Constitution and a law violating it to be valid; one must prevail. This is succinctly stated as follows:

The General rule is that an unconstitutional statute, though having the form and name of law is in reality no law, but is wholly void, and ineffective for any purpose; since unconstitutionality dates from the time of it's enactment and not merely from the date of the decision so branding it. An unconstitutional law, in legal contemplation, is as inoperative as if it had never been passed. Such a statute leaves the question that it purports to settle just as it would be had the statute not been enacted.

Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no rights, creates no office, bestows no power or authority on anyone, affords no protection, and justifies no acts performed under it.....

A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing valid law. Indeed, insofar as a statute runs counter to the fundamental law of the lend, it is superseded thereby.

No one Is bound to obey an unconstitutional law and no courts are bound to enforce it.

Jon Roland:

Strictly speaking, an unconstitutional statute is not a "law", and should not be called a "law", even if it is sustained by a court, for a finding that a statute or other official act is constitutional does not make it so, or confer any authority to anyone to enforce it.

All citizens and legal residents of the United States, by their presence on the territory of the United States, are subject to the militia duty, the duty of the social compact that creates the society, which requires that each, alone and in concert with others, not only obey the Constitution and constitutional official acts, but help enforce them, if necessary, at the risk of one's life.

Any unconstitutional act of an official will at least be a violation of the oath of that official to execute the duties of his office, and therefore grounds for his removal from office. No official immunity or privileges of rank or position survive the commission of unlawful acts. If it violates the rights of individuals, it is also likely to be a crime, and the militia duty obligates anyone aware of such a violation to investigate it, gather evidence for a prosecution, make an arrest, and if necessary, seek an indictment from a grand jury, and if one is obtained, prosecute the offender in a court of law.

OBJECTION TO OPINION 96-105 ORDER – 121323 TELECONFERENCE MEETING Page | 9

# EXHIBIT D

# Affidavit of Subsistence

Commonwealth of Pennsylvania )
County of Philadelphia ) Scilicet:
)

Before me, the undersigned notary public, personally appeared Bennie Pettway, to me known, who being duly affirmed, doth depose and say: I am exercising my right to serve this affidavit and submit as evidence pursuant to federal proceedings via the 94th United States Congress, October 18, 1976 (Public Law 94-550, 90 Statutes at Large 2534, House Resolution 15531, Title 28 United States Code §1746(1)), and Federal Rules of Evidence, Rule 802 and any applicable part of the Commonwealth of Pennsylvania Rules of Evidence, Article VIII. I am also exercising my right to petition in the form of a pauper pursuant to House Joint Resolution 192; Public Law 73-10 - United States Congress in session June 5, 1933; 231 Pennsylvania Code Chapter 200, Rule 240 and Federal Rule of Appellate Procedure, Rule 24, Title IV Habeas Corpus, Proceedings In Forma Pauperis. I hereby reserve all rights as a living wombman *(In Full Life)*, at all times, in all places, waiving none. Being competent (In My Own Proper Person), to Attest to this Affidavit upon which I place my Autograph;

**Whereas,** I, Bennie Pettway, an indigent and in the form of a pauper, hereby am not in the capacity to transmit the pre-pay court fees and costs due to lack of financial resources in order to show cause for a legal action; and

**Whereas,** upon consideration of my indigent status, I am exercising this Cause of Action to proceed *in forma pauperis*: **1)** I currently possess a Supersedeas Silver Bond that can be utilized for Credit, valued at $15,000,000, to be applied to all court fees and other costs and an Automatic Stay and an Injunction to be immediately placed on this matter; and **2)** the 1933 House Joint Resolution 192 was To Suspend The Gold Standard and Abrogate The Gold Clause; dissolving the Sovereign Authority of the United States - the gold coin is the US Dollar, hence, the *Money Law (Coinage Act of April 2, 1792, 2nd Congress, 1 Statutes at Large 246-251, Session I, Chapter XVI)*;

**Whereas,** pursuant to Rule 1731 Pennsylvania Rules of Appellant Procedure, I am making an appeal operating as a supersedeas through my Supersedeas Silver Bond being filed with the Clerk of the lower court this appropriate security instrument in the above amount to match what may be due, to be paid on demand;

**Whereas,** pursuant to Federal Rules of Civil Procedure Rule 62 Stay of Proceedings to Enforce a Judgment, the execution on a judgment and proceedings to enforce it are automatically stayed while an appeal is pending.

I certify that the foregoing is true and correct and complete. Executed on this 22nd day of September, 2023 and further, deponent sayeth not.

[signature]
Bennie Pettway

Affirmed and Signed before me this 22nd day of September, 2023.

[signature]
Notary Public

Seal

My commission expires: 3/24/2025

Commonwealth of Pennsylvania - Notary Seal
Salim Amir Ali, Notary Public
Philadelphia County
My commission expires March 24, 2025
Commission number 1248553
Member, Pennsylvania Association of Notaries



# CERTIFICATE OF SERVICE

I certify that a copy of the above AFFIDAVIT OF OBJECTION TO ORDER
RECEIVED ON NOVEMBER 8, 2023, ON APPEAL OF: BENNIE R. HEARST
PETTWAY c/o TIGER D RAVEN-MELCHIZ EL, PoA, has been furnished by way
of walk-in, facsimile, or certified mail, first class, priority or expressed post to:

Eric Feder, Prothonotary

Philadelphia County Office of the Prothonotary

1400 John F Kennedy Blvd, City Hall, Room 284

Philadelphia, Pennsylvania 19107-3243


Vincent DiMaiolo, Jr., Esq., PA Sup Ct ID No. 59461

Fein, Such, Kahn & Shepard, P.C.

7660 Imperial Way, Suite 121

Allentown, Pennsylvania 18195-1022

Michael Pellegrino, Esq., PA Sup Ct ID No. 322412

Pellegrino Law PLLC

1617 John F. Kennedy Blvd., Suite 1888

Philadelphia, Pennsylvania 19103 -1817


Jeff Tennyson, President & CEO

Lima One Capital LLC

502 W. 7th Street, Suite 100

Erie, Pennsylvania 16502-1333.

Kevin Holliday, Director of Operations

HOF I REO 5 INC

251 Little Falls Drive

Wilmington, Delaware 19808-1674


Joshua H. Roberts

roberts.virtualcourtroom@courts.phila.gov

1400 John F. Kennedy Boulevard, 538 City Hall

Philadelphia, PA 19107-3200

Carmella Jacquinto

Criminal Justice Center, Room 1205

1301 Filbert Street

Philadelphia, Pennsylvania 19107-2602


Daniel J. Anders

Court of Common Pleas of Philadelphia County

1400 John F. Kennedy Boulevard, City Hall Room 290

Philadelphia, Pennsylvania 19107-3246


Deputy Sheriff William Bengochea

c/o Sheriff Rochelle Bilal

100 South Broad Street, 5th Floor

Philadelphia, Pennsylvania 19110-1022

Date: 15 January 2024

I am [signature]
Bennie R. Hearst Pettway, Appellant

Bankruptcy Petitioner

Bennie R. Hearst Pettway
c/o 1542 Haines Street
Philadelphia, Pennsylvania Republic [19126-2717]

Commonwealth of Pennsylvania )
) Scilicet: Asseveration
County of Philadelphia )
Mu Amexem / Al Moroc – North America

Bennie R. Hearst Pettway, Principal & Private Party
Only in capacity as beneficiary to the Original Jurisdiction
**NOTICE OF SUPERSEDEAS SILVER SURETY ACT**
**InRe:** UCC Filing #240117-1442000.

