# UNITED STATES BANKRUPTCY COURT

### Eastern District Of Pennsylvania

InRe     Bennie R. Hearst Pettway d/b/a )
    Connect A Care Network LLC , )
       Debtor )
         )
Address    1542 Haines Street )
       )
    Phila, Pennsylvania [19126-2717] )
        )
        )
    HOF I REO 5 INC )
       Plaintiff )
        )
        )
    Bennie R. Hearst Pettway )
       Defendant )
        )

Case No.
23-13550-amc

Chapter
7

Last four of Social-Security or
Individual Tax-Payer-Identification
(ITIN) No(s)., (if any): xxx-xx-8298

Employer's Tax Identification No(s).
(if any): 42-3266639

FILED
JAN 22 2024
TIMOTHY McGRATH, CLERK

**NOTICE OF APPEAL PAGE ONE (1) AMENDED - (EXHIBIT A)**

**TRANSCRIPT ORDER, AUDIO RECORDING ORDER - (EXHIBIT B)**

**OBJECTION TO HOF I GRANTOR TRUST 5... IT IS NOT A CREDITOR;
THERE IS NO EVIDENCE OF CONTRACT WITH THEM.
THEY ARE PLACING FRAUD ON THE COURT - (EXHIBIT C)**

**NOTICE OF APPEARANCE - BENNIE R. HEARST PETTWAY
(EXHIBIT D)**

**CERTIFICATE OF SERVICE**

# EXHIBIT A

Official Form 417A (12/23)

# Amendment

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): *Dennie N. Hearst Pathway d/b/a Connect A Care Network LLC* *

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☒ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☒ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken: *NO Attorney for LLC; Attorney not required by requirement is unconstitutional. $15m check Instrument was filed to settle every thing.*

2. State the date on which the judgment—or the appealable order or decree—was entered: *03 January 24 / 13 December 2023* *

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: *NONE*    Attorney: _____

2. Party: *NONE*    Attorney: _____

# EXHIBIT B

AO 435
(Rev. 04/18)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

**TRANSCRIPT ORDER**

| | FOR COURT USE ONLY |
|---|---|
| *Please Read Instructions:* | DUE DATE: |

| 1. NAME Bennie Pettway | 2. PHONE NUMBER (484) 734-5887 | 3. DATE 1/18/2024 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL benniepettway@yahoo.com | 5. CITY Philadelphia | 6. STATE Pa | 7. ZIP CODE 19126 |

| 8. CASE NUMBER 23-13550-amc | 9. JUDGE Ashley M Chan | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 12/13/2023 | 11. TO 1/3/2024 |
| 12. CASE NAME Connect A Care Network | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Philadelphia | 14. STATE Pa |

**15. ORDER FOR**

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☒ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☒ VOIR DIRE | 01/03/2024 | ☐ TESTIMONY (Specify Witness) | |
| ☒ OPENING STATEMENT (Plaintiff) | 01/03/2024 | | |
| ☒ OPENING STATEMENT (Defendant) | 01/03/2024 | | |
| ☒ CLOSING ARGUMENT (Plaintiff) | 01/03/2024 | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☒ CLOSING ARGUMENT (Defendant) | 01/03/2024 | | |
| ☒ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | 01/03/2024 |
| ☐ SENTENCING | | Bankruptcy proceedings | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☒ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | | | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|

| 18. SIGNATURE Bennie Pettway | PROCESSED BY |
|---|---|
| 19. DATE 1/18/2024 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | | 0.00 |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | | 0.00 |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

AO 436
(Rev. 04/13)

*Read Instructions.*

## ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
# AUDIO RECORDING ORDER

| 1. NAME | 2. PHONE NUMBER | 3. EMAIL ADDRESS |
|---|---|---|
| Bennie Pettway dba Connect a Care Network LLC | (484) 734-5887 | benniepettway@yahoo.com |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| 1542 Haines Street | Philadelphia | Pa | 19126 |

| 8. CASE NUMBER | 9. CASE NAME | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 23-13550-amc | Connect A Care Network | 10. FROM 12/13/2023 | 11. TO  1/3/2024 |

| 12. PRESIDING JUDGE | LOCATION OF PROCEEDINGS | |
|---|---|---|
| Amy M Chan | 13. CITY Philadelphia | 14. STATE Pa |

