*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Connect A Care Network<br>   dba Connect A Care<br><br>   Debtor(s). | Case No. 23−13550−amc<br><br>Chapter: 7<br><br>Civil Case Number. |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑ Certificate of appeal from order entered December 13, 2023 and Order entered January 3, 2024 by the Honorable Ashely M. Chan

    Notice of appeal filing fee ☐ paid  ☑ not paid

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
☐ Report and recommendation entered by the Honorable Ashely M. Chan
☐ Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: January 23, 2024

                                                                                         For The Court

                                                                                         Timothy B. McGrath
                                                                                         Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____                      Signature: _____
Miscellaneous No._____                     Date: _____
Assigned to Judge _____