*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Connect A Care Network )<br>   dba Connect A Care )<br> )<br>Debtor(s). )<br> )<br> ) | Case No. 23−13550−amc<br><br>Chapter: 7<br><br>Civil Case Number. |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑ Certificate of appeal from order entered December 13, 2023 and Order entered January 3, 2024 by the Honorable Ashely M. Chan

Notice of appeal filing fee ☐ paid    ☑ not paid

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
☐ Report and recommendation entered by the Honorable Ashely M. Chan
☐ Other

Kindly acknowledge receipt on the copy of the letter provided.

Date: January 23, 2024                                    For The Court

                                                                                                                  Timothy B. McGrath
                                                                                                                  Clerk of Court

_____

Received Above material or record tile this day: January 23rd, 2024_____
Civil   Action   No.   _24-cv-324_____        Signature: _/s/ *Steve Tomas*
Miscellaneous         No._____        Date: 1/23/24
Assigned to Judge Kai N. Scott