*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Connect A Care Network ) | Case No. 23−13550−amc |
|    dba Connect A Care ) | |
| ) | |
|    Debtor(s). ) | Chapter: 7 |
| ) | |
| ) | Civil Case Number. 24−324 |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☐ Certificate of appeal from order entered by the Honorable Ashely M. Chan

Notice of appeal filing fee ☐ paid ☐ not paid

☐ Designation of Record on Appeal Filed

☒ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
☐ Report and recommendation entered by the Honorable Ashely M. Chan
☒ **Other-** Exhibits / documents regarding notice of Appeal attached

Kindly acknowledge receipt on the copy of the letter provided.

Date: February 16, 2024                                   For The Court

                                                                                                                                                   Timothy B. McGrath
                                                                                                                                                   Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____                    Signature: _____
Miscellaneous No._____                       Date: _____
Assigned to Judge _____