KNOW ALL MEN, BY THESE PRESENTS; I, *Bennie R. Hearst Pettway* and Principal, Titled, "Mayor of the Haines Street 1542", neutral, surety, guarantor, a free, natural and de jure entity by Wombman serving as beneficiary upon the free soil of the Land, state that I am not a corporation, I am a living being, of legal age, competent to testify, have personal first-hand knowledge of the truths and facts stated herein as being true, correct, complete, certain, not color-able and not misleading.

I, *Bennie R. Hearst Pettway*, of my own free will and accord, in the presence of Almighty God, in capacity as beneficiary to the Original Jurisdiction, in good conscience, do willingly undertake to act as surety, to pledge and provide private Supersedeas Silver Bond *(see attached blue bordered, supersedeas silver bond)*, in the amount of *Twenty-four* each weighing 1 Troy ounce .999 Fine Silver minted by the United States Mint (at the legal and lawful 24 to 1 ratio prescribed by law) united states of America, Lawful fine silver of the united States of America, held in trust ownership and possession. This undertaking is in accordance with VII Amendment in the Bill of Rights of the Constitution for the united states of America.

This bond is to the credit of the Private Party listed hereon, *Bennie R. Hearst Pettway (hereinafter, "Bennie Pettway", "Principal & Private Party" or "Mayor of the Haines Street 1542")*, capacity as beneficiary to the Original Jurisdiction, by his appellation, as Full Faith and Credit Guarantee to any Lawful Bill in Redemption, duly presented under Seal in Lawful specie money of the account of the united states of America, Original Jurisdiction, to wit, pursuant and in parity to the cost – expense ratio of: *Federal Reserve Notes to One (1), Troy ounce Silver Bar(s); maintenance cost expense of a United States Treasury source; and Article I cost expense of Account Nos. 230402868 / April Term 2023; #210501027; #200302410; #200801727; #2532 EDA 2023; #CP-15-CR-0002404-2022; #CP-15-CR-0000805-2022; #2021-08487LN; MC-51-CR-0115951-2006; MC-51-CR-0022739-2012; MC-51-CR-0115941-2006; CP-51-CR-0303272-2006; #23-13550-amc, et alia have been included into Bankruptcy Case #23-13550-amc.*

The Bill of Redemption is a tender as set-off for any uncancelled alleged contract, mortgage agreement, loan agreement(s) other than mortgage, unilaterally cancelled contract(s) that are still considered active by purported belligerent actions (by the plaintiffs in-error), against *Mayor of the Haines Street 1542*, consent, assent purportedly held, as a continued obligation of duty against *all capital spelling, ENS LEGIS'* (BENNIE RHEE HEARST / BENNIE PETTWAY), assumed as a Cestui Que Vie; as per uniform commercial code filing number enumerated hereinabove, to cause an imputed disability, or presumption against the capacity, Rights, and powers of *Bennie Pettway*. The specific intent of the bond, under seal, is to establish, by My witness, the good credit and Lawful money specie of *Bennie Pettway*.

I, *Bennie Pettway,* do make this surety, pledge, bond, under My seal, as Full Faith and Credit guarantee, to any Lawful Bill, duly presented, to Me under Seal, *under penalties of perjury*, in Lawful money of account of the united states of America, in the matter of correct public judicial/corporate actions in the forum of Original Rules, Original Jurisdiction, for the benefit and credit of the peculiar Private Party listed above and her heirs, successors and/or assigns.

This Act of Surety is a Supersedeas Silver Bond via Federal Rules of Civil Procedure, Rule 62(a) and (b), Stay of Proceedings to Enforce a Judgment; Pennsylvania Rules of Appellant Procedure, Rule 1731 Automatic Supersedeas of Orders for Payment of Money and Rule 1732 Stay or Injunction Pending Appeal via Application. The intent of the bond, under Seal, is to establish, by My witness, the good credit, in the sum-certain amount of up to $1,000,000,000.00 (One Billion and no cents, dollars) US by at least *Twenty-four .999 1 Troy ounce Fine Silver Bars,* which carries no debt obligation worldwide, minted by the United States Mint, united states of America, Lawful specie dollars of the united states of America; available to bond the actions of the Private Party listed above, and further, in reservation of Rights under common law and customs of the united States of America, Original Jurisdiction, Original Rules, has, before this assembly of Men and Wombmen, a bond in tender of *Twenty-four* Silver Bars, each of 1 Troy ounce .999, Fine Silver minted by the United States Mint (at the legal and lawful 24 to 1 ratio prescribed by law), (*Money Law (Coinage Act of April 2, 1792, 2nd Congress, 1 Statutes at Large 246-251, Session I, Chapter XVI)*), Bond of Identity and Character as proof positive, competent evidence, *Bennie Pettway* cannot be bankrupt, the *causa debendi*, not *cessio bonorum*, or a *forma pauperis*, *dolus* trust *ENS LEGIS.*

The life of this bond covers five (5), years from the date entered below unless the claimant enters a true bill of particulars and all related causes of action and advice of counsel (whom claimant works for?) and information with testamentary documentation under the penalties of perjury per *(Public Law 94-455, title XIX, §1906(a)(6), (b)(13)(A), October 4, 1976, 90 Statutes at Large 1824, 1834; United States Code Title 26. INTERNAL REVENUE CODE Subtitle F Procedure and Administration, Chapter 61 INFORMATION AND RETURNS, Subchapter A Returns and Records, Part IV SIGNING AND VERIFYING OF RETURNS AND OTHER DOCUMENTS Section 6065 Verification of returns),* into evidence in the case of the peculiar private party listed above, in which case the life of the bond will be extended for a period of two (2) years after such documentation is presented under the penalties of perjury per *(Public Law 94-455)*; United States Code Title 26 USC 6065 in the case of the peculiar party listed above, whereby, by the signature Jurat and Seal of *Trustee,* in capacity as beneficiary of the Original Jurisdiction, surety, guarantor. Herein confirms, attests, and affirms this bond. All assumptions and presumptions must be proven in writing, signed, and sealed before three witnesses or notary public as a valid response, if any.

Upon failure of response required under the three (3), day grace period under Truth in Lending, Regulation Z, to respond and rebut, point for point, this Notice of Supersedeas Silver Surety Act, from receipt, Uniform Commercial Code Section 1-204, unless a request for an extension of time is presented in writing, claimant is hereby collaterally estopped from any further 'adversarial actions' against the peculiar Private Party listed above, and for good cause not limited to the laws of collateral estoppel, coercion, fraud and want of subject matter jurisdiction, the peculiar private party listed above demands that the cause(s) be vacated, dismissed and the accounts be immediately discharged with prejudice. A lack of response or rebuttal under the penalties of perjury means claimant assents to this Notice of Supersedeas Silver Surety Act and that a fault exists, Uniform Commercial Code Section 1-201(16), creating fraud through material misrepresentation that vitiates all forms, contracts, testimony, agreements, etc.; express or implied, from the beginning, Uniform Commercial Code Section 1-103, of which claimant may rely on, and there is no longer permission by consent or assent for any demand of payment being ordered or levied against the peculiar private party listed above, and the peculiar private party listed above further demands that the record and related records thereto, be expunged and the other records and facts of the above attached captioned matter(s) be turned over to the Office of Homeland Security and any other interested federal

agency for their investigation of violations of federal law and any interlocking agencies, et alli. Failure to comply pursuant to the Truth in Lending Act will negate all remedies for claimant. Any Third Party compelled to serve will make the claimant liable for civil and criminal prosecution in accordance with the Doctrines - Erie Railroad vs Tompkins and Clearfield Trust vs Pennsylvania.