### 15. ORDER FOR

| | | | |
|---|---|---|---|
| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☒ BANKRUPTCY |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

### 16. AUDIO RECORDING REQUESTED *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION (S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☒ VOIR DIRE | 12/13/2023 | ☐ TESTIMONY *(Specify Witness)* | |
| ☒ OPENING STATEMENT (Plaintiff) | 12/13/2023 | | |
| ☒ OPENING STATEMENT (Defendant) | 12/13/2023 | | |
| ☒ CLOSING ARGUMENT (Plaintiff) | 12/13/2023 | ☐ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☒ CLOSING ARGUMENT (Defendant) | 12/13/2023 | | |
| ☒ OPINION OF COURT | 12/13/2023 | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER *(Specify)* | |
| ☐ SENTENCING | | Bankruptcy proceedings | 12/13/2023 |
| ☐ BAIL HEARING | | | |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | 1 | |
| ESTIMATE TOTAL | | 0.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE | 19. DATE |
|---|---|
| Bennie R Pettway | 1/18/2024 |

| PROCESSED BY | | | | PHONE NUMBER |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**      COURT COPY      ORDER RECEIPT      ORDER COPY

AO 435
AZ Form (Rev. 10/2023)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| 1. NAME  Bennie Pettway | 2. PHONE NUMBER  484-734-5887 | 3. DATE  1/18/2024 |
|---|---|---|

**4. FIRM NAME**  CONNECT A CARE NETWORK LLC

| 5. MAILING ADDRESS  1542 Haines Street | 6. CITY  Philadelphia | 7. STATE  Pa | 8. ZIP CODE  19126 |
|---|---|---|---|

| 9. CASE NUMBER  23-13550-amc | 10. JUDGE  Ashley M Chan | DATES OF PROCEEDINGS |  |
|---|---|---|---|
| | | 11. 12/13/2023 | 12. 12/13/2023 |

| 13. CASE NAME  Connect A Care Network | | LOCATION OF PROCEEDINGS | |
|---|---|---|---|
| | | 14. Philadelphia | 15. STATE Pa |

**16. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [x] VOIR DIRE | 12/13/2023 | [ ] TESTIMONY (Specify) | |
| [x] OPENING STATEMENT (Plaintiff) | 12/13/2023 | | |
| [x] OPENING STATEMENT (Defendant) | 12/13/2023 | | |
| [x] CLOSING ARGUMENT (Plaintiff) | 12/13/2023 | [ ] PRE-TRIAL PROCEEDING | |
| [x] CLOSING ARGUMENT (Defendant) | 12/13/2023 | | |
| [x] OPINION OF COURT | 12/13/2023 | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Bankruptcy Proceedings | 12/13/2023 |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30-Day (Ordinary) | [x] | [x] | | [ ] PAPER COPY | |
| 14-Day Transcript | [ ] | [ ] | | | |
| 7-Day (Expedited) | [ ] | [ ] | | [ ] PDF (e-mail) | |
| 3 -Day Transcript | [ ] | [ ] | | | |
| Next-Day (Daily) | [ ] | [ ] | | [ ] ASCII (e-mail) | |
| 2-Hour (Hourly) | [ ] | [ ] | | | |
| Realtime Transcript | [ ] | [ ] | E-MAIL ADDRESS | | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE  Bennie R Pettway

20. DATE  1/18/2024

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | | |
|---|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER | |
| DEPOSIT PAID | | | DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

AO 436
(Rev. 04/13)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**
# AUDIO RECORDING ORDER

*Read Instructions.*

| 1. NAME Bennie Pettway dba Connect a Care Network LLC | 2. PHONE NUMBER (484) 734-5887 | 3. EMAIL ADDRESS benniepettway@yahoo.com |
|---|---|---|

| 4. MAILING ADDRESS 1542 Haines Street | 5. CITY Philadelphia | 6. STATE Pa | 7. ZIP CODE 19126 |
|---|---|---|---|

| 8. CASE NUMBER 23-13550-amc | 9. CASE NAME Connect A Care Network | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 12/13/2023 | 11. TO 12/13/2023 |

| 12. PRESIDING JUDGE Ashley M Chan | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 13. CITY Philadelphia | 14. STATE Pa |