*NOTICE TO THE PRINCIPALS IS NOTICE TO THE AGENTS - NOTICE TO THE AGENTS IS NOTICE TO THE PRINCIPALS*

Teste Meipso

I, *Bennie Pettway,* Principal & Private Party, affirm upon my full commercial liability that the .999, Fine Silver American Eagle rounds pictured below are a true image of what is truly in my possession; witnesses have attested to therein.

X Bennie L Pettway, Secured Party
*Bennie Pettway,* Principal & Private Party only in capacity as beneficiary to the Original Jurisdiction.

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC 1-308

# ACKNOWLEDGMENT

Commonwealth of Pennsylvania )
) Scilicet: Asseveration
County of Philadelphia )
Mu Amexem / Al Moroc – North America

Bennie Pettway, Principal & Private Party, known to Me by proper identification and did appear before me the undersigned notary public with genuine .999, Fine Silver Bars in-hand this 15 day of January, in the year of our Lord, two thousand and twenty-four.

Salim Amir Ali
Notary

Commonwealth of Pennsylvania - Notary Seal
Salim Amir Ali, Notary Public
Philadelphia County
My commission expires March 24, 2025
Commission number 1248553
Member, Pennsylvania Association of Notaries

Seal

My Commission Expires: MARCH 24. 2025

Reference Supersedeas Silver Bond No. RE199992205US

1

**From:** Bennie Pettway
c/o 1542 Haines Street
Philadelphia, Pennsylvania [19126-2717]
Non-Resident, Non-Domestic, Non-Assumpsit

**Supersedeas Silver Bond**
**$100,000,000.00**
**Notice of Appeal**

1-15-2024

**To:** Janet Louise Yellen d/b/a Secretary of the Treasury d/b/a Fiduciary
U.S. Department of the Treasury, IRS Technical Support Division
c/o Room 1120 UCC Contract Trust, Office of Analysis and Control
1111 Constitution Avenue, NW
Washington, D.C. 20224-0001

*via* Registered Mail No. RE199992205US

Commonwealth of Pennsylvania )
) Asseveration
County of Philadelphia )
Mu Amexem / Al Moroc NW - North America

# Bennie R. Hearst Pettway

Only in capacity as beneficiary to the Original Jurisdiction of Sovereign, Aboriginal Indigenous Peoples of the Americas; specifically in North America and in the matter of *Bennie R. Hearst Pettway (hereinafter, "Bennie Pettway"),* near the fifty (50), organic continental united states, and near the Original Jurisdiction of the Common Law, united states of America, Republic. All Treaty Law and International Laws for Aboriginal Indigenous Peoples are to be upheld by all united states constitutional oath bound public officials, and all State and Federal spuriously constructed colorable corporate policy, (colorable statutes, colorable codes, colorable rules, colorable regulations, colorable ordinances, and customs) are hereby superseded as pursuant to the Constitution for the united states of America 1791, Article 6(six), *i.e.* the "Supreme law of the Land."

## SILVER SURETY BOND #RE199992205US

24 -1 Troy Ounce .999 Fine Silver Round Bars

***RE:*** the bonding of *Bennie Pettway,* In Propria Person, Sui Juris, In Solo Proprio, In Proprio Herædes, Creditor, Executrix, Private Party, Real Party in Interest, Principle, and Title Sovereign over the *Ens Legis,* 14th Amendment United States Citizen "person" corporation known as the *all capital spelling, ENS LEGIS'* (BENNIE PETTWAY), assumed as a Cestui Que Vie; and all real and personal tangible and intangible property, goods, accounts, chattel papers (Birth Certificate(s), Social Security Number and Card(s), Driver's License(s), State I.D.(s), *etc.*), claims, cases, citations,

SUPERSEDEAS SILVER SURETY BOND
cc: Secretary of the Treasury as the Fiduciary of this said Bond, and as Trustee of the United States Trust and Corporate States' Bankruptcy (ies), shall forward a copy to the Director of the Mint

2

documents, public records, instruments, commercial instruments and all other papers, tangible and intangible assets (mortgage notes, bonds, notes, drafts, bills of exchange, documents of title, et cetera) or liabilities attached thereto, the *all capital spelling, ENS LEGIS'* (BENNIE PETTWAY), assumed as a Cestui Que Vie; *and Bennie Pettway,* and any and all possible combinations of appellations and titles contained herein. Upon acceptance of this supersedeas silver surety bond, it is hereby agreed as contract between all corporate officials operating in public and the Creditor, Executrix, Private Party, and Real Party in Interest known as *Bennie Pettway* that the corporate UNITED STATES, the federal corporate STATE OF PENNSYLVANIA and all subsidiaries, their heirs, successors and/or assigns, including all Lower courts (Magistrate, Municipal, Traffic, Registers of Wills, Orphans, Common Pleas), and State courts (Appellate – Superior, Commonwealth), and Supreme Court of Pennsylvania, United States District Court and United States Bankruptcy Court of the Eastern District of Pennsylvania; and all cases / accounts therein including all participating BAR members and working staff that assumes the position of debtor(s) within this bond and in all matters contained herein.

This is a Supersedeas Silver Bond via Federal Rules of Civil Procedure, Rule 62(a) and (b), Stay of Proceedings to Enforce a Judgment; Pennsylvania Rules of Appellant Procedure, Rule 1731 Automatic Supersedeas of Orders for Payment of Money and Rule 1732 Stay or Injunction Pending Appeal via Application. Also, Federal Rules of Bankruptcy Procedure Rule 8007: Stay Pending Appeal; Bonds; Suspension of Proceedings; also, Public Law 95--598, November 6, 1978, 92 Statutes 2570, United States Code Title 11 Chapter 3 Subchapter IV §362 - Automatic Stay.

This is pursuant to but not limited to the following laws of the land, please reference: Constitution for the united states of America, 1789, Article 1: Section 10 and Article 4: Section 1 & 4, the Bill of Rights, 1791, de jure statutes: the *Money Law (Coinage Act of April 2, 1792, 2nd de jure United States Congress, 1 Statutes at Large 246-251, Session I, Chapter XVI)*, and codified corporate resolutions and policies: House Joint Resolution 192, United States Statues at Large 48 Statutes 112-113, Public Resolution (Law) 73-10, international banking commercial codified operating policies, including: UCC 1-103, 1-204, 1-308, 2-403, 2-606, 2-609, 3-303, 3-305, 7-103, 9-210, 9-311; case rule references (unique disputes resolved by courts using the concrete facts of a case): Mills v. Duryee, 11 U.S. 481 (1813), Bank(1935), judicial case referendums: Guaranty Trust Co. of New York vs. Henkel, 201 U.S. 43 (1906), Perry vs. U.S., 294 U.S 330 v United States 318 U.S. 363-371 (1943), Cooper v. Aaron, 358 U.S. 1 (1958), Pearlman vs. Reliance Modification Act, United States Statutes at Large 87 Statutes at Large 352, as amended by section 2 (b), Fay Corp v. Fredrick & Nelson Seatle, Inc., 896 F.2d. 1227 (9th Cir. 1990), U.S. v. Frega, 179 F.3d, 793 (9th Cir. 1999), Public Laws 89-719, 94-564, 95-147 (c), the U.S. House of Representatives of Pennsylvania's Hon. Louis T. McFadden's 1934 speech on the Federal Reserve Corporation and the U.S. Bankruptcy, United States of America Congressional Record; Proceedings and Debates of the 76th de facto United States Congress: Third Session in August through September of 1940- [emphasis added: the Secret unification of Great Britain, remarks of Honorable J. Thorkelson of Montana, in the United States House of Representative. The Book "Modern Money Mechanics"