**15. ORDER FOR**

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☒ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

**16. AUDIO RECORDING REQUESTED** *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION (S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☒ VOIR DIRE | 12/13/2023 | ☐ TESTIMONY *(Specify Witness)* | |
| ☒ OPENING STATEMENT (Plaintiff) | 12/13/2023 | | |
| ☒ OPENING STATEMENT (Defendant) | 12/13/2023 | | |
| ☒ CLOSING ARGUMENT (Plaintiff) | 12/13/2023 | ☐ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☒ CLOSING ARGUMENT (Defendant) | 12/13/2023 | | |
| ☒ OPINION OF COURT | 12/13/2023 | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER *(Specify)* | |
| ☐ SENTENCING | | Bankruptcy proceedings | 12/13/2023 |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | 1 | |
| **ESTIMATE TOTAL** | | 0.00 |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE Bennie R Pettway | 19. DATE 1/18/2024 |
|---|---|

| PROCESSED BY | | | | PHONE NUMBER |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**        COURT COPY        ORDER RECEIPT        ORDER COPY

# EXHIBIT C

# NOTICE OF FRAUD ON THE COURT

HOF I Grantor Trust 5 has absolutely no current relationship with me nor have they ever had a relationship with me to date to do or perform or transact business here in.

That business acting as a trust is fraudulently inserting itself into my case as a creditor and this is not true.

## CHAPTER 22
## FORM, FORMATION AND READJUSTMENT
## OF CONTRACT

**Sec.**
2201.  Formal requirements; statute of frauds.
2202.  Final written expression: parol or extrinsic evidence.
2203.  Seals inoperative.
2204.  Formation in general.
2205.  Firm offers.
2206.  Offer and acceptance in formation of contract.
2207.  Additional terms in acceptance or confirmation.
2208.  Course of performance or practical construction (Deleted by amendment).
2209.  Modification, rescission and waiver.
2210.  Delegation of performance; assignment of rights.

**Enactment.**  Chapter 22 was added November 1, 1979, P.L.255, No.86, effective January 1, 1980.

**§ 2201  Formal requirements; statute of frauds.**
**(a)  General rule.--**Except as otherwise provided in this section a contract for the sale of goods for the price of $500 or more is not enforceable by way of action or defense unless there is some writing sufficient to indicate that a contract for sale has been made between the parties and signed by the party against whom enforcement is sought or by his authorized agent or broker. A writing is not insufficient because it omits or incorrectly states a term agreed upon but the contract is not enforceable under this subsection beyond the quantity of goods shown in such writing.

**(b)  Writing confirming contract between merchants.--**Between merchants if within a reasonable time a writing in confirmation of the contract and sufficient against the sender is received and the party receiving it has reason to know its contents, it satisfies the requirements of subsection (a) against such party unless written notice of objection to its contents is given within ten days after it is received.

**(c)  Enforceability of contracts not satisfying general requirements.--**A contract which does not satisfy the requirements of subsection (a) but which is valid in other respects is enforceable:

(1)  if the goods are to be specially manufactured for the buyer and are not suitable for sale to others in the ordinary course of the business of the seller and the seller, before notice of repudiation is received and under circumstances which reasonably indicate that the goods are for the buyer, has made either a substantial beginning of their manufacture or commitments for their procurement;

(2)  if the party against whom enforcement is sought admits in his pleading, testimony or otherwise in court that a contract for sale was made, but the contract is not enforceable under this provision beyond the quantity of goods admitted; or

(3)  with respect to goods for which payment has been made and accepted or which have been received and accepted (section 2606).

**(d)  Qualified financial contracts.--**Subsection (a) does not apply to a qualified financial contract, as defined in section 1206(c)(1) (relating to statute of frauds for kinds of personal property not otherwise covered), if either:

    (1)   there is, as provided in section 1206(c)(3),
sufficient evidence to indicate that a contract has been made;
or

    (2)   the parties, by means of a prior or subsequent written
contract, have agreed to be bound by the terms of the qualified
financial contract from the time they reach agreement (by
telephone, by exchange of electronic messages or otherwise) on
those terms.
(May 22, 1996, P.L.248, No.44, eff. imd.)