SUPERSEDEAS SILVER SURETY BOND

cc: Secretary of the Treasury as the Fiduciary of this said Bond, and as Trustee of the United States Trust and Corporate States' Bankruptcy (ies), shall forward a copy to the Director of the Mint

3

by the Federal Reserve Bank of Chicago and 26 United States Code §165(g)- value of Federal Reserve Notes (fiat currency) and bank checks having no commodity or intrinsic value whatsoever), Title 18 United States Code §§8, 241, 242, 245, 891-894, 1091, 1001, 1346,1581, 1583, & 1961-1964, Title 28 United States Code §3002 *et sequential* and Title 31 United States Code §5118(d)(2); *et alli* laws or codes to secure unalienable rights, redress, obtain remedy and relief.

KNOW ALL MEN BY THESE PRESENTS; Whereas only fiat money (private commercial paper) exist in circulation for the discharge of debt and obligations whether alleged or real, whereas I, *Bennie Pettway,* In Propria Person, Sui Juris, In Solo Proprio, In Proprio Heræedes, Creditor, Executrix, Private Party, Real Party in Interest, Principle, and Title Sovereign, neutral, surety, guarantor, a free Wombman upon the free soil of the State of Pennsylvania Republic operating at Mu Amexem / Al Moroc – North America, state that I am not a corporation, and am a living being, of legal age, competent to testify, and have personal first-hand knowledge of all truths and facts stated herein as being true, correct, complete, certain, not misleading and not colored.

I, *Bennie Pettway,* of my own free will and accord, in the presence of Almighty God, Allah, in capacity as beneficiary to the Original Jurisdiction, in good conscience, do willingly undertake to act as surety, to pledge and provide a private bond, in the amount of Twenty-four troy ounces in Silver Round Bars, minted by the United States Mint *(at the legal and lawful 24-1 ratio prescribed by law)* united states of America; Lawful Silver Bars of the united states of America, held in trust ownership and possession. This undertaking is in accordance with Article VII in the Bill of Rights of the Constitution for the united states of America.

This bond is to the credit of the private party listed hereon, *Bennie Pettway* capacity as beneficiary to the Original Jurisdiction, by her appellation, as Full Faith, and Credit Guarantee to any Lawful Bill in Redemption, duly presented under penalties of perjury and under Seal in Lawful Specie money of the account of the united states of America, Original Jurisdictions, to wit, pursuant and in parity to the cost – expense ratio of Federal Reserve Notes to *One (1), Troy ounce Silver Bar(s); to cover maintenance cost expense of a United States Treasury source; and Article I cost expense of Account Nos. 230402868 / April Term 2023; #210501027; #200302410; #200801727; #2532 EDA 2023; #CP-15-CR-0002404-2022; #CP-15-CR-0000805-2022; #2021-08487LN; MC-51-CR-0115951-2006; MC-51-CR-0022739-2012; MC-51-CR-0115941-2006; CP-51-CR-0303272-2006; #23-13550-amc, et alia have been included into Bankruptcy Case #23-13550-amc.*

This Bill of Redemption is a tender as set-off for any alleged contract, agreement, consent, assent purportedly held, as a continued obligation of duty against *all capital spelling, ENS LEGIS'* assumed as a Cestui Que Vie; as per uniform commercial code filing number enumerated*;* to cause an imputed disability, or presumption against the capacity, Rights, and witness, the good credit and Lawful money; money specie *Bennie Pettway.*

SUPERSEDEAS SILVER SURETY BOND

cc: Secretary of the Treasury as the Fiduciary of this said Bond, and as Trustee of the United States Trust and Corporate States' Bankruptcy (ies), shall forward a copy to the Director of the Mint

4

I, *Bennie Pettway,* do make this surety, pledge, bond, under My seal, as Full Faith and Credit guarantee, to any Lawful Bill, duly presented, to Me under Seal, *under penalties of perjury,* in Lawful money of account of the united states of America, in the matter of correct public judicial / corporate actions in the forum of Original Rules, Original Jurisdictions, for the benefit and credit of the peculiar Private Party listed above and all heirs, successors and assigns.

The intent of the bond, under Seal, is to establish, My witness, the good credit, in the sum certain amount $15,000,000.00 (Fifteen Million and no cents, dollars) US of *Twenty-four troy ounces in silvers bars,* which carries no debt obligation worldwide, minted by the United States Mint, united States of America, Lawful specie bars of the united States of America, available to bond all actions of the Private Party listed above, and further, in reservation of Rights under common law and customs of the united states of America, Original Jurisdictions, Original Rules, has, before this assembly of Men and Wombmen, a bond in tender of *Twenty-four* Bars .999 Fine Silver, per the Coinage Act of 1792, cannot be bankrupt *via the causa debendi, not cession bonorum, or Informa Pauperis, and dolus to trust ENS LEGIS.*

The life of this bond covers the natural lifespan of *Bennie Pettway* from the date entered below, unless any and all claimants against *Bennie Pettway,* and *Bennie Pettway,* Trade Mark, enters a true bill of particulars duly presented *under penalties of perjury* and all relational causes of action and advice of counsel (whom claimant works for?) and information with testamentary documentation duly presented *under penalties of perjury,* as pursuant to Title 26 United States Code §6065; into evidence in the case of the peculiar Private Party listed above; whereby; in which case the life of the bond will stand as counter-claim to any such documentation which is duly presented under penalties of perjury, as pursuant to title *Seal of Bennie Pettway,* in the capacity as beneficiary of the original Jurisdiction, surety, guarantor, herein confirms, attests, and affirms this bond. *(All claimants must prove competence, and their solvency must be proven with bond in lawful Specie Money equal to or greater than the amount contained herein).* All assumptions and presumptions must be proven in writing, signed, and sealed *under penalties of perjury* before three witnesses as a valid response, if any.

Upon failure of response required under the three(3) day grace period under Truth in Lending Act, Regulation Z, To respond and rebut, point for point, this Supersedeas Silver Surety Bond, from receipt, or any facsimile presentation of bond made after public recording, Uniform Commercial Code Section 1-204, unless a request for an extension of time represented in writing, claimant is hereby collaterally estopped from any further adversarial actions against the peculiar private party listed above, and for good cause not limited to laws of collateral estoppel, coercion, fraud, and want of subject matter jurisdiction, the peculiar private party listed above demands

SUPERSEDEAS SILVER SURETY BOND

cc: Secretary of the Treasury as the Fiduciary of this said Bond, and as Trustee of the United States Trust and Corporate States' Bankruptcy (ies), shall forward a copy to the Director of the Mint

that the cause(s) be vacated, dismissed and the accounts be immediately discharged with prejudice.