   **1996 Amendment.** Act 44 added subsec. (d). See section 14(c) of
Act 44 in the appendix to this title for special provisions
relating to applicability to qualified financial contracts.
   **References in Text.** Section 1206, referred to in this section,
was repealed and added by the act of April 16, 2008 (P.L.57,
No.13). Present section 1206 relates to presumptions.
   **Cross References.** Section 2201 is referred to in sections
2209, 2326 of this title.
**§ 2202.   Final written expression: parol or extrinsic evidence.**
   Terms with respect to which the confirmatory memoranda of the
parties agree or which are otherwise set forth in a writing
intended by the parties as a final expression of their agreement
with respect to such terms as are included therein may not be
contradicted by evidence of any prior agreement or of a
contemporaneous oral agreement but may be explained or
supplemented:
    (1)  by course of performance, course of dealing or usage
of trade (section 1303); and
    (2)  by evidence of consistent additional terms unless the
court finds the writing to have been intended also as a
complete and exclusive statement of the terms of the agreement.
(Apr. 16, 2008, P.L.57, No.13, eff. 60 days)


   **Cross References.** Section 2202 is referred to in sections
2316, 2326 of this title.
**§ 2203.   Seals inoperative.**
   The affixing of a seal to a writing evidencing a contract for
sale or an offer to buy or sell goods does not constitute the
writing a sealed instrument and the law with respect to sealed
instruments does not apply to such a contract or offer.
**§ 2204.   Formation in general.**
   **(a)   General rule.**--A contract for sale of goods may be made in
any manner sufficient to show agreement, including conduct by both
parties which recognizes the existence of such a contract.
   **(b)   Effect of undetermined time of making agreement.**--An
agreement sufficient to constitute a contract for sale may be
found even though the moment of its making is undetermined.
   **(c)   Effect of open terms.**--Even though one or more terms are
left open a contract for sale does not fail for indefiniteness if
the parties have intended to make a contract and there is a
reasonably certain basis for giving an appropriate remedy.


   **Cross References.** Section 2204 is referred to in section 2311
of this title.
**§ 2205.   Firm offers.**
   An offer by a merchant to buy or sell goods in a signed writing
which by its terms gives assurance that it will be held open is
not revocable, for lack of consideration, during the time stated
or if no time is stated for a reasonable time, but in no event may
such period of irrevocability exceed three months; but any such
term of assurance on a form supplied by the offeree must be

# EXHIBIT D

# UNITED STATES BANKRUPTCY COURT
## Eastern District Of Pennsylvania

INRE:        Connect A Care Network LLC              CHAPTER 7
             d/b/a Connect A Care


                         Debtor(s)          BKY. NO. 23-13550-AMC


### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk

Kindly enter my appearance on behalf of Connect A Care Network LLC and
index same on master mailing list.


                         Respectfully submitted,

             /s/ **Bennie R. Hearst Pettway**
                 Bennie R. Hearst Pettway
                 22 January 2024


                      1542 Haines Street
                      Philadelphia, Pennsylvania 19126-2717

# UNITED STATES BANKRUPTCY COURT
## <u>Eastern</u> District Of <u>Pennsylvania</u>

INRE:      Connect A Care Network LLC          CHAPTER 7
              d/b/a Connect A Care

                     <u>Debtor(s)</u>      BKY. NO. 23-13550-AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk

Kindly enter my appearance on behalf of Connect A Care Network LLC and index same on master mailing list.