A lack of response or rebuttal under the penalty of perjury means claimant assents to *her* Supersedeas Silver Surety Bond and that a fault exists, Uniform Commercial Code Section 1-201(16) creating fraud through material misrepresentation that vitiates all forms, contracts, testimony, agreements, et cetera; express or implied, from the beginning. Uniform Commercial Code Section 1-103, of which claimant may rely on, and there is no longer permission by consent or assent for any demand of payment being ordered or levied against the peculiar Private Party listed above; and the peculiar Private Party listed above further demands that record *(April Term 2023 / Account No. 230402868 be expunged and related other records - Account No. 200801727)* and facts of the above attached captioned matter(s) be turned over to the Office of Homeland Security and any other interested federal agency for their investigation of violations of federal law and any interlocking agencies, et alli. Failure to comply pursuant to the Truth in-Lending Act *(United States Code Title 15 §§1601-1667f, as amended),* will negate all remedies for claimant. Any Third Party compelled to serve will make the claimant liable for civil and criminal prosecution in accordance with the Erie Railroad Co. vs. Tompkins and Clearfield Trust Co. vs. Pennsylvania - Doctrines.

***NOTICE TO THE PRINCIPALS IS NOTICE TO THE AGENTS - NOTICE TO THE AGENTS IS NOTICE TO THE PRINCIPALS***

Teste Meipso
Done this the 15 Day of the January Month, in the year of two thousand and twenty-four A.D.

X Bennie R Pettway,
*Bennie Pettway,* Silver Bonded Creditor-Secured Party, Executrix, Private Party, Real Party in Interest, Principle, and Title Sovereign; Only in capacity as beneficiary of the Original Jurisdiction.

X Dorean J Jaynes, 1st Witness to Silver Bars, attached copy.

X Rev. [illegible], 2nd Witness to Silver Bars, attached copy.

***ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC 1-103, 1-308***

cc: Secretary of the Treasury as the Fiduciary of this said Bond, and as Trustee of the United States Trust and Corporate States' Bankruptcy (ies), shall forward a copy to the Director of the Mint

6

Commonwealth of Pennsylvania )
) Silicet:
County of Philadelphia )
Mu Amexem / Al Moroc NW - North America

*Bennie Pettway,* Known by Me or made known by me by her proper national identification card and duly sworn, Certified, Verified, and Exemplified pursuant to applicable law the truth of this matter contained herein, this 15th day of the January Month, in this year of two thousand twenty-~~three~~ FOUR A.D. SAA

X Salim Amir Ali
Notary Public (Signature Here)

Commonwealth of Pennsylvania - Notary Seal
Salim Amir Ali, Notary Public
Philadelphia County
My commission expires March 24, 2025
Commission number 1248553
Member, Pennsylvania Association of Notaries

Seal

My Commission Expires: March 24, 2025

**NOTE:** this document will be made part of the public record under Rule 902 (4), (8) of the Federal Rules of Evidence *(Public Law 93–595, §1, January 2, 1975, 88 Statutes at Large 1944; March 2, 1987, effective October 1, 1987; April 25, 1988, effective November 1, 1988; April 17, 2000, effective December 1, 2000; April 26, 2011, effective December 1, 2011; Evidence that is self-authenticating)* and will be used to establish an administrative record which will be provided as evidence in any judicial proceedings at law or equity regarding this case.

SUPERSEDEAS SILVER SURETY BOND
cc: Secretary of the Treasury as the Fiduciary of this said Bond, and as Trustee of the United States Trust and Corporate States' Bankruptcy (ies), shall forward a copy to the Director of the Mint

# AFFIDAVIT OF INDIVIDUAL SURETY

*(See instructions on reverse)*

**OMB Control Number: 9000-0001**
**Expiration Date: 3/31/2024**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 0.3 hours to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| STATE OF | COUNTY OF | |
|---|---|---|
| Pennsylvania Republic | Philadelphia | SS. |

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. Where the sureties are acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

1. NAME *(First, Middle, Last) (Type or Print)*
Bennie Pettway

2A. HOME ADDRESS *(Number, Street, City, State, ZIP Code)*
1542 Haines Street
Philadelphia, Pennsylvania 19126-2717 US

3. TYPE AND DURATION OF OCCUPATION
Surety / Lifetime

2B. TELEPHONE NUMBER
(484) 734-5887

2C. EMAIL ADDRESS

4A. NAME AND ADDRESS OF EMPLOYER *(Number, Street, City, State, ZIP Code) (If self-employed, so state)*
Bennie Pettway
c/o 1542 Haines Street
Philadelphia, Pennsylvania 19126-2717 US

5A. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED *(Number, Street, City, State, ZIP Code)*
Depository Trust Company
55 Water Street, 1st Floor
New York, New York 10041-0017

5B. SURETY BROKER EMAIL ADDRESS

4B. EMPLOYER EMAIL ADDRESS
benniepettway@yahoo.com

5C. HOME TELEPHONE NUMBER

5D. BUSINESS TELEPHONE NUMBER

6A. NAME AND ADDRESS OF FINANCIAL INSTITUTION SUBMITTING THE PLEDGE OF SECURITIES ON BEHALF OF INDIVIDUAL SURETY *(Number, Street, City, State, ZIP Code)*
Bennie Rhee Hearst
c/o 1542 Haines Street
Philadelphia, Pennsylvania 19126-2717 US

6B. FINANCIAL INSTITUTION EMAIL ADDRESS

6C. ROUTING TRANSIT NUMBER (RTN)

6D. CONTACT PERSON NAME
Tiger Raven-Melchiz El, PoA

6E. CONTACT PERSON TELEPHONE NUMBER

6F. CONTACT PERSON EMAIL ADDRESS

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND. *(LIST THE COMMITTEE ON UNIFORM SECURITIES IDENTIFICATION PROCEDURES (CUSIP) NUMBER AND PAR (FACE) AMOUNT OF EACH SECURITY).*

Assets other than Real Estate: Notice of Surety Act, in reference to Bond Number #RE199992205US; 1099 A; UCC3 Lien Filing; Letter of Credit; see attachments

8. IDENTIFY ALL LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS.

Bankruptcy Judgment Order: Dismissal because of no use of attorney in violation of unconstitutional Pennsylvania BAR Association unauthorized to practice law committee Opinion 96-105; Objection to Opinion 96-105, see attachments.

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN THREE YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.

See attachments.

**DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.**

10. SIGNATURE

[signature]

11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES *(where appropriate)*

Payment Bond - Other than Construction Contracts; Acct(s) #230402868; Bnkrptcy #23-13550-amc; Supersedeas Silver Bond $100M to bid.