Respectfully submitted,

/s/ **Bennie R. Hearst Pettway**
Bennie R. Hearst Pettway
22 January 2024

1542 Haines Street
Philadelphia, Pennsylvania 19126-2717

# CERTIFICATE OF SERVICE

I certify that a copy of the above UNITED STATES BANKRUPTCY PETITION WAS NOTICED AND SERVED and has been furnished either by way of walk-in, Facsimile or certified mail, first class mail, priority or expressed post and/or emailed to:

Eric Feder, Prothonotary                                    Phone: (215) 686-6652
Philadelphia County Office of the Prothonotary                   courts@phila.gov
1400 John F Kennedy Blvd, City Hall, Room 284
Philadelphia, Pennsylvania 19107-3243

Eric Feder
Philadelphia Court of Common Pleas
1301 Filbert Street, Suite 310 B
Philadelphia, PA 19107-2605

Craig L. Knutson, CEO
MFA Financial Inc
One Vanderbilt Avenue, 48th Floor
New York, New York 10017-3807

Vincent DiMaiolo, Jr., Esq., PA Sup Ct ID No. 59461        Phone: (610) 395-3535
Fein, Such, Kahn & Shepard, P.C.                           Fax:    (610) 395-3566
7660 Imperial Way, Suite 121                               vdimaiolo@fskslaw.com
Allentown, Pennsylvania 18195-1022

Jeff Tennyson, President & CEO
Lima One Capital LLC
502 W. 7th Street, Suite 100
Erie, Pennsylvania 16502-1333

Jeff Tennyson, President & CEO
Lima One Capital LLC
201 McBee Avenue, Suite 300
Greenville, South Carolina 29601-2884

Kevin Holliday, Director of Operations
HOF I REO 5 INC
251 Little Falls Drive
Wilmington, Delaware 19808-1674

Joshua H. Roberts, PA Sup Ct ID No. 88595          roberts.virtualcourtroom
1400 JFK Blvd., City Hall Room 538                 @courts.phila.gov
Philadelphia, PA 19107-3200                        Phone: (215) 686-7340
                                                   Fax:    (215) 686-7048

Carmella Jacquinto, PA Sup Ct ID No. 88595         Phone: (215) 683-7047
Court of Common Pleas of Philadelphia County       Fax:    (215) 683-7049
1301 Filbert Street, Room 1205
Philadelphia, Pennsylvania 19107-2602

Daniel J. Anders, PA Sup Ct ID No. 82413           Phone: (215) 683-7148
Court of Common Pleas of Philadelphia County
1400 John F. Kennedy Boulevard, City Hall Room 290
Philadelphia, Pennsylvania 19107-3246

Tina Masi, Office Court Reporter                   tina.masi@courts.phila.gov
Court of Common Pleas of Philadelphia County
Land Title Building, 100 S. Broad Street, 2nd Floor
Philadelphia, Pennsylvania 19110-1013

Danielle O'Connor, Deputy Court Reporter          danielle.oconnor@courts.phila.gov
Court of Common Pleas of Philadelphia County
Land Title Building, 100 S. Broad Street, 2nd Floor
Philadelphia, Pennsylvania 19110-1013


Idee C. Fox President Judge, PA Sup Ct ID No. 26086      Phone: (215) 686-8334
1400 John F. Kennedy Blvd                            idee.fox@courts.phila.gov
City Hall Room 386
Philadelphia, Pennsylvania 19107-3260


Rochelle Bilal, Sheriff                                Phone: (215) 686-3559
Philadelphia Sheriff's Office                              (215) 686-3560
100 S. Broad Street, 5th Floor                   rochelle.bilal@phila.gov
Philadelphia, Pennsylvania 19110-1024


Robin Robinson, Detective, Civil Enforcement      Phone: (215) 686-3542
Philadelphia Sheriff's Office                              (215) 285-1895
100 S. Broad Street, 5th Floor                   Fax:    (215) 686-3555
Philadelphia, Pennsylvania 19110-1024             robin.robinson@phila.gov


William Bengochea, Deputy Sheriff                  Phone: (215)531-0902
Civil Enforcement, Philadelphia Sheriff's Office          (215) 686-3542
100 S. Broad Street, 5th Floor                   Fax:    (215) 686-3555
Philadelphia, Pennsylvania 19110-1024             william.bengochea@phila.gov


Lieutenant Calvin Headen, Internal Affairs Unit      Phone: (215) 683-4865
Philadelphia Sheriff's Office                              (215) 906-3955
100 S. Broad Street, 5th Floor                   calvin.headen@phila.gov
Philadelphia, Pennsylvania 19110-1024

Certificate of Service

Sean Thornton                                                    sean.thornton@phila.gov
Philadelphia Sheriff's Office
100 S. Broad Street, 5th Floor
Philadelphia, Pennsylvania 19110-1024