**12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:**

a. DATE OATH ADMINISTERED

| MONTH | DAY | YEAR |
|---|---|---|
| JAN | 15 | 2024 |

b. CITY AND STATE *(or other jurisdiction)*

Philadelphia, Pennsylvania

c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH *(type or print)*

Salim Amir Ali, Pennsylvania Notary Public

d. SIGNATURE

[signature: Salim Amir Ali]

e. MY COMMISSION EXPIRES

3/24/2025

Official Seal

Commonwealth of Pennsylvania - Notary Seal
Salim Amir Ali, Notary Public
Philadelphia County
My commission expires March 24, 2025
Commission number 1248553
Member, Pennsylvania Association of Notaries

| CONSENT OF SURETY | 1. CONTRACT NUMBER | 2. MODIFICATION NUMBER | 3. DATED |
|---|---|---|---|
| | 23-13550-amc | 01 | 01/15/2024 |

The Surety (Co-Sureties) consents (consent) to the foregoing contract modification and agrees (agree) that its (their) bond or bonds shall apply and extend to the contract as modified or amended.

| | | | | | |
|---|---|---|---|---|---|
| 4. INDIVIDUAL PRINCIPAL | a. NAME OF PRINCIPAL<br>Bennie Pettway | | | c. SIGNATURE<br>[signature] | (Affix Seal) |
| | b. BUSINESS ADDRESS | | | d. TYPED NAME<br>Bennie Pettway | |
| | STREET ADDRESS<br>1542 Haines Street | | | e. TYPED TITLE<br>Beneficiary | |
| | CITY<br>Philadelphia | STATE<br>PA | ZIP CODE<br>19126-2717 | f. DATE THIS CONSENT EXECUTED<br>01/15/2024 | |
| 5. CORPORATE PRINCIPAL | a. NAME OF PRINCIPAL<br>Bennie Pettway | | | c. PERSON EXECUTING CONSENT *(Signature)*<br>[signature] | (Affix Seal) |
| | b. BUSINESS ADDRESS | | | d. TYPED NAME<br>Bennie Pettway | |
| | STREET ADDRESS<br>1542 Haines Street | | | e. TYPED TITLE<br>Beneficiary | |
| | CITY<br>Philadelphia | STATE<br>PA | ZIP CODE<br>19126-2717 | f. DATE THIS CONSENT EXECUTED<br>01/15/2024 | |

**6. CORPORATE/INDIVIDUAL SURETY (CO-SURETIES)**

The Principal or authorized representative shall execute this consent of surety with the modification to which it pertains. If the representative (e.g., attorney-in-fact) that signs the consent is not a member of the partnership, or joint venture, or an officer of the corporation involved, a Power-of-Attorney or a Certificate of Corporate Principal must accompany the consent.

| | | | | | |
|---|---|---|---|---|---|
| A | a. CORPORATE/INDIVIDUAL SURETY'S NAME<br>Bennie Pettway | | | c. PERSON EXECUTING CONSENT *(Signature)*<br>[signature] | (Affix Seal) |
| | b. BUSINESS ADDRESS | | | d. TYPED NAME<br>Bennie Pettway | |
| | STREET ADDRESS<br>1542 Haines Street | | | e. TYPED TITLE<br>Beneficiary | |
| | CITY<br>Philadelphia | STATE<br>PA | ZIP CODE<br>19126-2717 | f. DATE THIS CONSENT EXECUTED<br>01/15/2024 | |
| B | a. CORPORATE/INDIVIDUAL SURETY'S NAME | | | c. PERSON EXECUTING CONSENT *(Signature)* | (Affix Seal) |
| | b. BUSINESS ADDRESS | | | d. TYPED NAME | |
| | STREET ADDRESS | | | e. TYPED TITLE | |
| | CITY | STATE | ZIP CODE | f. DATE THIS CONSENT EXECUTED | |
| C | a. CORPORATE/INDIVIDUAL SURETY'S NAME | | | c. PERSON EXECUTING CONSENT *(Signature)* | (Affix Seal) |
| | b. BUSINESS ADDRESS | | | d. TYPED NAME | |
| | STREET ADDRESS | | | e. TYPED TITLE | |
| | CITY | STATE | ZIP CODE | f. DATE THIS CONSENT EXECUTED | |

*(Add similar signature blocks on the back of this form if necessary for additional co-Sureties)*

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

**STANDARD FORM 1414** (REV. 5-97)
Prescribed by GSA - FAR (48 CFR) 53.228(k)

| **PAYMENT BOND FOR OTHER THAN CONSTRUCTION CONTRACTS** *(See instructions on reverse)* | DATE BOND EXECUTED *(Must not be later than bid opening date)* 01/15/2024 | **OMB Control Number: 9000-0045** **Expiration Date: 8/31/2025** |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

PRINCIPAL *(Legal name and business address)*
Bennie Pettway
c/o 1542 Haines Street
Philadelphia, Pennsylvania 19126-2717 US

TYPE OF ORGANIZATION *("X" one)*
- [X] INDIVIDUAL
- [ ] PARTNERSHIP
- [ ] JOINT VENTURE
- [ ] CORPORATION

STATE OF INCORPORATION
Commonwealth of Pennsylvania Republic

SURETY(IES) *(Name(s) and business address(es)) (Include ZIP code)*
Bennie Pettway
c/o 1542 Haines Street
Philadelphia, Pennsylvania 19126-2717 US

| PENAL SUM OF BOND | | | |
|---|---|---|---|
| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| 100 | 0 | 0 | 0 |

| CONTRACT DATE | CONTRACT NUMBER |
|---|---|
| 01/15/2024 | 23-13550-amc |

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

(a) The above obligation is void if the Principal promptly makes payment to all persons (claimants) having a contract relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above and any duly authorized modifications thereof. Notice of those modifications to the Surety(ies) are waived.

(b) The above obligation shall remain in full force if the Principal does not promptly make payments to all persons (claimants) having a contract relationship with the principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the contract identified above. In these cases, persons not paid in full before the expiration of ninety (90) days after the date of which the last labor was performed or material furnishing, have a direct right of action against the principal and Surety(ies) on this bond for the sum or sums justly due. The claimant, however, may not bring a suit or any action -

(1) Unless claimant, other than one having a direct contract with the Principal, had given written notice to the Principal within ninety (90) days after the claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the claim is made. The notice is to state with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished or supplied, or for whom the work or labor was done or performed. Such notice shall be served by mailing the same registered or certified mail, postage prepaid, in an envelope addressed to the Principal at any place where an office is regularly maintained for the transaction of business, or served in any manner in which legal process is served in the state in which the contract is being performed, save that such service need not be made by a public officer.

(2) After the expiration one (1) year following the date on which claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the suit is brought.

(3) Other than in the United States District court for the district in which the contract, or any part thereof, was performed and executed, and not elsewhere.

WITNESS:

The principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

**PRINCIPAL**

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | [signature] (Seal) | (Seal) | (Seal) | *Corporate Seal* |
| NAME(S) & TITLE(S) *(Typed)* | 1. Bennie Pettway | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| | 1. | 2. |
|---|---|---|
| SIGNATURE(S) | [signature] (Seal) | (Seal) |
| NAME(S) & TITLE(S) *(Typed)* | 1. Bennie Pettway | 2. |

**CORPORATE SURETY(IES)**

| | | | | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | *Corporate Seal* |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY B | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | *Corporate Seal* |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use when payment bonds are required under FAR (48 CFR) 28.103-3, i.e., payment bonds for other than construction contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual Sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

| **PERFORMANCE BOND FOR OTHER THAN CONSTRUCTION CONTRACTS** *(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)* 01/15/2024 | **OMB Control Number: 9000-0045** **Expiration Date: 8/31/2025** |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

PRINCIPAL *(Legal name and business address)*
Bennie Pettway
c/o 1542 Haines Street
Philadelphia, Pennsylvania 19126-2717 US

TYPE OF ORGANIZATION *("X" one)*
[X] INDIVIDUAL [ ] PARTNERSHIP
[ ] JOINT VENTURE [ ] CORPORATION

STATE OF INCORPORATION
Commonwealth of Pennsylvania Republic

SURETY(IES) *(Name(s) and business address(es))*
Bennie Pettway
c/o 1542 Haines Street
Philadelphia, Pennsylvania 19126-2717 US

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 100 | 0 | 0 | 0 |

| CONTRACT DATE | CONTRACT NUMBER |
|---|---|
| 01/15/2024 | 23-13550-amc |
| OPTION DATE | OPTION NUMBER |
| | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal: (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during either the base term or an optional term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) is waived.