William Moore                                                   william.moore@phila.gov
Philadelphia Sheriff's Office
100 S. Broad Street, 5th Floor
Philadelphia, Pennsylvania 19110-1024

Melissa Simpson                                              melissa.simpson@phila.gov
Philadelphia Sheriff's Office
100 S. Broad Street, 5th Floor
Philadelphia, Pennsylvania 19110-1024

Michael Pellegrino, Esq., PA Sup Ct ID No. 322412        Phone: (267) 892-1654
Pellegrino Law PLLC
1617 John F. Kennedy Blvd., Suite 1888
Philadelphia, Pennsylvania 19103-1817

Jacqueline C. Romero, U.S. Attorney                     Phone: (215) 861-8200
Eastern District of Pennsylvania                        Fax:     (215) 861-8618
615 Chestnut Street #1250
Philadelphia, PA 19106-4404

Benjamin D. Kohler, Esq, PA Sup Ct ID No. 201780        Phone: (215) 560-5800
PA Superior Court, Office of the Prothonotary
530 Walnut Street, Suite 315
Philadelphia, Pennsylvania 19106-3623

Mark A. Cronin, PA Sup Ct ID No. 58240          Phone: (215) 627-1322
KML Law Group, P.C.                             bkgroup@kmllawgroup.com
701 Market Street, Ste 5000
Philadelphia, PA 19106-1541


Terry P. Dershaw                                Phone: (484) 897-0341
P.O. Box 556                                    dershaw@gmail.com
Warminster, PA 18974-0632


Lynn E. Feldman                                 Phone: (610) 530-9285
2310 Walbert Avenue, Suite 103                  Fax:    (610) 437-7011
Allentown, PA 18104-1360                        trustee.feldman@rcn.com


Robert H. Holber                                Phone: (610)565-5463
41 East Front Street                            rholber@holber.com
Media, PA 19063-2807


Gary F. Seitz                                   Phone: (215) 238-0011
1628 John F. Kennedy Boulevard                  Fax:    (215) 238-0016
8 Penn Center, Suite 1901                       gseitz@gsbblaw.com
Philadelphia, PA 19103-2113


Robert W. Seitzer                               Phone: (215) 510-7508
1900 Spruce Street                              rseitzer@karalislaw.com
Philadelphia, PA 19103-6605


Mark A. Citron PA Sup Ct ID No. 324826
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, Suite 202
Fairfield, New Jersey 07004-2927

Timothy B. McGrath, Clerk, PA Sup Ct ID No. 50047

United States Bankruptcy Court

900 Market Street, Suite 400

Philadelphia, Pennsylvania 19107-4233


Christine C. Shubert, PA Sup Ct ID No. 31900       Phone: (609) 923-7184

821 Wesley Avenue       Phone: (215) 597-4411

Ocean City, New Jersey 08226-3622       Fax:    (215) 923-1293

christine.shubert@comcast.net

USTPRegion03.PH.ECF@usdoj.gov


Tara Twomey, Director       Phone: (202) 307-1391

United States Trustee Program       Fax:    (202) 307-0672

441 G Street, NW, Suite 6150

Washington, District of Columbia 20530-0001


Office of United States Trustee       Phone: (215) 597-4411

Andrew R. Vara, US Trustee (Region 3)       Fax:    (215) 597-5795

900 Market Street, Room 229       (215) 923-1293

Philadelphia, Pennsylvania 19107-4203


Office of United States Trustee       Phone: (215) 597-4411

Frederic J. Baker, Assistant US Trustee       Fax:    (215) 597-5795

900 Market Street, Suite 320       (215) 923-1293

Philadelphia, Pennsylvania 19107-4202     USTPRegion03.PH.ECF@usdoj.gov


D. Troy Sellars, Assistant US Trustee       Phone: (717) 221-4515

Sylvia H. Rambo US Courthouse       Fax:    (717) 221-4554

1501 N. 6th Street, Box 302

Harrisburg, Pennsylvania 17102-1104

Date:  22 January 2024

I am  _Bennie R. Hearst Pettway_

Bennie R. Hearst Pettway, Petitioner