The guaranty for a base term covers the initial period of performance of the contract and any extensions thereof excluding any options. The guaranty for an option term covers the period of performance for the option being exercised and any extensions thereof.

The failure of a surety to renew a bond for any option term shall not result in a default of any bond previously furnished covering any base or option term.

WITNESS:

The principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

**PRINCIPAL**

| | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. [signature] *(Seal)* | 2. *(Seal)* | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. Bennie Pettway | 2. | |

**INDIVIDUAL SURETY(IES)**

| | | |
|---|---|---|
| SIGNATURE(S) | 1. [signature] *(Seal)* | 2. *(Seal)* |
| NAME(S) *(Typed)* | 1. Bennie Pettway | 2. |

**CORPORATE SURETY(IES)**

| SURETY A | | | | |
|---|---|---|---|---|
| NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| SURETY B | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY C | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY D | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY E | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY F | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY G | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |

| BOND PREMIUM | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|
| | | |

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

6. Unless otherwise specified, the bond shall be submitted to the contracting office that awarded the contract.

UCC-3

MD DEPT. OF ASSESSMENTS & TAXATION NS

240117-1442000

Date: 1/17/2024
Time: 2:42 PM
Page Count: 6 Pg
Debtor Count: 0
Filing Fees: $25.00
Electronic Records Access: $0.00
Total: $25.00
Order ID# 67513044

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
James P. Leonard, Commissioner 2156862262

B. E-MAIL CONTACT AT SUBMITTER (optional)
records.info@phila.gov

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Philadelphia Department of Records
1400 John F. Kennedy Boulevard
City Hall, Room 156
Philadelphia, PA 19107

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
230925-1936000

1b. [ ] This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. [ ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. [X] ASSIGNMENT: Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9 For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. [ ] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. [ ] PARTY INFORMATION CHANGE:

Check one of these two boxes: This Change affects [ ] Debtor or [ ] Secured Party of record

AND Check one of these three boxes to: [ ] CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c [ ] ADD name: Complete item 7a or 7b, and item 7c [ ] DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME
UNITED STATES DEPARTMENT OF THE TREASURY

OR 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

8. COLLATERAL CHANGE: Check only one box: [ ] ADD collateral [ ] DELETE collateral [ ] RESTATE covered collateral [X] ASSIGN* collateral

Indicate collateral:

* Check ASSIGN COLLATERAL only if the assignee's power to amend the record is limited to certain collateral and describe the collateral in Section 8

Notice-Acceptance of Oath of Office and Foreign National Status; Notice of Appeal; Letter of Credit; Notice of Supersedeas Silver Surety Act & Bond #RE199992205US; 1099A; Form 56; No Documentary Stamp Tax Required.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here [ ] and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME
BENNIE RHEE HEARST TRUST

OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:

UCC-3

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS

MD DEPT. OF ASSESSMENTS & TAXATION
240117-1442000 NS
Date: 1/17/2024
Time: 2:42 PM
Page Count: 6 Pg
Debtor Count: 0
Filing Fees: $25.00
Electronic Records Access: $0.00
Total: $25.00
Order ID# 67513044

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. INITIAL FINANCING STATEMENT FILE NUMBER: Same as item 1a on Amendment form
230925-1936000

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as item 9 on Amendment form

12a. ORGANIZATION'S NAME
BENNIE RHEE HEARST TRUST

OR 12b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

13. Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

13a. ORGANIZATION'S NAME

OR

| 13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

14. ADDITIONAL SPACE FOR (CHECK ONE BOX): ☐ ITEM 8 (Collateral) OR ☒ OTHER INFORMATION (Please Describe)

Additional Authorizing Secured Party Names:
BENNIE PETTWAY
NOBLE CHIEF, TIGER D RAVEN-MELCHIZ EL POA FOR BENNIE PETTWAY
CONNECT A CARE NETWLRK LLC

15. This FINANCING STATEMENT AMENDMENT:
☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

16. Name and address of a RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest):

17. Description of real estate:

18. MISCELLANEOUS:

UCC-3AP

MD DEPT. OF ASSESSMENTS & TAXATION NS
240117-1442000
Date: 1/17/2024
Time: 2:42 PM
Page Count: 6 Pg
Debtor Count: 0
Filing Fees: $25.00
Electronic Records Access: $0.00
Total: $25.00
Order ID# 67513044

## UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

19. INITIAL FINANCING STATEMENT FILE NUMBER: Same as item 1a on Amendment form
230925-1936000

20. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as item 9 on Amendment form
20a. ORGANIZATION'S NAME
BENNIE RHEE HEARST TRUST
OR
20b. INDIVIDUAL'S SURNAME
FIRST PERSONAL NAME
ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
21a. ORGANIZATION'S NAME
OR
21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX
21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

22. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (22a or 22b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
22a. ORGANIZATION'S NAME
OR
22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX
22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

23. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (23a or 23b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
23a. ORGANIZATION'S NAME
OR
23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX
23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

24. ☐ ADDITIONAL SECURED PARTY'S NAME or ☒ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (24a or 24b)
24a. ORGANIZATION'S NAME
OR

| 24b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| YELLENTREASURYSECRETARY | JANETL | | |

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 Pennsylvania Avenue, NW | Washington | DC | 20220 | US |

25. ☐ ADDITIONAL SECURED PARTY'S NAME or ☒ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (25a or 25b)
25a. ORGANIZATION'S NAME
EASTERN DISTRICT OF PENNSYLVANIA UNITED STATES BANKRUPTCY COURT
OR
25b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 900 Market Street | Philadelphia | PA | 19107 | US |

26. MISCELLANEOUS:

UCC-3AP

## UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

MD DEPT. OF ASSESSMENTS & TAXATION NS
240117-1442000
Date: 1/17/2024
Time: 2:42 PM
Page Count: 6 Pg
Debtor Count: 0
Filing Fees: $25.00
Electronic Records Access: $0.00
Total: $25.00
Order ID# 67513044

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

19. INITIAL FINANCING STATEMENT FILE NUMBER: Same as item 1a on Amendment form
230925-1936000

20. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as item 9 on Amendment form
20a. ORGANIZATION'S NAME: BENNIE RHEE HEARST TRUST
OR 20b. INDIVIDUAL'S SURNAME:
FIRST PERSONAL NAME:
ADDITIONAL NAME(S)/INITIAL(S): | SUFFIX:

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
21a. ORGANIZATION'S NAME:
OR 21b. INDIVIDUAL'S SURNAME: | FIRST PERSONAL NAME: | ADDITIONAL NAME(S)/INITIAL(S): | SUFFIX:
21c. MAILING ADDRESS: | CITY: | STATE: | POSTAL CODE: | COUNTRY:

22. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (22a or 22b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
22a. ORGANIZATION'S NAME:
OR 22b. INDIVIDUAL'S SURNAME: | FIRST PERSONAL NAME: | ADDITIONAL NAME(S)/INITIAL(S): | SUFFIX:
22c. MAILING ADDRESS: | CITY: | STATE: | POSTAL CODE: | COUNTRY:

23. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (23a or 23b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
23a. ORGANIZATION'S NAME:
OR 23b. INDIVIDUAL'S SURNAME: | FIRST PERSONAL NAME: | ADDITIONAL NAME(S)/INITIAL(S): | SUFFIX:
23c. MAILING ADDRESS: | CITY: | STATE: | POSTAL CODE: | COUNTRY:

24. [ ] ADDITIONAL SECURED PARTY'S NAME or [X] ASSIGNOR SECURED PARTY'S NAME: Provide only one name (24a or 24b)
24a. ORGANIZATION'S NAME:
OR 24b. INDIVIDUAL'S SURNAME: CHANJUDGE | FIRST PERSONAL NAME: ASHLEY | ADDITIONAL NAME(S)/INITIAL(S): | SUFFIX:
24c. MAILING ADDRESS: 900 Market Street | CITY: Philadelphia | STATE: PA | POSTAL CODE: 19107 | COUNTRY: US

25. [ ] ADDITIONAL SECURED PARTY'S NAME or [X] ASSIGNOR SECURED PARTY'S NAME: Provide only one name (25a or 25b)
25a. ORGANIZATION'S NAME: UNITED STATES TRUSTEE PROGRAM (USTP)
OR 25b. INDIVIDUAL'S SURNAME: | FIRST PERSONAL NAME: | ADDITIONAL NAME(S)/INITIAL(S): | SUFFIX:
25c. MAILING ADDRESS: 441 G Street, NW | CITY: Washington | STATE: DC | POSTAL CODE: 20530 | COUNTRY: US

26. MISCELLANEOUS:

UCC-3AP

MD DEPT. OF ASSESSMENTS & TAXATION
240117-1442000 NS
Date: 1/17/2024
Time: 2:42 PM
Page Count: 6 Pg
Debtor Count: 0
Filing Fees: $25.00
Electronic Records Access: $0.00
Total: $25.00
Order ID# 67513044

## UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

19. INITIAL FINANCING STATEMENT FILE NUMBER: Same as item 1a on Amendment form
230925-1936000

20. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as item 9 on Amendment form
20a. ORGANIZATION'S NAME
BENNIE RHEE HEARST TRUST
OR 20b. INDIVIDUAL'S SURNAME
FIRST PERSONAL NAME
ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX | |
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |

22. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (22a or 22b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

23. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (23a or 23b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

24. [ ] ADDITIONAL SECURED PARTY'S NAME or [X] ASSIGNOR SECURED PARTY'S NAME: Provide only one name (24a or 24b)

| 24a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 24b. INDIVIDUAL'S SURNAME TWOMEY | FIRST PERSONAL NAME TARA | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 24c. MAILING ADDRESS 441 G Street, NW | CITY Washington | STATE DC | POSTAL CODE 20530 | COUNTRY US |

25. [ ] ADDITIONAL SECURED PARTY'S NAME or [X] ASSIGNOR SECURED PARTY'S NAME: Provide only one name (25a or 25b)

| 25a. ORGANIZATION'S NAME UNITED STATES TRUSTEE PROGRAM, REGION 3 | | | | |
|---|---|---|---|---|
| OR 25b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 25c. MAILING ADDRESS 900 Market Street | CITY Philadelphia | STATE PA | POSTAL CODE 19107 | COUNTRY US |

26. MISCELLANEOUS:

UCC-3AP

## UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

19. INITIAL FINANCING STATEMENT FILE NUMBER: Same as item 1a on Amendment form
230925-1936000

20. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as item 9 on Amendment form

20a. ORGANIZATION'S NAME
BENNIE RHEE HEARST TRUST

OR 20b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

MD DEPT. OF ASSESSMENTS & TAXATION NS
240117-1442000
Date: 1/17/2024
Time: 2:42 PM
Page Count: 6 Pg
Debtor Count: 0
Filing Fees: $25.00
Electronic Records Access: $0.00
Total: $25.00
Order ID# 67513044

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

21a. ORGANIZATION'S NAME

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

22. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (22a or 22b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

22a. ORGANIZATION'S NAME

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

23. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (23a or 23b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

23a. ORGANIZATION'S NAME

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

24. [ ] ADDITIONAL SECURED PARTY'S NAME or [X] ASSIGNOR SECURED PARTY'S NAME: Provide only one name (24a or 24b)

24a. ORGANIZATION'S NAME

OR

| 24b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| VARAREGION3DIRECTOR | ANDREWR | | | |
| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 900 Market Street | Philadelphia | PA | 19107 | US |

25. [ ] ADDITIONAL SECURED PARTY'S NAME or [ ] ASSIGNOR SECURED PARTY'S NAME: Provide only one name (25a or 25b)

25a. ORGANIZATION'S NAME

OR

| 25b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

26. MISCELLANEOUS:

# NOTICE

## Acceptance of Oath of Office and Foreign National Status

The Corporate employees (elected officers; appointed officers and some lower level employees), of the UNITED STATES SERVICE CORPORATION/UNITED STATES DEMOCRACY and its HEIRS, SUCCESSORS AND ASSIGNS, all FEDERAL CORPORATE STATES including the FEDERAL CORPORATE STATE OF PENNSYLVANIA and HEIRS, SUCCESSORS AND ASSIGNS, and all operating CORPORATE COUNTIES therein, including MUNICIPALITIES, TOWNSHIPS, BOROUGHS and HEIRS, SUCCESSORS AND ASSIGNS, including, INSTRUMENTALITIES, AUTHORITIES, BUREAUS, COMMISSIONS, BOARDS, AGENCIES, and DEPARTMENTS to also include, CORPORATE CHESTER COUNTY OF THE FEDERAL CORPORATE STATE OF PENNSYLVANIA CORPORATION and all HEIRS, SUCCESSORS AND ASSIGNS, (includes all BOROUGHS, TOWNSHIPS and MUNICIPALITIES – HEIRS, SUCCESSORS AND ASSIGNS, with officers and certain employees and police & fire officers and sheriffs and certain employees), are required to take the Oath of Office. *(united States of America Republic Constitution, Article VI; united states of America Republic Constitution, Article II Section I (Oath of Office of the President); Statutes At Large, March 4, 1789, Oath for United States Federal and State Officers (public servants); Public Law 89-554; 80 Statutes at Large 424, House Resolution 10104, United States Republic Code, Title 5 Section 3331, Oath of Office (public servants); Public Law 101-650; 104 Statutes at Large 5124, House Resolution 5316; United States Republic Code, Title 28, Part I, Chapter 21 Section 453, Oath of Justices and Judges (public servants); Public Law 87-751; 76 Statutes at Large 748, House Resolution 218, United States Republic Code, Title 10, Subtitle A, Part II, Chapter 31 Section 502, Oath of Armed Forces Personnel (public servants); Commonwealth of Pennsylvania Consolidated Statutes - 2014 Pennsylvania Consolidated Statutes, Title 42 Judiciary and Judicial Procedure, Chapter 3 General Structure and Powers, Section 327 Oaths and Acknowledgments; and Commonwealth of Pennsylvania Republic Constitution, Article VI Public Officers, Section 3 Oath of Office (May 17, 1966, 1965 Public Law 1928 Joint Resolution 10 Public Law 89-554, September 6 1966; 80 Statutes at Large 424, Subchapter II-Oath of Office, United States Code Title 5 Government and Organization and Employees, Part III Employees, Subpart B Employment and Retention; Chapter 33 Examination, Selection and Placement §3331 - Oath of Office). They are Foreign Entities (United States Code Title 8 Aliens and Nationality, Chapter 12 Immigration and Nationality Subchapter III Nationality and Naturalization, Part III Loss of Nationality Section §1481(a)(2) and (a)(4)(A)- Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumptions).*